IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 SEP 10 A 9: 59

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN,    ) | |
|     PLAINTIFF, ) | |
| ) | |
| Vs. ) | CIVIL CASE |
| ) | NO: 1:07CV798-MHT |
| BETTY JO BAUMAN, ) | |
| Et al;, ) | |
|     DEFENDANTS ) | |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, Kathryn Bauman Rubenstein, moves this Honorable Court for a preliminary injunction in the above entitled cause enjoining defendants; Betty Jo Bauman, Marilyn Bauman Granger, Barbara Bauman Kamensky, Brian Bickhaus, Richard Fox, Boyd Horn, Robert Birmingham, Pat Black, G. David Johnston, Don P. Bennett, Nanette Pitcher, Nanette Pitcher, Dianne Ream, Anne Chandler, Marie White Bauman, Alan E. Kamensky, Benjamin Wayne Granger, Ross Kennedy, Lexa Dowling, Faye Ferell, Doug McKeown, Wallace Cooley, Tom Zeigenfelder, Michael Conoway, Arthur Medley, Joel Weatherford, Margaret Johnston, Carl E. Jones, D. Bryan Jordan, Jere Segrest, Tommy Scarborough, Bernard Smithart, Elizabeth Smithart, Larry K. Anderson, Sandra K. Anderson, Dale Segrest, Drayton Nabers, Fairfax Nabers, Judy Byrd, Carla Woodall, Cynthia Pittman, Richard Ramsey, James Hamlett, William Lee and their business, their corporations, their heirs, their spouses, their companies, business involving said defendants, their agents, servants, employees and attorneys, and those persons in active concert or participation with them from transferring, selling, or filing for bankruptcy;

The grounds in support of this motion are as follows:

1. Assets of above referenced Defendants will dissipate and be for naught,

2. Plaintiff will be unable to seek damages which she may be entitled to,

**UNLESS RESTRAINED**, the above referenced defendants will immediately transfer, sell, and/or file for bankruptcy their business and or personal assets in an attempt to prevent Plaintiff/Contestant from seeking relief she may be entitled to.

Immediate and irreparable injury, loss and damage will result to the Plaintiff by reason of the threatened action of the defendants, as more particularly appears in the verified complaint filed herein. The Plaintiff has no adequate remedy at law.

If this preliminary injunction be granted, the injury, if any, to the defendants herein, if final judgment be in their favor, will be inconsiderable.

Dated this 7th day of September, 2007.

_____
KATHRYN BAUMAN RUBENSTEIN, Pro Se
P. O. Box 2243, Dothan, AL 36302
(334) 803-2526