IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2007 SEP 10 A 9:59

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) <br> PLAINTIFF, ) <br> ) <br> Vs. ) <br> ) <br> BETTY JO BAUMAN, ) <br> WILLIAM L. LEE, III, Esq., ) <br> LEE & McKINISH, P.C., ) <br> E, F & G, ) <br> are those Defendants whose identities are ) <br> unknown at this time, but who will be ) <br> revealed after discovery, ) <br> Et al;, ) <br> DEFENDANTS ) | CIVIL CASE <br> NO: 1:07CV798-MHT |

## FIRST AMENDED COMPLAINT

Plaintiff, Kathryn Bauman Rubenstein, Pro Se amends her complaint of September 4, 2007 as follows;

Paragraph (7)   Defendant is B. Wayne Granger.

Paragraph (18)   Defendant is James Hamlett, Esq..

Paragraph (46)   Defendant is Cynthia Pittman.

Paragraph (61)   Defendant is Officer Kirksey.

Paragraph (71)   Remove 60, Judy Byrd, from this tort

Paragraph (71)   Defendant 61, Officer Kirksey, is to be added to this tort.

(61a)   Defendant, Boyd Horn, is an employee, officer or agent of Defendant, Regions Bank, and is a person whose conduct proximately and directly harmed Plaintiff, and is being sued individually and in his official capacity as a trust officer of Regions Bank, Dothan, Alabama.

(61b)   Defendant, William L. Lee III, is a practicing attorney in Dothan, Houston County, Alabama he is a citizen resident of Houston County, Alabama.

(61c)   Defendant, Lee & McKinish, P.C., is an Alabama corporation operating in Houston County, Alabama.

(76a)   Defendants, 4, 5, 6, 7, 9, 10, 13, 14, 19, 21, 29, 31, 32, 37, 39, 41, 43, 61a, 61b, conspired to defraud and deny Plaintiff her Civil Rights including due process in Houston County Circuit Court case CV-02-5063 & the subsequent appeal before the Alabama Court of Civil Appeals and The Alabama Supreme Court.

The court system is an enterprise and judges are not cloaked with immunity when acting out of personal vindictiveness. Harper v. Merckle, 638 F.2d 848, 859 (5th Cir. 1981) : When a judge has acted out of personal motivations and has used his judicial office as an offensive weapon to vindicate personal objectives, these non-judicial acts, are not cloaked with judicial immunity from suit under Section 1983.

Dated this 6th day of September, 2007.

_____
KATHRYN BAUMAN RUBENSTEIN, Pro Se
P. O. Box 2243, Dothan, AL 36302
(334) 803-2526

Serve Defendants at:

Regions Bank
3201 Ross Clark Circle
Dothan, AL 36302

Farmer, Price, Hornsby & Weatherford
P.O. Drawer 2228
Dothan, AL 36302

William L. Lee, III, Esq.
P.O. Box 1665
Dothan, AL 36302

Lee & McInish, P.C.
P.O. Box 1665
Dothan, AL 36302