AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Joel Weatherford, Esq.
Farmer, Price, Hornsby & Weatherford
P.O. Drawer 2228
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

DATE   9/10/07

(By) DEPUTY CLERK

🖎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Brian Bickhaus
3201 Ross Clark Circle
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

DATE  9/10/07

CLERK

_Van Snow_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

**SUMMONS IN A CIVIL ACTION**

V.
BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

D. Ream Properties
1133 W. Main Street
Dothan, AL 36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
_____
CLERK

_9/10/07_
_____
DATE

_____
(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Dianne Ream
1133 W. Main Street
Dothan, AL 36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

_____
(By) DEPUTY CLERK

9/10/07

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

Richard Fox
Capital City Bank
P.O. Box 900
Tallahassee, FL 32302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

9/10/09

CLERK

DATE

(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Robert Birmingham]
Regions Bank
8 Commerce Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

9/10/0 9

_____
CLERK

_____
(By) DEPUTY CLERK

_____
DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.
BETTY JO BAUMAN,
et al,

CASE NUMBER: 1: 07CV798-MHT

TO: (Name and address of Defendant)

William L. Lee, III, Esq.
P.O. Box 1665
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____          _9/10/07_
CLERK                                          DATE

_____
(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.
BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

Farmer, Price, Hornsby & Weatherford
P.O. Drawer 2228
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_____        9/10/07
CLERK

_____        _____
(By) DEPUTY CLERK                          DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:  1: 07CV798-MHT

TO: (Name and address of Defendant)

Pat Black
3201 Ross Clark Circle
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

*(signature)*

(By) DEPUTY CLERK

DATE    9/10/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Barbara Kamensky
6500-4 Green Island Drive
Columbus, GA 31904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

9/10/07
_____
DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

KATHRYN BAUMAN RUBENSTEIN

**SUMMONS IN A CIVIL ACTION**

V.
BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Elizabeth Smithart, Esq.
101 Conecuh Ave. W.
Union Springs, AL 36809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  9/10/07

🖎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.
BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Mike Conaway, Esq.
360 N. Oates Street
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

_____
(By) DEPUTY CLERK

_9/10/07_

_____
DATE

℩AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Margaret Johnson
Houston County DHR
3201 Ross Clark Circle, S.E.
Dothan, AL 36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE    9/10/07

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____    District of    _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

McDaniel & Associates
101 Executive Park Drive
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____
CLERK

*V Hula*

_____
(By) DEPUTY CLERK

*9/10/07*

_____
DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Tommy Scarborough, Esq.
119 S. Foster Street
Dothan, AL 36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____                    9/10/07
CLERK                                       DATE

_____
(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Faye Ferrell, M.D.
114 E. Troy Street
Dothan, AL 36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

_____
(By) DEPUTY CLERK

DATE  9/10/07

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

Jere Segrest, Esq.
P.O. Box 1469
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____
CLERK

_____
(By) DEPUTY CLERK

9/10/07
_____
DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.
BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

Lexa Dowling, Esq.
P.O. Box 119
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____
CLERK

_____
(By) DEPUTY CLERK

9/10/07

_____
DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Zeigooley, Inc.
6130 Eddins Road
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____        9/10/07
CLERK                              _____
                                  DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

D. Bryan Jordan
417 20th Street
Birmingham, AL 36202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE    9/10/07

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

PeopleSouth Bank
109 East Church Street
Columbia, AL 36319

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_____

(By) DEPUTY CLERK

9/10/07

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Arthur Medley, Esq.
114 N. Oates Street
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK _____

(By) DEPUTY CLERK

DATE  9/10/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

CB&T Bank
901 N. Boll Weevil Circle
Enterprise, AL 36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____    DATE  9/10/07
CLERK

_____
(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Wallace Cooley
6130 Eddins Road
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

9/10/07

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Dale Segrest, Esq.
P.O. Box 780791
Tallassee, AL 36078

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_____
(By) DEPUTY CLERK

DATE  9/10/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

KATHRYN BAUMAN RUBENSTEIN

**SUMMONS IN A CIVIL ACTION**

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

Regions Bank
3201 Ross Clark Circle
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____    9/10/07
CLERK                                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

**SUMMONS IN A CIVIL ACTION**

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Tom Zeigenfelder
1142 Appian Way]
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE   9/10/07

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Sandra K. Anderson
1111 Hillbrook Road
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

9/10/07

_____        _____
CLERK                                                              DATE

_____
(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Judge Bernard Smithart
Bullock County Courthouse
217 North Prarie
Union Springs, AL 36809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

9/10/07

_____    _____
CLERK                                DATE

_____
(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.
BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Doug McKeown, Ph.D
114 East Troy Street
Dothan, AL 36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

