IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

KATHRYN BAUMAN RUBENSTEIN,  )
                            )
    Plaintiff,               )
                            )      CIVIL ACTION NO.
    v.                       )        1:07cv798-MHT
                            )
BETTY JO BAUMAN, et al.,     )
                            )
    Defendants.              )

## ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 12th day of September, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**