**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dianne Ream
   1133 W. Main Street
   Dothan, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jennifer Hamilton    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jennifer Hamilton
C. Date of Delivery: 9-11-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

07CV798
s/c and cmp + mpre th

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 4407 2384

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   D. Ream Properties
   1133 W. Main Street
   Dothan, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jennifer Hamilton    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jennifer Hamilton
C. Date of Delivery: 9-11-7

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

07CV798
s/c and cmp + mpre inj

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 4407 2407

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540