## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Officer Kirksey
    Houston County Sheriff Dept.
    144 N. Oates
    Dothan, AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Sheila Champion* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Sheila Champion
C. Date of Delivery: 7-11-7

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

07CV798

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 4407 2278

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sheriff Andy R. Hughes
    Houston County Sheriff Dept.
    144 N. Oates
    Dothan, AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Sheila Champion* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Sheila Champion
C. Date of Delivery: 9-11-0

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

07CV798

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 4407 2322

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154