**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Ivey
   Houston County Sheriff Dept.
   144 N. Oates
   Dothan, AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Sheila Champion     ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Sheila Champion
C. Date of Delivery: 9-11-07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:
   07cv798

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 4407 2223

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Joiner
   Houston County Sheriff Dept.
   144 N. Oates
   Dothan, AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Sheila Champion     ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Sheila Champion
C. Date of Delivery: 9-11-07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 4407 2216

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540