**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Richard Ramsey III, Esq.
   256 Honeysuckle Road
   Suite 26
   Dothan, AL 36305

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Sandra Brannon*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )
Sandra Brannon

C. Date of Delivery
9/11/07

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:

07cv798

3. Service Type
   ☑ Certified Mail        ☐ Express Mail
   ☐ Registered            ☑ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 2760 0002 4407 2285

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540