■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Bickhaus_
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
BRIAN BICKHAUS

C. Date of Delivery
9/11/07

1. Article Addressed to:

Brian Bickhaus
3201 Ross Clark Circle
Dothan, AL 36303

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv798
S.C. Anders
MPhil

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0002 4407 2346

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540