IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv798-MHT |
| | ) | |
| BETTY JO BAUMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Pending before the Court is Plaintiff Rubenstein's First Amended Complaint (Doc. #3). On September 11, 2007, this matter was referred to the undersigned for action or recommendation on all pretrial matters (Doc. #5). The Court has reviewed Plaintiff's Complaint, as amended, and notes that the filing suffers from fatal defects. It is unclear as to the factual and legal basis for Rubenstein's claims against Defendants. She fails to state, with specificity, the wrongful acts committed by Defendants. It also appears from the Complaint (Doc. #1) that this action is related to litigation ongoing in the Circuit Court of Houston County, Alabama (Case CV-02-5063). For good cause, it is

ORDERED that Rubenstein shall file a Second Amended Complaint which specifically states the wrongful acts committed by each Defendant, including the date and place of the wrongdoing, the federal statute or constitutional provision that was violated by each act of wrongdoing, and the specific injury or damage to Rubenstein as a result of each act of wrongdoing. The "injury" or "damage" should be stated in terms of the consequences

to Rubenstein and the cost or value of the damage. The Second Amended Complaint shall be filed **on or before October 4, 2007**. For good cause, it is further

ORDERED that Rubenstein shall not file any further motions with the Court pending review of the Second Amended Complaint. For good cause, it is further

ORDERED that Rubenstein shall provide the Court with documented verification of the status of any state court proceedings related to this case, including the status of Houston County case number CV-02-5063.

DONE this 13th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE