UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:07cv798-MHT |
| | ) | |
| BETTY JO BAUMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS
OF DEFENDANT, PEOPLESSOUTH BANK**

COMES NOW the defendant, PeoplesSouth Bank ("PeoplesSouth"), by and through its undersigned attorneys, and moves the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss this action against PeoplesSouth, and as grounds therefor submits the following:

1. The Federal Rules of Civil Procedure embody the concept of liberalized "notice pleading"; i.e., that a complaint need contain only a statement calculated to "give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests." *Swierkiewicz v. Sorema, N.A.*, 534 U.S. 506, 512, 122 S.Ct. 992,998, 152 L.Ed.2d 1 (2002); *Conley v. Gibson*, 355 U.S. 41, 47, 78 S.Ct. 99,102, 21 Law 2nd 861 (1957). As to PeoplesSouth, Plaintiff's Complaint fails to meet this minimum requirement.

2. Rule 8(a)(2) of the Federal Rules of Civil Procedure requires that a plaintiff make a short and plain statement of a claim showing entitlement to relief. See, *Hamilton v. Allen-Bradley Co.*, 217 F.3d 1321, 1325 (11th Cir.2000) ("[T]he form of the complaint is insignificant, even if it fails to categorize correctly the legal theory giving rise to the claim, **so long as the complaint alleges**

the facts on which relief can be granted.”); and *Roe v. Aware Woman Center for Choice, Inc.*, 253 F.2d 678, 683-684 (11th Cir.2001) ([W]hile notice pleading may not require that the pleader allege a 'specific fact' to cover every element or allege 'with precision' each element of a claim, **it is still necessary that a complaint 'contain either direct or inferential allegations respecting all the material elements necessary to sustain a recovery under some viable legal theory**.' ").

3. An examination of the allegations set forth in Plaintiff's "Causes of Action" reveals that the Plaintiff alleges no facts at all with respect to PeoplesSouth or even a general reference to any act, omission or wrongdoing of this Defendant, either directly or inferentially. Thus, Plaintiff's Complaint fails to satisfy the even the minimal standard set by Rule 8(a)(2) insofar as this Defendant is concerned.

4. Rule 8(a)(3) requires that a complaint also contain "a demand for judgment for the relief the pleader seeks." See, *Goldsmith v. City of Atmore*, 996 F.2d 1155, 1161 (11th Cir.1993) ("This requirement is not arduous - 'any concise statement identifying the remedies and the parties against whom relief is sought will be sufficient,' citing CHARLES A. WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE §1255 at 366 (2d ed. 1990)).

5. Again, Plaintiff's "Prayer for Relief" makes no demand for relief as to PeoplesSouth or even a reference to PeoplesSouth. Plaintiff's general demand for damages "against the Defendants" is insufficient to satisfy the requirement of Rule 8(a)(3), particularly since PeoplesSouth is not one of the "Defendants" identified in her "Causes of Action."[1]

6. In ruling on a Fed.R.Civ.P. Rule 12(b)(6) motion, "[d]ismissal is appropriate where it is clear the plaintiff can prove no set of facts in support of the claims in the complaint." *Glover v.*

---

[1] In fact, Plaintiff makes claims against only 31 of the 58 defendants named in her Complaint.

*Liggett Group, Inc.*, 459 F.3d 1304, 1308 (11th Cir. 2006). In this case, because the Plaintiff did not plead any facts in support of a viable claim against PeoplesSouth or request any relief against PeoplesSouth, she failed to comply with the requirements of Fed.R.Civ.P. 8(a) and her Complaint in fatally flawed. Unquestionably, this Motion to dismiss PeoplesSouth as a defendant in this case pursuant to Fed.R.Civ.P 12(b)(6) for Plaintiff's failure to state a claim against PeoplesSouth is due to be granted.

Respectfully submitted this 14th day of September, 2007.

/S/   James D. Farmer
James D. Farmer
(ASB-8636-E67J)

/S/   Virginia Lynn McInnis
Virginia Lynn McInnis
(ASB-8126-I60N)
Attorneys for PeoplesSouth Bank

OF COUNSEL:

FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama   36302
Telephone: (334) 794-8596
Facsimile: (334) 794-4401

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing on the following:

None

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

Ms. Kathryn Bauman Rubenstein  
Post Office Box 2243  
Dothan, Alabama 36302  

PeoplesSouth Bank  
109 East Church Street  
Columbia, Alabama   36319  

Barbara Kamensky  
6500-4 Green Island Drive  
Columbus, GA 31904  

Alan Kamensky  
111 Bay Avenue  
3rd Floor  
Columbus, GA 31901  

Marilyn Granger  
P.O. Box 488  
Bryson City, NC 28713  

Wayne Granger  
P.O. Box 488  
Bryson City, NC 28713  

Granger Limited  
P.O. Box 488  
Bryson City, NC 28713  

Marie Bauman White  
108 Lucy Lane  
Dothan, AL 36303  

Lexa Dowling, Esq.  
P.O. Box 119  
Dothan, AL 36302  

Joel Weatherford, Esq.  
Farmer, Price, Hornsby & Weatherford  
P.O. Drawer 2228  
Dothan, AL 36302  

