| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Debra Hunter*  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery<br>Debra Hunter   9-12-07 |
| 1. Article Addressed to:<br><br>PeopleSouth Bank<br>109 East Church St<br>Columbia, AL<br><br>07cv798 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered   ☑ Return Receipt for Merchandise<br>   ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7006 2760 0002 4407 1967 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M