| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _____  ☐ Agent  ☐ Addressee |
| | B. Received by ( *Printed Name* )       C. Date of Delivery 7-12-07 |
| 1. Article Addressed to: | D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:  ☐ No |
| Dale Segrest, Esq. P.O. Box 780791 Tallassee, AL 36078 | 07 CV 798 |
| | 3. Service Type  ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)       ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7006 2760 0002 4407 2247 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540