| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Elizabeth Smithart*  ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name) *Elizabeth Pro*   C. Date of Delivery 9/12/07<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>*07cv798* |
| 1. Article Addressed to:<br><br>Elizabeth Smithart, Esq.<br>101 Conecuh Ave.<br>Union Springs, AL 36089 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)     7006 2760 0002 4407 2315 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540