**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Pitcher & Associates
   P.O. Box 56
   Dothan, AL 36302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name ): Alan Pitcher
C. Date of Delivery: 9/12/07

D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

_Owens St Candy Making_

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 4407 2360

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540