| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Angie Diggers   C. Date of Delivery: 9-12-07 |
| 1. Article Addressed to:<br><br>Cynthia Pittman<br>Houston County Court<br>114 North Oates<br>Dothan, AL 36303 | P.O. Box 6406<br>Dothan AL 36302<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☑ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0002 4407 2261 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |