**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Pat Black
   3201 Ross Clark Circle
   Dothan, AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): BRIAN ECKHAUS
C. Date of Delivery: 9/12/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   07cv798

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 4407 2452

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540