| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Angie Driggers  C. Date of Delivery: 9-12-07 |
| 1. Article Addressed to:<br><br>Carla Woodall<br>Houston County Circuit<br>114 North Oates<br>Dothan, AL 36303 | P.O. 6406<br>Dothan AL 36302<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail  M/Print<br>☑ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0002 4407 2292 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |