| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ⬚ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>Alan Pitcher    9/10/07 |
| 1. Article Addressed to:<br><br>Nanette Pitcher<br>P.O. Box 56<br>Dothan, AL 36302 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>07cv798<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 2760 0002 4407 2476 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540