**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Fairfax Nabers
   3300 Dell Road
   Birmingham, AL 35223

2. Article Number
   (Transfer from service label)    7006 2760 0002 4407 2179

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Fairfax Nabers    ☐ Agent  ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Fairfax Nabers    9-12-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

   07CV798

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes