| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _S. Hudson_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) G. Hudson    C. Date of Delivery 9-13-07 |
| 1. Article Addressed to:<br><br>D. Bryan Jordan<br>417 20th Street<br>Birmingham, AL 362020 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>07cv798<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0002 4407 1981 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540