**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Ross Kennedy
    101 Executive Park Drive
    Dothan, AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rittenhouse
☐ Agent
☐ Addressee

B. Received by ( Printed Name ): E Rittenhouse
C. Date of Delivery: 9·12·07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv798

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0002 4407 2391

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    McDaniel & Associates
    101 Executive Park Drive
    Dothan, AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rittenhouse
☐ Agent
☐ Addressee

B. Received by ( Printed Name ): E Rittenhouse
C. Date of Delivery: 9·12·07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv798

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0002 4407 3718

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540