**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Deep South Investments
   P.O. Box 1392
   Dothan, AL 36302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Don P. Bennett*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Don P. Bennett
C. Date of Delivery: 9-13-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   1:07cv798
   SC and cmp + prelim

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
   7006 2760 0002 4407 2353

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Don Bennett, Esq.
   P.O. Box 1392
   Dothan, AL 36302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Don P. Bennett*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Don P. Bennett
C. Date of Delivery: 9-13-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   07cv798
   S, C & amd prelim inj

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
   7006 2760 0002 4407 2445

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540