**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CB&T Bank
901 N. Boll Weevil Circle
Enterprise, AL 36330

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Robin Gooch_    ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
_Robin Gooch_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

_07CV798_

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0002 4407 1998

102595-02-M-1540

PS Form 3811, February 2004    Domestic Return Receipt