| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tene Zegenfelder_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Tene Ziegenfelder  9/13/07 |
| 1. Article Addressed to:<br><br>Tom Zeigenfelder<br>1142 Appian Way<br>Dothan, AL 36303 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>07cv798 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0002 0407 2117 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

SCANNED