**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Robert Birmingham
    Regions Bank
    8 Commerce Street
    Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_                 ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   D. Adams

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   _new 798_

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0002 4407 2155

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540