IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL CASE NO.: 1:07cv798-MHT |
| ) | |
| BETTY JO BAUMAN, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

**OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

COME NOW the Defendants, Marilyn Bauman Granger, Bennie Wayne Granger, Granger Limited, Inc., Barbara Bauman Kamensky and Allen E. Kamensky and respectfully object to the imposition of any injunction against these Defendants on the following grounds:

1.      Plaintiff moved from a preliminary injunction to prevent each and every Defendant, their businesses, corporations, heirs, spouses, agents, servants, employees and attorneys from transferring or selling any assets of these Defendants or filing bankruptcy before Plaintiff could recover damages in this case.

2.      A preliminary injunction is an extraordinary remedy which should only be granted if the moving party clearly establishes: (1) a substantial likelihood that she will ultimately prevail on the merits; (2) a showing that she will suffer irreparable injury unless the injunction issues; (3) proof that the threatened injury to her outweighs whatever damage the proposed injunction may cause the moving party; and (4) a showing that the injunction, if issued, would not be adverse to the public interest. *Cunningham v.*

*Adams,* 808 F.2d 815, 818-819 (11th Cir. 1987) The moving party must prevail on all four prerequisites before a preliminary injunction may issue. *Adams*, 808 F.2d at 819.

      3.      Because the Plaintiff can not establish that the Defendants violated any Constitutional rights under the color of state law, the Plaintiff has <u>no</u> likelihood of prevailing on the merits. Moreover, Rule 65 of the *Federal Rules of Civil Procedure* requires that Plaintiff give security for the payment of costs and damages suffered by a party wrongfully enjoined before the Court can issue a preliminary injunction. Plaintiff has provided no such security. *Fed.R.Civ.P.* 65(c).

      4.      Plaintiff's attempt to preclude these Defendants from transferring assets in order to secure satisfaction of a judgment that has not yet been entered is, in substance, an attempt to seize property pursuant to Rule 64 of the *Federal Rules of Civil Procedure*. Rule 64 allows prejudgment seizure only under the circumstances and in the manner provided by the law of the State in which the District Court is held.

Alabama allows prejudgment seizure only after the Plaintiff files an affidavit containing a description of the property, a statement that the Plaintiff is the owner of such property or is entitled to possession of it, a statement of specific facts which show that the property is wrongfully detained and a statement of specific facts in support of the contention that there is a risk of concealment, transfer or other disposition of or danger to the property. *Ala.R.Civ.P.* 64(b)(1)(A-D). Plaintiff has not and can not file any such affidavit with the Court.

WHEREFORE, based upon the foregoing, the Defendants submit that Plaintiff is not entitled to a preliminary injunction and her motion should be denied.

Respectfully submitted,

        *s/William L. Lee, III*
        WILLIAM L. LEE, III    (LEE007)
        wlee3@leeandmcinish.com

        *s/William W. Nichols*
        WILLIAM W. NICHOLS (NIC027)
        wnichols@leeandmcinish.com

**OF COUNSEL**:
LEE & McINISH, P.C.
*Attorney for Defendants*
*Marilyn Bauman Granger,*
*Bennie Wayne Granger,*
*Granger Limited, Inc.,*
*Barbara Bauman Kamensky*
*and Allen E. Kamensky*
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342

## CERTIFICATE OF SERVICE

      I hereby certify that on September 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: **Mr. James Davis Farmer, Esq., jdf@ffmlaw.com, Attorney for Defendant MidSouth Bank, N.A. and Defendant PeoplesSouth Bank, Mrs. Virginia Lynn McInnes, Esq., vlm@ffmlaw.com, Attorney for Defendant MidSouth Bank, N.A. and Defendant PeoplesSouth Bank**, I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and property addressed to the following non-CM/ECF participants:

Honorable Larry K. Anderson
P.O. Drawer 6406
Dothan, AL 36302

Sandra K. Anderson
1111 Hillbrook Road
Dothan, AL 36303

Wade H. Baxley, Esq.
*Attorney for William L. Lee, III,*
*Esq. & Lee & McInish,P.C.*
P.O. Drawer 1486
Dothan, AL 36302

