**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Wallace Cooley
    6130 Eddins Road
    Dothan, AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Eula Young_    ☐ Agent  ☑ Addressee

B. Received by (Printed Name): Eula Young
C. Date of Delivery: 9/14/07

D. Is delivery address different from item 1? ☐ Yes  ☑ No
   If YES, enter delivery address below:

   07cv798

3. Service Type:
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 4407 2087

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540