**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jere Segrest, Esq.
   P.O. Box 1469
   Dothan, AL 36302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Barbara Thomas*   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)
   Barbara Thomas

C. Date of Delivery
   9-14-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   07cv798

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2760 0002 4407 2483

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540