| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Beck White_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) _Becky White_ C. Date of Delivery _9-14-7_ |
| 1. Article Addressed to:<br><br>William L. Lee, III, Esq.<br>P.O. Box 1665<br>Dothan, AL 36302 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07CV798 |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0002 4407 3725 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540