AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

KATHRYN BAUMAN RUBENSTEIN

V.

BETTY JO BAUMAN, Et al;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  1:07CV798-MHT

TO: (Name and address of Defendant)

DRAYTON NABERS, ESQ.
3300 DELL ROAD
BIRMINGHAM, AL 35223

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  9/17/07

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

KATHRYN BAUMAN RUBENSTEIN

V.

BETTY JO BAUMAN, Et al;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  1:07CV798-MHT

TO: (Name and address of Defendant)

BETTY JO BAUMAN
C/O LEXA DOWLING
P.O. BOX 119
DOTHAN, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                   9/17/07

CLERK                                              DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

KATHRYN BAUMAN RUBENSTEIN

V.

BETTY JO BAUMAN, Et al;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07CV798-MHT

TO: (Name and address of Defendant)

JUDY BYRD
407 DRAKE DRIVE
DOTHAN, AL 36305

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                          9/17/07

CLERK                                                       DATE

_____
(By) DEPUTY CLERK