AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Houston Co. Sheriff's Dept, 144 N. Oates, Dothan, AL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-12-07
Date

Signature of Server: *Michael Crenshaw*

Address of Server: HCSO, 144 N. Oates, Dothan, AL

RETURNED AND FILED

SEP 17 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/ ) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

RECEIVED District of _____    408703

KATHRYN BAUMAN RUBENSTEIN

2007 SEP 17 A 11: 11

V.     ___A P. HACKETT, CLK  
BETTY JO BAUMAN U.S. DISTRICT COURT  
    et al,     MIDDLE DISTRICT ALA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1: 07CV798-MHT

TO: (Name and address of Defendant)

Officer Ivey  
Houston County Sheriff Dept.  
144 N. Oates  
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro Se  
P.O. Box 2243  
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett           9/10/07

CLERK                                  DATE

(By) DEPUTY CLERK