**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Lexa Dowling, Esq
    P.O. Box 119
    Dothan, AL 36302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

   07cv 798

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 4407 2414

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Ms. Debra P. Hackett, Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101

---

Lexa Dowling, Esq
P.O. Box 119
Dothan, AL 36302

NOT DELIVERABLE AS ADDRESSED

Name
1st Notice SEP 13 2007
2nd Notice
Return

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA