**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Farmer, Price, Hornsby & Weatherford
    P.O. Drawer 2228
    Dothan, AL 36302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Frances Beeftow(?)*  ☐ Agent  ☒ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Frances Reishus(?)    9-17-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   07cv798

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 2760 0002 4407 3688

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540