**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mrs. Philip Dale Segrest
   606 Camellia Drive
   Tallassee, AL 36078

2. Article Number
   (Transfer from service label)    7006 2760 0002 4407 2308

February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 7-17-07

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:
   07cv798

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes