IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | * |
| PLAINTIFF, | * |
| VS. | *  CIVIL ACTION NO.: 1:07-cv-798MHT |
| BETTY JO BAUMAN, ET AL, | * |
| DEFENDANTS. | * |

## NOTICE OF APPEARANCE

Comes now Wade H. Baxley and enters his appearance as attorney of record for the following Defendants, JOEL W. WEATHERFORD; FARMER, PRICE, HORNSBY & WEATHERFORD, LLP; J. MICHAEL CONAWAY; JERE C. SEGREST; LEXA E. DOWLING; WILLIAM L. LEE, III, and LEE & McINISH, P.C., in the above referenced cause.

This the 20th day of September, 2007.

RAMSEY, BAXLEY & McDOUGLE

By: _____
Wade H. Baxley    (BAX004)
Attorneys for Defendants,
  Joel W. Weatherford; Farmer, Price, Hornsby
  & Weatherford, LLP; J. Michael Conaway;
  Jere C. Segrest; Lexa E. Dowling; William L.
  Lee, III, and Lee & McInish, P.C.
P. O. Drawer 1486
Dothan, AL 36302
(334) 793-6550
Fax: (334) 793-1433
e-mail: whb@rbmlaw.org

## CERTIFICATE OF SERVICE

    I hereby certify that on September 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  William L. Lee, III, Esq., wlee3@leeandmcinish.com; William W. Nichols, Esq. wnichols@leeandmcinish.com; James D. Farmer, Esq. jdf@ffmlaw.com; and Virginia Lynn McInnis vlm@ffmlaw.com; and I further certify that I have this day served a copy of the foregoing pleading upon the persons listed below by hand-delivery or by placing the same in the United States Mail with adequate postage affixed thereto and addressed properly:

Kathryn Bauman Rubenstein
P. O. Box 2243
Dothan, AL  36302

Don P. Bennett
D. Ream Properties
Dianne Ream
Nanette Pitcher
Pitcher & Associates
Deep South Investments
Faye Ferrell
Arthur Medley
c/o Don P. Bennett, Esq.
Attorney at Law
141 N. St. Andrews St.
Dothan, AL  36303

Marie W. Bauman
c/o Steve McGowan, Esq.
Attorney at Law
P. O. Box 2
Dothan, AL  36302

Brian Bickhaus
Robert Birmingham
Pat Black
Richard Fox
Boyd Horn
Carl E. Jones
D. Bryan Jordan
Regions Bank
c/o Joel W. Weatherford, Esq.
Attorney at Law
P. O. Drawer 2228
Dothan, AL  36302

Community Bank & Trust
c/o Anne S. Sumblin, Esq.
Attorney at Law
P. O. Box 345
Kinston, AL  36453

Wallace Cooley
Tom Zeigenfelder
Zeigooley, Inc.
c/o R. Clifford Mendheim, Esq.
P. O. Box 2147
Dothan, AL 36302

G. David Johnston
Johnston, Hinesley, Flowers & Clenny
c/o W. Wallace Hinesley, Esq.
Attorney at Law
P. O. Box 2246
Dothan AL 36302

Sandra K. Anderson
1111 Hillbrook Road
Dothan, AL  36303

Fairfax Nabers
3300 Dell Road
Birmingham, AL  35223

Mrs. Phillip Dale Segrest
606 Camellia Drive
Tallassee, AL  36078

Elizabeth Smithart
Esmithart@yahoo.com

Hon. Larry K. Anderson
Hon. Drayton Nabers
Hon. Dale Segrest
Hon. Bernard L. Smithart
Carla Hemby Woodall, Clerk
Cynthia Pittman
c/o Jeffrey H. Long, Esq.
Office of Attorney General
11 Union Street, Floor 4
Montgomery, AL 36130

Andy Hughes
Officer Ivey
Officer Joiner
Officer Kirksey
c/o Gary C. Sherrer, Esq.
Attorney at Law
P. O. Box 805
Dothan, AL 36302

Margaret Johnston
c/o Dothan City BOE
500 Dusy Street
Dothan, AL 36301

James D. Hamlett, Esq.
621 S. Hull Street
Montgomery, AL 36104

Houston County DHR
3201 Ross Clark Circle SE
Dothan, AL 36301

McDaniel & Associates
Ross Kennedy
c/o Robert M. Girardeau, Esq.
Jeffrey N. Windham, Esq.
Attorneys at Law
Three Protective Center
2801 Protective Center, Ste. 200
Birmingham, AL 35223

Doug McKeown, Ph.D
114 E. Troy Street
Dothan, AL 36301

Richard H. Ramsey, III, Esq.
256 Honeysuckle Road, Suite 26
Dothan, AL 36301

Tommy Scarborough
c/o F. Chadwick Morriss, Esq.
Attorney at Law
P. O. Box 270
Montgomery AL 36101-0270

_____
Of Counsel