**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barbara Kamensky
6500-4 Green Island Drive
Columbus, GA 31904

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Mildred Bell*     ☐ Agent
              ☒ Addressee

B. Received by ( Printed Name )
C. Date of Delivery
9-18-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

07 cv 798

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 2760 0002 4407 5019

Domestic Return Receipt                    102595-02-M-1540