**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Judy Byrd
   407 Drake Drive
   Dothan, AL 36305

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Hugh Byrd    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Hugh Byrd                      9-18-7

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   07cv798
   Sec+ Amdcm

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 4407 2254

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540