IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CASE NO.: 1:07-cv-798-MHT |
| | ) |
| BETTY BAUMAN, et al, | ) |
| | ) |
| DEFENDANT. | ) |

**ENTRY OF APPEARANCE**

**COMES NOW** the undersigned attorney and hereby enters his appearance as retained counsel of record for **Ann Chandler** and **Marie Bauman.**

**RESPECTFULLY SUBMITTED** this the 24th day of September 2007.

/s/ STEVE MCGOWAN
STEVE MCGOWAN (MCG071)
Attorney for Defendant
P.O. Box 2
Dothan, Alabama 36302
(334) 699-6688

**CERTIFICATE OF SERVICE**

I, Steve McGowan, do hereby certify that I have served the foregoing upon all parties in the above referenced case through electronic notification this the 24th day of September.

/s/ Steve McGowan
OF COUNSEL

Document Produced by deskPDF Unregistered :: http://www.docudesk.com