IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| vs. | *  CASE NO. 1:70CV798-MHT |
| | * |
| BETTY JO BAUMAN, et al, | * |
| | * |
|     DEFENDANTS. | * |

## **MOTION TO STRIKE**

Betty Jo Bauman moves the Court to strike her name from the caption of the above styled cause because neither the Complaint nor the First Amended Complaint mentions her name as a Defendant.  Consequently, no cause of action is alleged or stated against Betty Jo Bauman.

          HARDWICK, HAUSE, SEGREST & WALDING

          BY: /s/ Jere C. Segrest
              Jere C. Segrest (SEG005)
              P. O. Box 1469
              Dothan, Alabama 36302

          GUARDIAN AD LITEM FOR BETTY JO BAUMAN

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date served a copy of the foregoing on the following individuals by placing same in the United States Mail in a property addressed envelope with adequate postage:

Barbara Kamensky
6500-4 Green Island Drive
Columbus, Georgia 31904

Marilyn Granger
P. O. Box 488
Bryson City, NC 28713

Granger Limited
P. O. Box 488
Bryson City, NC 28713

Lexa Dowling
P. O. Box 1193
Dothan, Alabama 36302

Don Bennett
P. O. Box 1392
Dothan, Alabama 36302

Pat Black
3201 Ross Clark Circle
Dothan, Alabama 36303

Nanette Pitcher
P. O. Box 56
Dothan, Alabama 36302

Mike Conaway
P. O. Box 1631
Dothan, Alabama 36302

Alan Kamensky
111 Bay Avenue, 3rd Floor
Columbus, Georgia 31901

Wayne Granger
P. O. Box 488
Bryson City, NC 28713

Marie Bauman White
108 Lucy Lane
Dothan, Alabama 36303

Joel Weatherford
Farmer, Price, Hornsby & Weatherford
P. O. Drawer 2228
Dothan, Alabama 36302

Brian Bickhaus
3201 Ross Clark Circle
Dothan, Alabama 36303

Deep South Development
P. O. Box 1392
Dothan, Alabama 36302

Pitcher & Associates
P. O. Box 56
Dothan, Alabama 36302

Tommy Scarborough
P. O. Box 2101
Dothan, Alabama 36302

D. Ream Properties
1133 W. Main Street
Dothan, Alabama 36303

Faye Ferrell, M. D.
114 E. Troy Street
Dothan, Alabama 36303

Wallace Cooley
6130 Eddins Road
Dothan, Alabama 36301

Zeigooley, Inc.
6130 Eddins Road
Dothan, Alabama 36301

Margaret Johnson
Houston County DHR
3201 Ross Clark Circle, S.E.
Dothan, Alabama 36301

PeopleSouth Bank
109 East Church Street
Columbia, Alabama 36319

Houston County DHR
3201 Ross Clark Circle, S.E.
Dothan, Alabama 36301

MidSouth Bank
P. O. Drawer 1001
Ashford, Alabama 36312

Richard Fox
Capital City Bank
P. O. Box 900
Tallahassee, Florida 32302

Carl E. Jones, Jr.
1510 Smolian Place
Birmingham, Alabama 35205

Robert Birmingham
Regions Bank
8 Commerce Street
Montgomery, Alabama 36104

Anne Chandler
P. O. Box 692
Dothan, Alabama 36302

Larry K. Anderson, Judge
P. O. Drawer 6406
Dothan, Alabama 36302

CB&T Bank
901 N. Boll Weevil Circle
Enterprise, Alabama 36330

Boyd Horn
403 Live Oak Trail
Dothan, Alabama 36305

D. Bryan Jordan
417 20th Street
Birmingham, Alabama 36202

Dianne Ream
1133 W. Main Street
Dothan, Alabama 36301

Ross Kennedy
P. O. Box 6356
Dothan, Alabama 36302

Doug McKeown, Ph.D.
114 East Troy Street
Dothan, Alabama 36303

Tom Zeigenfelder
1142 Appian Way
Dothan, Alabama 36303

Arthur Medley
P. O. Box 864
Dothan, Alabama 36302

Drayton Nabers
3300 Dell Road
Birmingham, Alabama 35223

Elizabeth Smithart
P. O. Box 663
Union Springs, Alabama 36809

Mrs. Philip Dale Segrest
606 Camellia Drive
Tallassee, Alabama 36078

Sandra Pittman
Houston County Courthouse
P. O. Drawer 6406
Dothan, Alabama 36302

| | |
|---|---|
| Officer Ivey<br>Houston County Sheriff's Dept.<br>P. O. Drawer 6406<br>Dothan, Alabama 36302 | Officer Joiner<br>Houston County Sheriff's Dept.<br>P. O. Drawer 6406<br>Dothan, Alabama 36302 |
| Officer Kirksey<br>Houston County Sheriff's Dept.<br>P. O. Drawer 6406<br>Dothan, Alabama 36302 | James Hamilton<br>621 S. Hull Street<br>Montgomery, Alabama 36104 |
| Sheriff Andy R. Hughes<br>Houston County Sheriff's Dept.<br>P. O. Drawer 6406<br>Dothan, Alabama 36302 | Richard Ramsey, III<br>256 Honeysuckle Road, Suite 26<br>Dothan, Alabama 36301 |
| Fairfax Nabers<br>3300 Dell Road<br>Birmingham, Alabama 35223 | G. David Johnston<br>P. O. Box 2246<br>Dothan, Alabama 36302 |
| Sandra K. Anderson<br>1111 Hillbrook Road<br>Dothan, Alabama 36303 | Johnston, Hinesley, Flowers & Clenney<br>P. O. Box 2246<br>Dothan, Alabama 36302 |
| Bernard Smithart, Judge<br>Bullock County Courthouse<br>P. O. Box 230<br>Union Springs, Alabama 36089 | Judy Byrd<br>407 Drake Drive<br>Dothan, Alabama 36305 |
| Dale Segrest<br>P. O. Box 780791<br>Tallassee, Alabama 36078 | Kathryn Bauman Rubenstein<br>P. O. Box 2243<br>Dothan, Alabama 36302 |
| Carla Woodall, Clerk<br>Houston County Circuit Court<br>P. O. Drawer 6406<br>Dothan, Alabama 36302 | |

This the 24th day of September, 2007.

      /s/ Jere C. Segrest
    Jere C. Segrest, Of Counsel