IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KATHRYN BAUMAN RUBENSTEIN )
                             )
             Plaintiff, )
                             )
v.                             )    Civil Action No.
                             )    1:07cv798-MHT
                             )
BETTY JO BAUMAN, et al., )
                             )
           Defendants. )

## ENTRY OF APPEARANCE

       **COMES NOW** the undersigned counsel and hereby enters this appearance as

attorney of record for the following Defendants, **Ross Kennedy, and McDaniel &**

**Associates** in the above-referenced cause.

       Respectfully submitted this 24th day of September, 2007.


                                 /s/Robert M. Girardeau
                                 ROBERT M. GIRARDEAU    (GIR001)
                                 Attorney for Defendants, Ross Kennedy
                                 And McDaniel & Associates

**OF COUNSEL:**
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South
Suite 200
Birmingham, AL 35223
(205) 251-1193

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: William L. Lee, III, Esq., wlee3@leeandmcinish.com; William W. Nichols, Esq., wnichols@leeandmcinish.com; James D. Farmer, Esq., jdf@ffmlaw.com; Virginia Lynn McInnis, vlm@ffmlaw.com; and Wade H. Baxley, Esq., whb@rbmlaw.org; and I further certify that I have this day served a copy of the foregoing pleading upon the persons listed below by placing same in the U. S. Mail with adequate postage affixed thereto and addressed properly:

Sandra K. Anderson
1111 Hillbrook Road
Dothan, AL 36303

Jeffrey Daniel Bauman
P.O. Box 1956
Dothan, AL 36302

Don P. Bennett, Esq.
141 N. St. Andrews Street
Dothan, AL 36303
Attorney for Don P. Bennett, D. Ream Properties,
Dianne Ream, Nanette Pitcher, Pitcher & Associates, Deep South Investments, Faye Ferrell, Arthur Medley

Judy Byrd
407 Drake Drive
Dothan, AL 36305

CB&T
901 N. Boll Weevil Circle
Enterprise, AL 36330

Ann Chandler
201 Church Street
Ashford, AL 36312

Anne Chandler
P.O. Box 692
Dothan, AL 3

2

Mike Conaway, Esq.
360 North Oates Street
Dothan, AL 36303

R. Cliff Mendheim (MEN008)
P.O. Box 2147
Dothan, AL 36302
Email: rcliffmendheim@graceba.net
Attorney for Wallace Cooley, Tom Ziegenfelder andZiegooley Realty, LLC

Lexa Dowling, Esq.
185 N. Oates Street
Dothan, AL 36302

Fairfax Nabers
3300 Dell Road
Birmingham, AL 35223

Farmer, Farmer & Malone, P.A.
112 West Troy Street
P.O. Drawer 668
Dothan, AL 36302

Marilyn and Wayne Granger
P.O. Box 488
Bryson City, NC 28713

Granger Limited
P.O. Box 488
Bryson City, NC 28713

James Hamilton, Esq.
621 S. Hull Street
Montgomery, AL 36104

James D. Hamlett, Esq.
621 S. Hull Street
Montgomery, AL 36104

W. Wallace Hinesley, Esq.
P.O. Box 2246
Dothan, AL 36302
Attorney for G. David Johnston and
Johnston, Hinesley, Flowers, Clenney & Turner

3

Houston County DHR
3201 Ross Clark Circle SE
Dothan, AL 36301

Margaret Johnson
Houston County DHR
3201 Ross Clark Circle S.E.
Dothan, AL 36301
Margaret Johnston
c/o Dothan City Board of Education
500 Dusy Street
Dothan, AL 36301

Alan Kamensky
111 Bay Avenue, 3rd Floor
Columbus, GA 31901

Barbara Kamensky
6500-4 Green Island Drive
Columbus, GA 31901

William L. Lee, III
Lee & McInish Attorneys, P.C.
238 West Main Street
P.O. Box 1665
Dothan, AL 36302

Jeffrey H. Long, Esq.
Office of Attorney General
11 Union Street, Floor 4
Montgomery, AL 36130
Attorney for Larry K. Anderson, Drayton Nabers,
Dale Segrest, Bernard Smithart, Carla Hemby Woodall, Clerk
and Cynthia Pittman

Mr. Steve McGowan, Esq.
P.O. Box 2101
Dothan, AL 36302
Attorney for Steve McGowan and
Marie W. Bauman

Doug McKeown, Ph.D.
114 East Troy Street
Dothan, AL 36301

4

R. Cliff Mendheim (MEN008)
PRIM, FREEMAN & MENDHEIM
P.O. Box 2147
Dothan, AL 36302
Email: rcliffmendheim@graceba.net
Attorney for Wallace Cooley, Tom Ziegenfelder and
Ziegooley Realty, LLC

MidSouth Bank
P.O. Drawer 1001
Ashford, AL 36312

F. Chadwick Morris, Esq.
P.O. Box 270
Montgomery, AL 36101-0270
Attorney for Tommy Scarborough

PeopleSouth Bank
109 East Church Street
Columbia, AL 36319

Sandra Pittman
Houston County Court
114 N. Oates Street
Dothan, AL 36303

Richard H. Ramsey, III, Esq.
256 Honeysuckle Road, Suite 26
Dothan, AL 36301

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

Mr. Jere Segrest, Esq.
P.O. Box 1469
Dothan, AL 36302

Mrs. Phillip Dale Segrest
606 Camellia Drive
Tallassee, AL 36078

5

Gary C. Sherrer, Esq.
P.O. Box 805
Dothan, AL 36302
Attorney for Andy Hughes, Officer Ivey,
Officer Joiner, Officer Kirksey

Elizabeth Smithart, Esq.
101 Conecuh Avenue W
Union Springs, AL 36809

Anne S. Sumblin, Esq.P.O. Box 345
Kinston, AL 36453
Attorney for Community Bank & Trust

Joel W. Weatherford, Esq.
Farmer, Price, Hornsby & Weatherford
P. O. Box 2228
Dothan , AL 36302
Attorney for Brian Bickhaus, Robert Birmingham,
Pat Black, Richard Fox, Boyd Horn, Carl E. Jones,
D. Bryan Jordan, Regions Bank

Marie Bauman White
108 Lucy Lane
Dothan, AL 36303

Ziegooley, Inc.
6130 Eddins Road
Dothan, AL 36303

/s/Robert M. Girardeau
Of Counsel