**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style:  Rubenstein v. Bauman et al**
**Case Number:   1:07-cv-00798-MHT**

**Referenced Pleading:   NOTICE of Appearance by Steve G. McGowan   - Doc. 72**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| VS. | ) CASE NO.: <u>**1:07-cv-798-MHT**</u> |
| | ) |
| **BETTY BAUMAN, et al,** | ) |
| | ) |
| **DEFENDANT.** | ) |

## ENTRY OF APPEARANCE

**COMES NOW** the undersigned attorney and hereby enters his appearance as retained counsel of record for **Ann Chandler** and **Marie Bauman.**

**RESPECTFULLY SUBMITTED** this the <u>24th</u> day of September 2007.

<u>**/s/ Steve McGowan**</u>
**STEVE MCGOWAN (MCG071)**
Attorney for Defendant
P.O. Box 2
Dothan, Alabama 36302
(334) 699-6688

## CERTIFICATE OF SERVICE

I, Steve McGowan, do hereby certify that I have served the foregoing upon all parties in the above referenced case through electronic notification this the 24th day of September.

<u>**/s/ Steve McGowan**</u>
**OF COUNSEL**

Document Produced by deskPDF Unregistered :: http://www.docudesk.com