IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN** ) | |
| ) | |
| *Plaintiff*, ) | CIVIL ACTION NO.: 1:07-cv-798-MHT |
| ) | |
| vs. ) | |
| ) | |
| **BETTY JO BAUMAN, ET AL,** ) | |
| ) | |
| *Defendants*. ) | |

## CONFLICT DISCLOSURE STATEMENT

**COME NOW** Wallace Cooley, Tom Ziegenfelder, incorrectly named as Tom Zeigenfelder, and Ziegooley Realty, LLC, incorrectly named as Zeigooley, Inc., Defendants in the above-captioned matter, and in accordance with the order of this Court make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: Defendant, Wallace Cooley, is an individual; Defendant, Tom Ziegenfelder, incorrectly named as Tom Zeigenfelder, is an individual; and Ziegooley Realty, LLC, incorrectly named as Zeigooley, Inc., is an Alabama limited liability company.  None of the stated Defendants have any entities to be reported.

                                            **PRIM, FREEMAN & MENDHEIM**

                                            /s/ R. Cliff Mendheim
                                            _____
                                            R. Cliff Mendheim (MEN008)
                                            Attorney for Defendants,
                                            Wallace Cooley, Tom Ziegenfelder and Ziegooley
                                            Realty, LLC
                                            P. O. Box 2147
                                            Dothan, AL  36302
                                            Email:       rcliffmendheim@graceba.net
                                            Telephone:   334-671-9555
                                            Facsimile:   334-671-9615

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: William L. Lee, III, Esq., wlee3@leeandmcinish.com; William W. Nichols, Esq., wnichols@leeandmcinish.com; James D. Farmer, Esq., jdf@ffmlaw.com; Virginia Lynn McInnis, vlm@ffmlaw.com; and Wade H. Baxley, Esq., whb@rbmlaw.org; and I further certify that I have this day served a copy of the foregoing pleading upon the persons listed below by hand-delivery or by placing the same in the United States Mail with adequate postage affixed thereto and addressed properly:

Kathryn Bauman Rubenstein
Post Office Box 2243
Dothan, Alabama 36302

Don P. Bennett
D. Ream Properties
Dianne Ream
Nanette Pitcher
Pitcher & Associates
Deep South Investments
Faye FerrellArthur Medley
c/o Don P. Bennett, Esq.
Attorney at Law
141 N. St. Andrews St.
Dothan, Alabama 36303

Marie W. Bauman
c/o Steve McGowan, Esq.
Attorney at Law
P.O. Box 2
Dothan, Alabama 36302

Brian Bickhaus
Robert Birmingham
Pat Black Richard Fox
Boyd Horn
Carl E. Jones
D. Bryan Jordan
Regions Bank
c/o Joel W. Weatherford, Esq.
Attorney at Law
P.O. Box 2228
Dothan, Alabama 36302

Community Bank & Trust
c/o Anne S. Sumblin, Esq.
Attorney at Law
P.O. Box 345
Kinston, Alabama 36453

G. David Johnston
Johnston, Hinesley, Flowers, Clenney & Turner
c/o W. Wallace Hinesley, Esq.
Attorney at Law
P.O. Box 2246
Dothan, Alabama 36302

Sandra K. Anderson
1111 Hillbrook Road
Dothan, Alabama 36303

Fairfax Nabers
3300 Dell Road
Birmingham, Alabama 35223

Mrs. Phillip Dale Segrest
606 Camellia Drive
Tallassee, AL 36078

Hon. Larry K. Anderson
Hon. Drayton Nabers
Hon. Dale Segrest
Hon. Bernard L. Smithart
Carla Hemby Woodall, Clerk
Cynthia Pittman
c/o Jeffery H. Long, Esq.
Office of Attorney General
11 Union Streer
Floor 4
Montgomery, Alabama 36130

Andy Hughes
Officer Ivey
Officer Joiner
Officer Kirksey
c/o Gary C. Sherrer, Esq.
Attorney at Law
P.O. Box 805
Dothan, Alabama 36302

Margaret Johnston
c/o Dothan City BOE
500 Dusy Street
Dothan, Alabama 36301

James D. Hamlett, Esq.
621 S. Hull Street
Montgomery, Alabama 36104

Houston County DHR
3201 Ross Clark Circle SE
Dothan, Alabama 36301

McDaniel & Associates
Ross Kennedy
c/o Robert M. Girardeau, Esq.
Jeffrey N. Windham, Esq.
Attorneys at Law
Three Protective Center
2801 Protective Center, Ste 200
Birmingham, Alabama 35223

Doug McKeown, Ph. D
114 E. Troy Street
Dothan, Alabama 36301

Richard H. Ramsey, III, Esq.
256 Honeysuckle Road, Suite 26
Dothan, Alabama 36301

Tommy Scarborough
c/o F. Chadwick Morris, Esq.
Attorney at Law
P.O. Box 270
Montgomery, Alabama 36101-0270

/s/ R. Cliff Mendheim
_____
Of Counsel