# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Rubenstein v. Bauman et al**

**Case Number: 1:07-cv-00798-MHT**

**Referenced Pleading: Return Receipt Card - Doc. 79**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ann Chandler
   P.O. Box 692
   Dothan, AL 36302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  ANN CHANDLER     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 9-24-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   07CV798

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 4407 2025

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540