IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | * | |
| PLAINTIFF, | * | |
| VS. | * | CIVIL ACTION NO.: 1:07-cv-798MHT |
| BETTY JO BAUMAN, ET AL, | * | |
| DEFENDANTS. | * | |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Lee & McInish, P.C., and Farmer, Price Hornsby & Weatherford, LLC, Defendants in the above-captioned matter, do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    XXX   There are no entities to be reported.

- or -

The following entities are hereby reported:

_____
_____
_____

RAMSEY, BAXLEY & McDOUGLE

By: _Wade H. Baxley_
Wade H. Baxley
Attorney for Defendants,
  Lee & McInish, P.C., and Farmer, Price,
  Hornsby and Weatherford, LLC
P. O. Drawer 1486
Dothan, AL 36302
(334) 793-6550
whb@rbmlaw.org

Date:   September 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      William L. Lee, III, Esq.  wlee3@leeandmcinish.com
      William W. Nichols, Esq.  wnichols@leeandmcinish.com
      James D. Farmer, Esq.  jdf@ffmlaw.com
      Virginia Lynn McInnis  vlm@ffmlaw.com
      Robert Merrill Girardeau, Esq.  rmg@hfsllp.com
      William Wallace Hinesley, Esq  whinesley@jhfc-law.com
      Steve G. McGowan, Esq.  wula@aol.com
      R. Cliff Mendheim, Esq.  rcliffmendheim@graceba.net
      Jere C. Segrest, Esq.  jerecs@aol.com
      Elizabeth Smithart  esmithart@yahoo.com
      Joel Weatherford, Esq.  jweatherford@fphw-law.com

and I further certify that I have this day served a copy of the foregoing pleading upon the persons listed below by hand-delivery or by placing the same in the United States Mail with adequate postage affixed thereto and addressed properly:

Kathryn Bauman Rubenstein
P. O. Box 2243
Dothan, AL  36302

Don P. Bennett
D. Ream Properties
Dianne Ream
Nanette Pitcher
Pitcher & Associates
Deep South Investments
Faye Ferrell
Arthur Medley
c/o Don P. Bennett, Esq.
Attorney at Law
141 N. St. Andrews St.
Dothan, AL  36303

Community Bank & Trust
c/o Anne S. Sumblin, Esq.
Attorney at Law
P. O. Box 345
Kinston, AL  36453

Sandra K. Anderson
1111 Hillbrook Road
Dothan, AL  36303

Fairfax Nabers
3300 Dell Road
Birmingham, AL  35223

Mrs. Phillip Dale Segrest
606 Camellia Drive
Tallassee, AL  36078

Hon. Larry K. Anderson
Hon. Drayton Nabers
Hon. Dale Segrest
Hon. Bernard L. Smithart
Carla Hemby Woodall, Clerk
Cynthia Pittman
c/o Jeffrey H. Long, Esq.
Office of Attorney General
11 Union Street, Floor 4
Montgomery, AL  36130

Andy Hughes
Officer Ivey
Officer Joiner
Officer Kirksey
c/o Gary C. Sherrer, Esq.
Attorney at Law
P. O. Box 805
Dothan, AL 36302

Margaret Johnston
c/o Dothan City BOE
500 Dusy Street
Dothan, AL 36301

James D. Hamlett, Esq.
621 S. Hull Street
Montgomery, AL 36104

Houston County DHR
3201 Ross Clark Circle SE
Dothan, AL 36301

Doug McKeown, Ph.D
114 E. Troy Street
Dothan, AL 36301

Richard H. Ramsey, III, Esq.
256 Honeysuckle Road, Suite 26
Dothan, AL 36301

Tommy Scarborough
c/o F. Chadwick Morriss, Esq.
Attorney at Law
P. O. Box 270
Montgomery AL 36101-0270

_____
Of Counsel