IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CIVIL CASE NO.: 1:07cv798-MHT |
| | ) |
| BETTY JO BAUMAN, et al., | ) |
| | ) |
| DEFENDANTS. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW the Defendants, Marilyn Bauman Granger, Bennie Wayne Granger, Granger Limited, Inc., Barbara Bauman Kamensky and Allen E. Kamensky, by and through their undersigned counsel, pursuant to Fed.R.Civ.P. 7.1 and this Court's Order of September 25, 2007, and submit the following conflict disclosure statement:

1. Defendants Marilyn Bauman Granger, Bennie Wayne Granger, Barbara Bauman Kamensky and Allen E. Kamensky are individuals not subject to the disclosure requirements of Fed.R.Civ.P. 7.1.

2. Defendant Granger Limited, Inc. is an Alabama corporation with its principal place of business in Dothan, Alabama owned by Defendants Marilyn Bauman Granger and Bennie Wayne Granger. Granger Limited, Inc. has no parent companies, subsidiaries, affiliates or partnerships. There is also no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

*s/William L. Lee, III*
WILLIAM L. LEE, III        (LEE007)
wlee3@leeandmcinish.com

*s/William W. Nichols*
WILLIAM W. NICHOLS    (NIC027)
wnichols@leeandmcinish.com

**OF COUNSEL**:
LEE & McINISH, P.C.
*Attorneys for Defendants*
*Marilyn Bauman Granger,*
*Bennie Wayne Granger,*
*Granger Limited, Inc.,*
*Barbara Bauman Kamensky*
*and Allen E. Kamensky*
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: **Wade Hampton Baxley, Esq.**, whb@rbnlaw.org, dm@rbmlaw.org; **James Davis Farmer, Esq.**, jdf@ffmlaw.com, anm@ffmlaw.com; **Robert Merrill Girardeau, Esq.**, rmg@hfsllp.com, jss@hfsllp.com; **William Wallace Hinesley, Esq.**, whinesley@jhfc-law.com, machancey@jhfc-law.com; **Steve G. McGowan, Esq.**, wula@aol.com, anlee04@hotmail.com; **Virginia Lynn McInnes, Esq.**, vlm@ffmlaw.com; **R. Cliff Mendheim, Esq.**, rcliffmendheim@graceba.net; **Jere C. Segrest, Esq.**, jerecs@aol.com; **Elizabeth Smithart**, esmithart@yahoo.com; **Joel Weatherford, Esq.**, jweatherford@fphw-law.com, pphillips@fphw-law.com; I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and property addressed to the following non-CM/ECF participants:

Honorable Larry K. Anderson
P.O. Drawer 6406
Dothan, AL 36302

Sandra K. Anderson
1111 Hillbrook Road
Dothan, AL 36303

Don P. Bennett, Esq.
P.O. Box 1392
Dothan, AL 36302

Brian Bickhaus
Regions Bank
3201 Ross Clark Cir.
Dothan, AL  36303

Robert Birmingham
Regions Bank
8 Commerce Street
Montgomery, AL 36104

Pat Black
3201 Ross Clark Cir.
Dothan, AL 36303

Judy Byrd
407 Drake Drive
Dothan, AL 36305

CB&T Bank
901 N. Boll Weevil Cir.
Enterprise, AL 36330

D. Ream Properties
1133 W. Main St.
Dothan, AL 36301

Deep South Investments
P.O. Box 1392
Dothan, AL 36302

Faye Ferrell, M.D.
114 E. Troy St.
Dothan, AL 36301

Richard Fox
Capital City Bank
P.O. Box 900
Tallahassee, FL 32302

James D. Hamlett
621 S. Hull St.
Montgomery, AL 36104

Sheriff Andy R. Hughes
Houston County Sheriff's Dept.
144 N. Oates St.
Dothan, AL 36303

Officer Ivey
Houston County Sheriff's Dept.
144 N. Oates St.
Dothan, AL 36303

Johnston, Hinesley, Flowers &
Clenney, P.C.
P.O. Box 2246
Dothan, AL 36302

Officer Joiner
Houston County Sheriff's Dept.
144 N. Oates St.
Dothan, AL 36303

Carl E. Jones, Jr.
1510 Smolian Place
Birmingham, AL 35205

D. Bryan Jordan
Regions Bank
417 20th St.
Birmingham, AL 36202

Officer Kirksey
Houston County Sheriff's Dept.
144 N. Oates St.
Dothan, AL 36303

Doug McKeown, Ph.D.
114 E. Troy St.
Dothan, AL 36301

Arthur Medley, Esq.
114 N. Oates St.
Dothan, AL 36303

Fairfax Nabers
3300 Dell Rd.
Birmingham, AL 35223

Nanette Pitcher
Pitcher & Assoc.
P.O. Box 56
Dothan, AL 36302

Pitcher & Associates
P.O. Box 56
Dothan, AL 36302

Cynthia Pittman
P.O. Drawer 6406
Dothan, AL 36302

Richard H. Ramsey, III, Esq.
256 Honeysuckle Rd.
Suite 26
Dothan, AL 36305

Dianne Ream
D. Reams Properties
1133 W. Main Street
Dothan, AL 36301

Regions Bank
3201 Ross Clark Circle
Dothan, AL 35303

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

Tommy Scarborough, Esq.
119 S. Foster St.
Dothan, AL 36301

Honorable Dale Segrest
606 Camellia Drive
Tallassee, AL 36078

Mrs. Phillip Dale Segrest
606 Camellia Dr.
Tallassee, AL 36078

Honorable Bernard L. Smithart
Barbour County Courthouse
217 North Prairie
Union Springs, AL 36809

Carla H. Woodall
Houston County Circuit Clerk
P.O. Drawer 6406
Dothan, AL 36302

*s/William W. Nichols*
Of Counsel