UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:07cv798-MHT |
| BETTY JO BAUMAN, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS**
**COMPLAINT AND FIRST AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6), FED.R.CIV.P., defendant Community Bank & Trust of Southeast Alabama ("CB&T"), identified in the plaintiff's Complaint as defendant Number 57, moves this Court to dismiss the Complaint and the First Amended Complaint for failure of the plaintiff to state any claim against CB&T upon which relief can be granted. In support of its motion, CB&T says as follows:

1. CB&T's Motion to Dismiss is timely because it is filed within 20 days of service on CB&T by certified mail of the Summons and Complaint and First Amended Complaint (the "Complaints") in this action. CB&T is aware of this Court's Order of September 13, 2007, requiring the plaintiff to file a Second Amended Complaint by October 4, 2007, but because CB&T's response to the Complaint and First Amended Complaint are due prior to October 4, 2007, CB&T proceeds timely to file this motion in response to the pending Complaints.

2. The plaintiff's Complaint and First Amended Complaint fail to allege any facts or claims as to CB&T to support any claim for relief. *See* Complaint and First Amended Complaint. The only reference to CB&T is found in the Complaint on page 11 at paragraph 57. *See* Complaint. There, the plaintiff states, "Defendant, CB&T Bank, is an Alabama Corporation

operating in Enterprise, Alabama." *Id*. The plaintiff fails to make any further statements, either in the Complaint or First Amended Complaint, of any facts, claims, causes of action, allegations, acts or omissions, or legal theories with respect to CB&T. *See* Complaints. In the absence of any allegations or pleadings that set forth any claim or possible claim upon which relief for plaintiff can be granted against CB&T, the Motion to Dismiss is due to be granted. *See e.g., Glover v. Liggett Group, Inc.,* 459 F.3rd 1304, 1308 (11th Cir. 2006) (dismissal is appropriate where plaintiff can prove no set of facts to support the claims of the complaint).

3.  CB&T further responds that the plaintiff has a pending state court action (CV 2002-5063, Houston County Circuit Court) in which she sought to add CB&T as a defendant in October 2006 pursuant to belated and improper amendments to her complaint in that action. Upon information and belief, CB&T will be dismissed from the state court action by a written order to be entered by Judge Smithart based upon his instructions at the hearing in the state court action on September 5, 2007. In the event the plaintiff intends to allege against CB&T in this action, or hereafter alleges against CB&T in any second amended complaint in this action, any claims that she asserted or could have asserted against CB&T in the state court action, the plaintiff's Complaints against CB&T are due to be dismissed pursuant to the doctrine of "prior pending action," as codified at §6-5-440, CODE OF ALABAMA (2005 Repl.Vol.). *See e.g., Ex parte Metropolitan Prop. & Cas. Ins. Co.*, ____ So.2d ___, 2007 WL 1576078 (Ala.Sup.Ct. June 1, 2007).

4.  CB&T reserves its rights to seek sanctions against the plaintiff and reimbursement of its attorneys' fees and expenses under Rule 11, FED.R.CIV.P., and 42 U.S.C. §1988(b).

WHEREFORE, PREMISES CONSIDERED, CB&T prays that this Court will grant its Motion to Dismiss. CB&T prays for such other and further relief that this Court deems appropriate.

        Respectfully submitted,

        /s/ Anne Stone Sumblin
        Anne Stone Sumblin (STO 038)
        Attorney for CB&T

OF COUNSEL:
WALSTON WELLS & BIRCHALL, LLP
PO Box 345
Kinston, AL 35643
Telephone: (334) 565-3380
Telecopier: (334) 565-3076
*asumblin@oppcatv.com*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 25th day of September, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/EMF system which will serve notification of such filing on the following:

| | |
|---|---|
| William Lovard Lee, III, Esq.<br>William W. Nichols, Esq.<br>*Attorney for Marilyn Granger;, Barbara Kamensky; Alan Kamensky; B. Wayne Granger; Granger Limited*<br>Lee & McInish<br>P.O. Box 1665<br>Dothan, AL 36302<br>*Email: wlee3@leeandmcinish.com; wnichols@leeandmcinish.com* | Wade H. Baxley, Esq.<br>*Attorney for Joel W. Weatherford; Farmer, Price, Hornsby & Weatherford, LLP; J. Michael Conaway, Jere C. Segrest; Lexa E. Dowling; William L. Lee, III and Lee & McInnish, P.C.*<br>Ramsey, Baxley & McDougle<br>P.O. Drawer 1486<br>Dothan, AL 36302<br>*Email: whb@rbmlaw.org* |
| James Davis Farmer, Esq.<br>Virginia Lynn McInnis, Esq.<br>*Attorneys for PeoplesSouth Bank; Midsouth Bank*<br>Farmer Farmer & Malone PA<br>P.O. Drawer 668<br>Dothan, AL 36302<br>*Email: jdf@ffmlaw.com; vlm@ffmlaw.com* | R. Cliff Mendheim, Esq.<br>*Attorney for Wallace Cooley, Tom Zeigenfelder and Zeigooley Realty, LLC*<br>P.O. Box 2147<br>Dothan, AL 36302<br>*Email: rcliffmendheim@graceba.net* |
| W. Wallace Hinsley, Esq.<br>*Attorney for Johnston, Hinesley, Flowers, Clenney & Turner; G. David Johnston*<br>P.O. Box 2246<br>Dothan, AL 36302<br>*Email: whinesley@jhfc.com* | Steve McGowan, Esq.<br>*Attorney for Marie W. Bauman; Ann Chandler*<br>P.O. Box 2<br>Dothan, AL 36302<br>*Email:wula@aol.com* |

