IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-798-MHT |
| | ) |
| **BETTY JO BAUMAN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendants, Sheriff Andy R. Hughes, Officer Cary LaDon Joyner, Officer Phillipe D. Kirksey and Officer James G. Ivey, Jr. of the Houston County Sheriff Department.

In light of Magistrate Judge Wallace Capel, Jr.'s Order dated September 13, 2007, defendants reserve all rights to file a Motion to Dismiss once complainant files her Second Amended Complaint.

Dated this 25th day of September, 2007.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James D. Farmer, Esq.
Farmer, Farmer & Malone, P.A.
Post Office Drawer 668
Dothan, Alabama 36302

Virginia L. McInnis, Esq.
Farmer, Farmer & Malone, P.A.
Post Office Drawer 668
Dothan, Alabama 36302

William L. Lee, III, Esq.
Lee & McInish, P.C.
Post Office Box 1665
Dothan, Alabama 36302

William W. Nichols, Esq.
Lee & McInish, P.C.
Post Office Box 1665
Dothan, Alabama 36302

Wade H. Baxley, Esq.
Ramsey, Baxley & McDougle
Post Office Drawer 1486
Dothan, Alabama 36302

William W. Hinesley, Esq.
Johnston, Hinesley, Flowers, Clenney & Turner, P.C.
Post Office Box 2246
Dothan, Alabama 36302

R. Cliff Mendheim, Esq.
Prim, Freeman & Mendheim
Post Office Box 2147
Dothan, Alabama 36302

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed to the following non-CM/ECF participants:

Kathryn Bauman Rubenstein
Post Office Box 2243
Dothan, Alabama 36302

Marie Bauman White
108 Lucy Lane
Dothan, Alabama 36303

Brian Bickhaus
3201 Ross Clark Circle
Dothan, Alabama 36303

Don Bennett, Esq.
Post Office Box 1392
Dothan, Alabama 36302

Nanette Pitcher
Post Office Box 56
Dothan, Alabama 36302

Tommy Scarborough, Esq.
119 South Foster Street
Dothan, Alabama 36301

D. Ream Properties
1133 West Main Street
Dothan, Alabama 36301

Doug McKeown, Ph.D.
114 East Troy Street
Dothan, Alabama 36301

Faye Ferrell, M.D.
114 East Troy Street
Dothan, Alabama 36301

Houston County DHR
3201 Ross Clark Circle, S.E.
Dothan, Alabama 36301

CB&T Bank
901 N. Boll Weevil Circle
Enterprise, Alabama 36330

Carl E. Jones, Jr.
1510 Smolian Place
Birmingham, Alabama 35205

Boyd Horn
403 Live Oak Trail
Dothan, Alabama 36305

Pat Black
3201 Ross Clark Circle
Dothan, Alabama 36303

Deep South Development
Post Office Box 1392
Dothan, Alabama 36302

Pitcher & Associates
Post Office Box 56
Dothan, Alabama 36302

Dianne Ream
1133 West Main Street
Dothan, Alabama 36301

Ross Kennedy
101 Executive Park Drive
Dothan, Alabama 36303

Arthur Medley, Esq.
114 North Oates Street
Dothan, Alabama 36303

Judy Byrd
407 Drake Drive
Dothan, Alabama 36305

Margaret Johnson
Houston County DHR
3201 Ross Clark Circle, S.E.
Dothan, Alabama 36301

Richard Fox
Capital City Bank
Post Office Box 900
Tallahassee, Florida 32302

D. Bryan Jordan
417 20th Street
Birmingham, Alabama 36202

Robert Birmingham
Regions Bank
8 Commerce Street
Montgomery, Alabama 36104

| | |
|---|---|
| Anne Chandler<br>Post Office Box 692<br>Dothan, Alabama 36302 | Judge Larry K. Anderson<br>114 North Oates Street<br>Dothan, Alabama 36303 |
| Drayton Nabers, Esq.<br>3300 Dell Road<br>Birmingham, Alabama 35223 | Sandra K. Anderson<br>1111 Hillbrook Road<br>Dothan, Alabama 36303 |
| Fairfax Nabers<br>3300 Dell Road<br>Birmingham, Alabama 35223 | Elizabeth Smithart, Esq.<br>101 Conecuh Avenue West<br>Union Springs, Alabama 36809 |
| Judge Bernard Smithart<br>Bullock County Courthouse<br>217 North Prairie<br>Union Springs, Alabama 36809 | Mrs. Philip Dale Segrest<br>606 Camellia Drive<br>Tallassee, Alabama 36078 |
| Cynthia Pittman<br>Houston County Court<br>114 North Oates Street<br>Dothan, Alabama 36303 | Carla Woodall<br>Houston County Circuit Clerk<br>114 North Oates Street<br>Dothan, Alabama 36303 |
| Dale Segrest, Esq.<br>Post Office Box 780791<br>Tallassee, Alabama 36078 | Richard Ramsey III, Esq.<br>256 Honeysuckle Road<br>Suite 26<br>Dothan, Alabama 36305 |
| James Hamlett, Esq.<br>621 S. Hull Street<br>Montgomery, Alabama 36104 | G. David Johnston, Esq.<br>Post Office Box 2246<br>Dothan, Alabama 36302 |

**s/Gary C. Sherrer**
Of Counsel