IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KATHRYN BAUMAN RUBENSTEIN, )
)
PLAINTIFF, )
)
VS. ) CIVIL CASE NO.: 1:07cv798-MHT
)
BETTY JO BAUMAN, et al, )
)
DEFENDANTS. )

## ATTORNEY'S ENTRY OF APPEARANCE

COMES NOW Don P. Bennett, the undersigned attorney, and enters his appearance *pro se,* (designated 19 in the complaint) and as attorney of record in this cause for the following named Defendants:

1. Nanette Pitcher ( designated (21) in the complaint)

2. Pitcher & Associates (designated (22) in the complaint)

3. Darlene Reams (designated (23) in the complaint and incorrectly named in the complaint as Dianne Reams)

4. Reams Properties (designated (24) in the complaint)

5. Faye Ferrell (designated (30) in the complaint)

6. Doug McKeown (designated (50) in the complaint)

7. Arthur Medley (designated (52) in the complaint)

8. Deep South Development Corporation (designated (20) in the complaint and incorrectly designated in the complaint as Deep South Investments)

This the 26th day of September, 2007.

_____
DON P. BENNETT, pro se, and as the
Attorney for the Defendants, Nanette Pitcher, Pitcher &
Associates, Darlene Reams, Reams Properties, Faye
Ferrell, Doug McKeown, Arthur Medley and Deep

SCANNED

South Development Corporation
P.O. Box 1392
Dothan, Alabama 36302
Telephone (334) 792-6380
Facsimile (334) 673-8508
E-mail: 2bennett@comcast.net

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on September 26, 2007, that I have given notice of the above and foregoing Entry of Appearance to the parties named herein below by mailing them a copy thereof through the U. S. Mail first class postage prepaid and properly addressed to their correct addresses as follow:

Honorable Larry K. Anderson
P.O. Drawer 6406
Dothan, AL 36302

Sandra K. Anderson
1111 Hillbrook Road
Dothan, AL 36303

Marie Bauman White
108 Lucy Ln.
Dothan, AL 36303

Brian Bickhaus
Regions Bank
3201 Ross Clark Cir.
Dothan, AL 36303

Robert Birmingham
Regions Bank
8 Commerce Street
Montgomery, AL 36104

Pat Black
Regions Bank
3201 Ross Clark Cir.
Dothan, AL 36303

Houston County Sheriff's Dept.
P.O. Drawer 6404
Dothan, AL 36302

CB&T Bank
901 N. Boll Weevil Cir.
Enterprise, AL 36330

Ann Chandler
P.O. Box 692
Dothan, AL 36302

Michael Conaway, Esq.
360 N. Oates St.
Dothan, AL 36303

Wallace Cooley
6130 Eddins Rd.
Dothan, AL 36303

Lexa Dowling, Esq.
P.O. Box 119
Dothan, AL 36302

Farmer, Price, Hornsby & Weatherford, LLP
P.O. Drawer 2228
Dothan, AL 36302

Richard Fox
P.O. Box 900
Tallahassee, FL 32302

James D. Hamilton, Esq.
621 S. Hull St.
Montgomery, AL 36104

Boyd Horn
403 Live Oak Trail
Dothan, AL 36305

Houston County DHR
3201 Ross Clark Cir., S.E.
Dothan, AL 36301

~~Dothan, AL 36304~~
Sheriff Andy R. Hughes
Houston County Sheriff's Dept.
144 N. Oates St.
Dothan, AL 36303

Officer Ivey
Houston County Sheriff's Dept.
144 N. Oates St.
Dothan, AL 36303

Margaret Johnson
Houston County DHR
3201 Ross Clark Cir., SE
Dothan, AL 36301

G. David Johnston, Esq.
P.O. Box 2246
Dothan, AL 36302

Johnston, Hinesley, Flowers & Clenney, P.C.
P.O. Box 2246
Dothan, AL 36302

Officer Joiner
Houston County Sheriff's Dept.
144 N. Oates St.
Dothan, AL 36303
Carl E. Jones, Jr.
1510 Smolian Place
Birmingham, AL 35205

D. Bryan Jordan
Regions Bank
417 20th St.
Birmingham, AL 36202

Ross Kennedy
McDaniel & Associates
101 Executive Park Dr.
Dothan, AL 36303

Officer Kirksey
Houston County Sheriff's Dept.
144 N. Oates St.
Dothan, AL 36303

McDaniel & Associates
101 Executive Park Dr.
Dothan, AL 36303

Honorable Drayton Nabers
3300 Dell Rd.
Birmingham, AL 35223

Fairfax Nabers
3300 Dell Rd.
Birmingham, AL 35223

Sandra Pittman
Houston County Court
P.O. Drawer 6406
Dothan, AL 36302

Richard H. Ramsey, III, Esq.
256 Honeysuckle Rd.
Suite 26
Dothan, AL 36305

Regions Bank
P.O. Box 681
Birmingham, AL 35201

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

Tommy Scarborough, Esq.
c/o F. Chadwick Morriss, Esq.
P. O. Box 270
Montgomery, AL 36101-0270

Honorable Dale Segrest
Tallapoosa County Circuit Courthouse
P.O. Box 780791
Tallassee, AL 36078

Jere Segrest, Esq.
P.O. Box 1469
Dothan, AL 36302

Mrs. Dale Segrest
606 Camellia Dr.
Tallassee, AL 36078

Hon. Bernard L. Smithart
Bullock County Courthouse
217 North Prairie
Union Springs, AL 36809

Elizabeth Smithart
101 Conecuh Ave. W.
Union Springs, AL 36809

Joel Weatherford, Esq.
P.O. Drawer 2228
Dothan, AL 36302

Carla H. Woodall
Houston County Circuit Clerk
P.O. Drawer 6406
Dothan, AL 36302

Granger Limited
P. O. Box 488
Bryson City, NC 28713

Alan Kamensky
111 Bay Avenue
3rd Floor
Columbus, GA 31901

Zeigooley, Inc.
6130 Eddins Rd.
Dothan, AL 36303

Tom Zeigenfelder
1142 Appian Way
Dothan, AL 36303

PeoplesSouth Bank
109 East Church Street
Columbia, AL 36319

Wayne Granger
P. O. Box 488
Bryson City, NC 28713

Midsouth Bank, N. A.
c/o Farmer, Farmer & Malone, P. A.
P. O. Drawer 668
Dothan, AL 36302

|  |  |
|---|---|
| William L. Lee, III, Esq.<br>238 W. Main St.<br>Dothan, AL 36303 | ~~Dothan, AL 36302~~<br>Barbara Kamensky<br>6500-4 Green Island Drive<br>Columbus, GA 31904 |
| Lee & McInish, P. C.<br>238 W. Main St.<br>Dothan, AL 36303 | Marilyn Granger<br>P. O. Box 488<br>Bryson City, NC 28713 |

*/s/ Jon P. Bennett*
OF COUNSEL