IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:07-CV-798-MHT |
| BETTY JO BAUMAN, et al., | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

COMES NOW Philip D. Segrest, Jr., of The Segrest Law Firm, and hereby gives notice of his entry of appearance as counsel for Defendants, Dale Segrest and Mrs. Philip Dale Segrest.

In light of Magistrate Judge Wallace Capel, Jr.'s Order dated September 13, 2007, defendants reserve all rights to file a Motion to Dismiss once complainant files her Second Amended Complaint.

Dated 27th day of September, 2007.

                                                   /s/   Philip D. Segrest, Jr.
                                                 Philip D. Segrest, Jr. (SEG010)
                                                 Attorney for Dale and Mrs. Philip Dale Segrest

OF COUNSEL:
THE SEGREST LAW FIRM
301 King Street
Post Office Box 780791
Tallassee, AL 36078
Telephone: (334) 252-0036
Facsimile: (334) 252-0037

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court and have served a copy of the foregoing upon opposing counsel by placing a copy of same in the U.S. Mail, postage prepaid, and addressed as follows:

James. D. Farmer, Esq.
Farmer, Farmer & Malone, P.A.
Post Office Drawer 668
Dothan, AL 36302

William L. Lee, III, Esq.
Lee & McInish, P.C.
Post Office Box 1665
Dothan, AL 36302

Wade H. Baxley, Esq.
Ramsey, Baxley & McDougle
Post Office Drawer 1486
Dothan, AL 36302

R. Cliff Mendheim, Esq.
Prim, Freeman & Mendheim
Post Office Box 2147
Dothan, AL 36302

Virginia L. McInnis, Esq.
Farmer, Farmer & Malone, P.A.
Post Office Drawer 668
Dothan, AL 36302

William W. Hinesley, Esq.
Johnston, Hinesley, Flowers, Clenney & Turner, P.C.
Post Office Box 2246
Dothan, AL 36302

Kathryn Bauman Rubenstein
Post Office Box 2243
Dothan, AL 36302

Marie Bauman White
108 Lucy Lane
Dothan, AL 36303

Brian Bickhaus
3201 Ross Clark Circle
Dothan, AL 36303

Don Bennett, Esq.
Post Office Box 1392
Dothan, AL 36302

Nanette Pitcher
Post Office Box 56
Dothan, AL 36302

Tommy Scarborough, Esq.
119 South Foster Street
Dothan, AL 36301

D. Ream Properties
1133 West Main Street
Dothan, AL 36301

Doug McKeown, Ph.D.
114 East Troy Street
Dothan, AL 36301

Faye Ferrell, M.D.
114 East Troy Street
Dothan, AL 36301

Houston County DHR
3201 Ross Clark Circle, S.E.
Dothan, AL 36301

CB&T Bank
901 N. Boll Weevil Circle
Enterprise, AL 36330

Carl E. Jones, Jr.
1510 Smolian Place
Birmingham, AL 35205

Boyd Horn
403 Live Oak Trail
Dothan, AL 36305

Pat Black
3201 Ross Clark Circle
Dothan, AL 36303

Deep South Development
Post Office Box 1392
Dothan, AL 36302

Pitcher & Associates
Post Office Box 56
Dothan, AL 36302

Dianne Ream
1133 West Main Street
Dothan, AL 36301

Ross Kennedy
101 Executive Park Drive
Dothan, AL 36303

Arthur Medley, Esq.
114 North Oates Street
Dothan, AL 36303

Judy Byrd
407 Drake Drive
Dothan, AL 36305

Margaret Johnson
Houston County DHR
3201 Ross Clark Circle, S.E.
Dothan, AL 36301

Richard Fox
Capital City Bank
Post Office Box 900
Tallahassee, FL 32302

D. Bryan Jordan
417 20th Street
Birmingham, AL 36202

Robert Birmingham
Regions Bank
8 Commerce Street
Montgomery, AL 36104

Anne Chandler
Post Office Box 692
Dothan, AL 36302

Drayton Nabers, Esq.
3300 Dell Road
Birmingham, AL 35223

Fairfax Nabers
3300 Dell Road
Birmingham, AL 35223

Judge Bernard Smithart
Bullock County Courthouse
217 North Prairie
Union Springs, AL 36809

Cynthia Pittman
Houston County Court
114 North Oates Street
Dothan, AL 36303

James Hamlett, Esq.
621 S. Hull Street
Montgomery, AL 36104

Judge Larry K. Anderson
114 North Oates Street
Dothan, AL 36303

Sandra K. Anderson
1111 Hillbrook Road
Dothan, AL 36303

Elizabeth Smithart, Esq.
101 Conecuh Avenue West
Union Springs, AL 36809

Carla Woodall
Houston County Circuit Court
114 North Oates Street
Dothan, AL 36303

Richard Ramsey III, Esq.
256 Honeysuckle Road
Suite 26
Dothan, AL 36305

G. David Johnston, Esq.
Post Office Box 2246
Dothan, AL 36302

Gary C. Sherrer, Esq.
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, AL 36301

                                          /s/ Philip D. Segrest, Jr.
                                         OF COUNSEL