IN THE MIDDLE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN | * |
| | * |
| PLAINTIFF, | * |
| VS. | * CIVIL ACTION NO:.1:07-cv-798MHT |
| | * |
| | * |
| BETTY JO BAUMAN, ET AL, | * |
| | * |
| DEFENDANTS. | * |

## NOTICE OF ENTRY OF APPEARANCE AND JOINDER IN MOTION TO STRIKE

**COMES** NOW, J. Michael Conaway and enters his appearance as attorney of record for Lexa Dowling as Guardian and Conservator of the Estate of Betty Jo Bauman in the above referenced cause. Counsel also joins and adopts the grounds asserted in the Motion to Strike heretofore filed by the Honorable Jere Segrest, Guardian ad Litem for Betty Jo Bauaman.

**RESPECTFULLY** submitted this the 27th day of September, 2007.

S/J. Michael Conaway
J. MICHAEL CONAWAY (CON013)
Attorney for Lexa Dowling, Guardian and
Conservator of the Estate of Betty Jo Bauman
P.O. Box 1631
Dothan, AL 36302
334-792-6752

## CERTIFICATE OF SERVICE

I, J. Michael Conaway, do hereby certify that I have served the foregoing upon the following by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed on this the 27th day of September, 2007.

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

Don P. Bennett
D. Ream Properties
Dianne Ream
Nanette Pitcher
Pitcher & Associates
Deep South Investments
Faye Ferrell
Arthur Medley
c/o Don P. Bennett, Esq.
Attorney at Law
141 N. St. Andrews St.
Dothan, AL 36303

Marie W. Bauman
c/o Steve McGowan Esq.
Attorney at Law
P.O. Box 2
Dothan, AL 36302

Brian Bickhaus
Robert Birmingham
Pat Black
Richard Fox
Boyd Horn
Carl E. Jones
D. Bryan Jordan
Regions Bank
c/o Joel W. Weatherford, Esq
Attorney at Law
P.O. Drawer 2228
Dothan, AL 36302

Community Bank & Trust
c/o Anne S. Sumblin, Esq
Attorney at Law
P.O. Box 345
Kinston, AL 36453

Wallace Cooley
Tom Zeigenfelder
Zeigooley, Inc.
c/o R. Clifford Mendheim, Esq.
P.O. Box 2147
Dothan, AL 36302

G. David Johnston
Johnston, Hinesley, Flowers&Clenny
c/o W. Wallace Hinesley, Esq.
Attorney at Law
P.O. box 2246
Dothan, AL 36302

Sandra K. Anderson
1111 Hillbrook Road
Dothan, AL 36303

Fairfax Nabres
3300 Dell Road
Birmingham, AL 35223

Mrs. Phillip Dale Segrest
606 Camellia Drive
Tallassee, AL 36078

Elizabeth Smithart
Esmithart@yahoo.com

Hon. Larry K. Anderson
Hon. Drayton Nabres
Hon. Dale Segrest
Hon. Bernard L. Smithart
Carla Hemby Woodall, Clerk
Cynthia Pittman
c/o Jeffery H. Long, Esq
Office of Attorney General
11 Union Street, Floor 4
Montgomery, AL 36130

Andy Hughes
Officer Ivey
Officer Joiner
Officer Kirksey
c/o Gary C. Sherrer, Esq
Attorney at Law
P.O. Box 805
Dothan, AL 36302

Margaret Johnson
c/o Dothan City BOE
500 Dusy Street
Dothan, AL 36301

James D. Hamlett, Esq
621 S. Hull St
Montgomery, AL 36104

Houston County DHR
3201 Ross Clark Circle SE
Dothan, AL 36301

McDaniel & Associates
Ross Kennedy
c/o Robert M. Girardeau, Esq
Jeffery N. Windham, Esq
Attorneys at Law
Three Protective Center
2801 Protective Center, Ste 200
Birmingham, AL 35223

Doug McKeown, Ph.D
114 E. Troy St.
Dothan, AL 36301

Tommy Scarborough
c/o F. Chadwick Morriss, Esq
Attorney at Law
P.O. Box 270
Montgomery, AL 36101-0270

Richard H. Ramsey, III Esq
256 Honeysuckle Road, Ste 26
Dothan, AL 36301

                    S/J. Michael Conaway
                    OF COUNSEL