_____
(By) DEPUTY CLERK

_____
DATE   9/10/07

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Judge Larry K. Anderson
114 North Oates
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_[signature]_

(By) DEPUTY CLERK

DATE   _9/10/07_

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.
BETTY JO BAUMAN,
et al,

CASE NUMBER:  1: 07CV798-MHT

TO: (Name and address of Defendant)

Anne Chandler
P.O. Box 692
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

DATE  9/10/07

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Alan Kamensky, Esq.
111 Bay Avenue
3rd Floor
Columbus, GA 31901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   9/10/09

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Ross Kennedy
101 Executive Park Drive
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

9/10/07

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:  1: 07CV798-MHT

TO: (Name and address of Defendant)

Fairfax Nabers
3300 Dell Road
Birmingham, AL 35223

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  9/10/07

AO 440 (Rev. 8/01) S    s in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:  1: 07CV798-MHT

TO: (Name and address of Defendant)

    James Hamlett, Esq.
    621 S. Hull Street
    Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Kathryn Bauman Rubenstein, Pro Se
    P.O. Box 2243
    Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

9/20/07

_____
CLERK

_____
(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

Boyd Horn
403 Live Oak Trail
Dothan, AL 36305

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____
CLERK

_____
(By) DEPUTY CLERK

9/10/07
_____
DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Lee & McInish, P.C.
P.O. Box 1665
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                9/10/07

CLERK

(By) DEPUTY CLERK                               DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

Johnston, Hinesley, Flowers & Clenney, P.C
P.O. Box 2246
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_9/10/09_

DATE

(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:  1: 07CV798-MHT

TO: (Name and address of Defendant)

Marilyn Granger
P.O. Box 488
Bryson City, NC 28713

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_____

(By) DEPUTY CLERK

9/10/07

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Wayne Granger
P.O. Box 488
Bryson City, NC 28713

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_____
(By) DEPUTY CLERK

9/10/07

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

Granger Limited
P.O. Box 488
Bryson City, NC 28713

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

9/10/07
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

    Richard Ramsey, III, Esq.
    256 Honeysuckle Road
    Suite 26
    Dothan, AL 36305

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Kathryn Bauman Rubenstein, Pro Se
    P.O. Box 2243
    Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

_V. Austin_

_____
(By) DEPUTY CLERK

_9/10/07_

_____
DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

MidSouth Bank
P.O. Drawer 1001
Ashford, AL 36312

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____
CLERK

_____
(By) DEPUTY CLERK

9/10/07
_____
DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

Carl E. Jones, Jr.
1510 Smolian Place
Birmingham, AL 35205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

9/10/07

DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Houston County DHR
3201 Ross Clark Circle, S.E.
Dothan, AL 36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

9/10/07

_____                    _____
CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.
BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

Sheriff Andy R. Hughes
Houstonnty Sheriff Department
144 N. Oates
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_(By) DEPUTY CLERK_

9/10/2007

DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:  1: 07CV798-MHT

TO: (Name and address of Defendant)

G. David Johnston, Esq.
P.O. Box 2246
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  9/10/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.
BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

**Mrs. Philip Dale Segrest**
**606 Camellia Drive**
**Tallassee, AL 36078**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

**CLERK**

_/s/ Anita_

(By) DEPUTY CLERK

DATE   9/10/07

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Officer Joiner
Houston County Sheriff Dept.
144 N. Oates
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                     9/10/07

_____        _____
CLERK                                            DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Officer Kirksey
Houston County Sheriff Dept.
144 N. Oates
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

_____
(By) DEPUTY CLERK

9/10/07
_____
DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Officer Ivey
Houston County Sheriff Dept.
144 N. Oates
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                            9/10/07

_____              _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Carla Woodall, Clerk
Houston County Circuit Court
114 N. Oates
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____          9/10/07
CLERK                                 DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

Cynthia Pittman
Houston County Court Clerk
114 N. Oates
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____    9/10/07
CLERK

_____    _____
(By) DEPUTY CLERK                    DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Pitcher & Associates
P.O. Box 56
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

DATE  9/10/07

CLERK

(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Nanette Pitcher
P.O. Box 56
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

9/10/07

CLERK

(By) DEPUTY CLERK

DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

KATHRYN BAUMAN RUBENSTEIN

## SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Don Bennett, Esq.
P.O. Box 1392
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

_____
(By) DEPUTY CLERK

DATE   9/10/07

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KATHRYN BAUMAN RUBENSTEIN

### SUMMONS IN A CIVIL ACTION

V.

BETTY JO BAUMAN,
et al,

CASE NUMBER:    1: 07CV798-MHT

TO: (Name and address of Defendant)

Marie White Bauman
108 Lucy Lane
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

DATE   9/10/07