Don Bennett, Esq.  
P.O. Box 1392  
Dothan, AL 36302  

Brian Bickhaus  
3201 Ross Clark Circle  
Dothan, AL 36303  

Pat Black  
3201 Ross Clark Circle  
Dothan, AL 36303  

Deep South Development  
P.O. Box 1392  
Dothan, AL 36302  

Nanette Pitcher  
P.O. Box 56  
Dothan, AL 36302  

Pitcher & Associates  
P.O. Box 56  
Dothan, AL 36302  

Mike Conway, Esq.  
360 N. Oates Street  
Dothan, AL 36303  

Tommy Scarborough, Esq.  
119 S. Foster Street  
Dothan, AL 36301  

Jere Segrest, Esq.  
P.O. Box 1469  
Dothan, AL 36302  

Dianne Ream  
1133 W. Main Street  
Dothan, AL 36301  

D. Ream Properties  
1133 W. Main Street  
Dothan, AL 36301  

Ross Kennedy  
101 Executive Park Drive  
Dothan, AL 36303

| | |
|---|---|
| Faye Ferrell, M.D.<br>114 E. Troy Street<br>Dothan, AL 36301 | Doug McKeown, Ph.D.<br>114 E. Troy Street<br>Dothan, AL 36301 |
| Wallace Cooley<br>6130 Eddins Road<br>Dothan, AL 36303 | Tom Zeigenfelder<br>1142 Appian Way<br>Dothan, AL 36303 |
| Zeigooley, Inc.<br>6130 Eddins Road<br>Dothan, AL 36303 | Arthur Medley, Esq.<br>114 N. Oates Street<br>Dothan, AL 36303 |
| Margaret Johnson<br>Houston County DHR<br>3201 Ross Clark Circle, S.E.<br>Dothan, AL 36301 | Houston County DHR<br>3201 Ross Clark Circle, S.E.<br>Dothan, AL 36301 |
| CB&T<br>901 N. Boll Weevil Circle<br>Enterprise, AL 36330 | Richard Fox<br>Capital City Bank<br>P.O. Box 900<br>Tallahassee, FL 32302 |
| Boyd Horn<br>403 Live Oak Trail<br>Dothan, AL 36305 | Carl E. Jones, Jr.<br>1510 Smolian Place<br>Birmingham, AL 35205 |
| D. Bryan Jordan<br>417 20th Street<br>Birmingham, AL 36202 | Robert Birmingham<br>Regions Bank<br>8 Commerce Street<br>Montgomery, AL 36104 |
| Anne Chandler<br>P.O. Box 692<br>Dothan, AL 36302 | Fairfax Nabers<br>3300 Dell Road<br>Birmingham, AL 35223 |
| Judge Larry K. Anderson<br>114 North Oates Street<br>Dothan, AL 36303 | Sandra K. Anderson<br>1111 Hillbrook Road<br>Dothan, AL 36303 |
| Drayton Nabers, Esq.<br>3300 Dell Road<br>Birmingham, AL 35223 | Judge Bernard Smithart<br>Bullock County Courthouse<br>217 North Prairie<br>Union Springs, AL 36809 |

Elizabeth Smithart, Esq.  
101 Conecuh Avenue W.  
Union Springs, AL 36809  

Mrs. Dale Segrest  
606 Camellia Drive  
Tallassee, AL 36078  

Sandra Pittman  
Houston County Court  
114 N. Oates Street  
Dothan, AL 36303  

Officer Ivey  
Houston County Sheriff Dept  
144 N. Oates Street  
Dothan, AL 36303  

Officer Kirksey  
Houston County Sheriff Dept  
144 N. Oates Street  
Dothan, AL 36303  

Sheriff Andy R. Hughes  
Houston County Sheriff Dept  
144 N. Oates Street  
Dothan, AL 36303  

Johnston, Hinesley, Flowers  
& Clenney, P.C.  
P.O. Box 2246  
Dothan, AL 36302  

Dale Segrest, Esq.  
P.O. Box 780791  
Tallassee, AL 36078  

Carla Woodall  
Houston County Circuit Clerk  
114 N. Oates Street  
Dothan, AL 36303  

Officer Joiner  
Houston County Sheriff Dept.  
144 N. Oates Street  
Dothan, AL 36303  

James Hamilton, Esq.  
621 S. Hull Street  
Montgomery, AL 36104  

Richard Ramsey III, Esq.  
256 Honeysuckle Road  
Suite 26  
Dothan, AL 36305  

G. David Johnston, Esq.  
P.O. Box 2246  
Dothan, AL 36302  

Judy Byrd  
407 Drake Drive  
Dothan, AL 36305  

   /S/    James D. Farmer  
Of Counsel