Marie Bauman White
108 Lucy Ln.
Dothan, AL 36303

Don P. Bennett, Esq.
P.O. Box 1392
Dothan, AL 36302

Brian Bickhaus
Regions Bank
3201 Ross Clark Cir.
Dothan, AL 36303

Robert Birmingham
Regions Bank
8 Commerce Street
Montgomery, AL 36104

Pat Black
Regions Bank
3201 Ross Clark Cir.
Dothan, AL 36303

Houston County Sheriff's Dept.
P.O. Drawer 6404
Dothan, AL 36302

CB&T Bank
901 N. Boll Weevil Cir.
Enterprise, AL 36330

Ann Chandler
P.O. Box 692
Dothan, AL 36302

Michael Conaway, Esq.
360 N. Oates St.
Dothan, AL 36303

Wallace Cooley
6130 Eddins Rd.
Dothan, AL 36303

D. Ream Properties
1133 W. Main St.
Dothan, AL 36301

Deep South Investments
P.O. Box 1392
Dothan, AL 36302

Lexa Dowling, Esq.
P.O. Box 119
Dothan, AL 36302

Farmer, Price, Hornsby & Weatherford, LLP
P.O. Drawer 2228
Dothan, AL 36302

Faye Ferrell, M.D.
114 E. Troy St.
Dothan, AL 36301

Richard Fox
P.O. Box 900
Tallahassee, FL 32302

James D. Hamilton, Esq.
621 S. Hull St.
Montgomery, AL 36104

Boyd Horn
403 Live Oak Trail
Dothan, AL 36305

Houston County DHR
3201 Ross Clark Cir., S.E.
Dothan, AL 36301

Sheriff Andy R. Hughes
Houston County Sheriff's Dept.
144 N. Oates St.
Dothan, AL 36303

Officer Ivey
Houston County Sheriff's Dept.
144 N. Oates St.
Dothan, AL 36303

Margaret Johnson
Houston County DHR
3201 Ross Clark Cir., SE
Dothan, AL  36301

G. David Johnston, Esq.
P.O. Box 2246
Dothan, AL 36302

Johnston, Hinesley, Flowers &
Clenney, P.C.
P.O. Box 2246
Dothan, AL 36302

Officer Joiner
Houston County Sheriff's Dept.
144 N. Oates St.
Dothan, AL  36303

Carl E. Jones, Jr.
1510 Smolian Place
Birmingham, AL 35205

D. Bryan Jordan
Regions Bank
417 20th St.
Birmingham, AL 36202

Ross Kennedy
McDaniel & Associates
101 Executive Park Dr.
Dothan, AL 36303

Officer Kirksey
Houston County Sheriff's Dept.
144 N. Oates St.
Dothan, AL 36303

McDaniel & Associates
101 Executive Park Dr.
Dothan, AL 36303

Doug McKeown, Ph.D.
114 E. Troy St.
Dothan, AL 36301

Arthur Medley, Esq.
114 N. Oates St.
Dothan, AL 36303

Honorable Drayton Nabers
3300 Dell Rd.
Birmingham, AL 35223

Fairfax Nabers
3300 Dell Rd.
Birmingham, AL 35223

Nanette Pitcher
Pitcher & Assoc.
P.O. Box 56
Dothan, AL 36302

Pitcher & Assoc.
P.O. Box 56
Dothan, AL 36302

Sandra Pittman
Houston County Court
P.O. Drawer 6406
Dothan, AL 36302

Richard H. Ramsey, III, Esq.
256 Honeysuckle Rd.
Suite 26
Dothan, AL 36305

Dianne Ream
D. Reams Properties
1133 W. Main Street
Dothan, AL 36301

| | |
|---|---|
| Regions Bank<br>P.O. Box 681<br>Birmingham, AL 35201 | Tom Zeigenfelder<br>1142 Appian Way<br>Dothan, AL 36303 |
| Kathryn Bauman Rubenstein<br>P.O. Box 2243<br>Dothan, AL 36302 | Honorable Bernard L. Smithart<br>Bullock County Courthouse<br>217 North Prairie<br>Union Springs, AL 36809 |
| Tommy Scarborough, Esq.<br>119 S. Foster St.<br>Dothan, AL 36301 | Elizabeth Smithart<br>101 Conecuh Ave. W.<br>Union Springs, AL 36809 |
| Honorable Dale Segrest<br>Tallapoosa County Circuit Courthouse<br>P.O. Box 780791<br>Tallassee, AL 36078 | Joel Weatherford, Esq.<br>P.O. Drawer 2228<br>Dothan, AL 36302 |
| Jere Segrest, Esq.<br>P.O. Box 1469<br>Dothan, AL 36302 | Carla H. Woodall<br>Houston County Circuit Clerk<br>P.O. Drawer 6406<br>Dothan, AL 36302 |
| Mrs. Dale Segrest<br>606 Camellia Dr.<br>Tallassee, AL 36078 | Zeigooley, Inc.<br>6130 Eddins Rd.<br>Dothan, AL 36303 |

*s/William W. Nichols*
Of Counsel