  I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

| | |
|---|---|
| Ms. Kathryn Bauman Rubenstein<br>P.O. Box 2243<br>Dothan, Alabama 36302 | Deep South Development<br>P.O. Box 1392<br>Dothan, AL 36302 |
| Don Bennett, Esq.<br>P.O. Box 1392<br>Dothan, AL 36302 | Brian Bickhaus<br>3201 Ross Clark Circle<br>Dothan, AL 36303 |
| Fairfax Nabors<br>3300 Dell Road<br>Birmingham, AL 35223 | Elizabeth Smithart, Esq.<br>101 Conecuh Avenue W.<br>Union Springs, AL 36809 |

Pitcher & Associates  
P.O. Box 56  
Dothan, AL 36302  

Nanette Pitcher  
P.O. Box 56  
Dothan, AL 36302  

Dianne Ream  
1133 W. Main Street  
Dothan, AL 36301  

D. Ream Properties  
1133 W. Main Street  
Dothan, AL 36301  

Houston County DHR  
3201 Ross Clark Circle SE  
Dothan, AL 36301  

Richard Ramsey, III, Esq.  
256 Honeysuckle Road, Suite 26  
Dothan, AL 36301  

Ross Kennedy  
101 Executive Park Drive  
Dothan, AL 36303  

Arthur Medley, Esq.  
114 N. Oates Street  
Dothan, AL 36303  

Pat Black  
3201 Ross Clark Circle  
Dothan, AL 36303  

Boyd Horn  
403 Live Oak Trail  
Dothan, AL 36305  

D. Bryan Jordan  
417 20th Street  
Birmingham, AL 36202  

Sandra K. Anderson  
1111 Hillbrook Road  
Dothan, AL 36303  

Mrs. Phillip Dale Segrest  
606 Camellia Drive  
Tallassee, AL 36078  

Faye Ferrell, M.D.  
114 E. Troy Street  
Dothan, AL 36301  

Doug McKeown, Ph.D  
114 E. Troy Street  
Dothan, AL 36301  

Margaret Johnson  
Houston County DHR  
3201 Ross Clark Circle, S.E.  
Dothan, AL 36301  

Judy Bryd  
407 Drake Drive  
Dothan, AL 36305  

Tommy Scarborough, Esq.  
119 S. Foster Street  
Dothan, AL 36301  

Robert Birmingham  
Regions Bank  
8 Commerce Street  
Montgomery, AL 36104  

Officer Joiner  
Houston County Sheriff Dept.  
144 N. Oates Street  
Dothan, AL 36303  

Carl E. Jones, Jr.  
1510 Smolian Place  
Birmingham, AL 35205  

Judge Larry K. Anderson  
114 North Oates Street  
Dothan, AL 36303

Drayton Nabers, Esq.
3300 Dell Road
Birmingham, AL 35223

Judge Bernard Smithart
Bullock County Courthouse
217 North Prairie
Union Springs, AL 36809

Sandra Pittman
Houston County Court
114 N. Oates Street
Dothan, AL 36303

James D. Hamlet, Esq.
621 S. Hull Street
Montgomery, AL 36104

Officer Kirksey
Houston County Sheriff Dept.
144 N. Oates Street
Dothan, AL 36303

Dale Segrest, Esq.
P.O. Box 780791
Tallassee, AL 36078

Carla Woodall
Houston County Circuit Clerk
114 N. Oates Street
Dothan, AL 36303

Richard Fox
Capital City Bank
P.O. Box 900
Tallahassee, FL 32302

Officer Ivey
Houston County Sheriff Dept.
144 N. Oates Street
Dothan, AL 36303

Sheriff Andy R. Hughes
Houston County Sheriff Dept.
144 N. Oates Street
Dothan, AL 36303

/s/ Anne Stone Sumblin
Of Counsel