UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KATHRYN BAUMAN RUBENSTEIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:07cv798-MHT |
| **BETTY JO BAUMAN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-style action does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported: Community Bank and Trust of Southeast Alabama ("CB&T) conducts business under its name and under the name of "Coastal Bank & Trust." CB&T is wholly owned by Synovus Financial Corporation and its affiliates are listed on the attached Exhibit A.

This 28th day of September, 2007.

/s/ Anne Stone Sumblin
Anne Stone Attorney for
Community Bank & Trust of SE Alabama

OF COUNSEL:
WALSTON WELLS & BIRCHALL, LLP
PO Box 345
Kinston, AL 35643
Telephone: (334) 565-3380
Telecopier: (334) 565-3076
*asumblin@oppcatv.com*

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/EMF system which will serve notification of such filing on the following:

William Lovard Lee, III, Esq.
William W. Nichols, Esq.
*Attorney for Marilyn Granger;, Barbara Kamensky; Alan Kamensky; B. Wayne Granger; Granger Limited*
Lee & McInish
P.O. Box 1665
Dothan, AL 36302
*Email: wlee3@leeandmcinish.com; wnichols@leeandmcinish.com*

James Davis Farmer, Esq.
Virginia Lynn McInnis, Esq.
*Attorneys for PeoplesSouth Bank; Midsouth Bank*
Farmer Farmer & Malone PA
P.O. Drawer 668
Dothan, AL 36302
*Email: jdf@ffmlaw.com; vlm@ffmlaw.com*

W. Wallace Hinsley, Esq.
*Attorney for Johnston, Hinesley, Flowers, Clenney & Turner; G. David Johnston*
P.O. Box 2246
Dothan, AL 36302
*Email: whinesley@jhfc.com*

Robert M. Girardeau, Esq.
*Attorney for Ross Kennedy and McDaniel & Associates*
Huie, Fernambucq & Stewart, LLP
Three Protective Center - Suite 200
2801 Highway 280
Birmingham, AL 35223
*Email: rmg@hfsllp.com*

Wade H. Baxley, Esq.
*Attorney for Joel W. Weatherford; Farmer, Price, Hornsby & Weatherford, LLP; J. Michael Conaway, Jere C. Segrest; Lexa E. Dowling; William L. Lee, III and Lee & McInnish, P.C.*
Ramsey, Baxley & McDougle
P.O. Drawer 1486
Dothan, AL 36302
*Email: whb@rbmlaw.org*

R. Cliff Mendheim, Esq.
*Attorney for Wallace Cooley, Tom Zeigenfelder and Zeigooley Realty, LLC*
P.O. Box 2147
Dothan, AL 36302
*Email: rcliffmendheim@graceba.net*

Steve McGowan, Esq.
*Attorney for Marie W. Bauman; Ann Chandler*
P.O. Box 2
Dothan, AL 36302
*Email:wula@aol.com*

Don P. Bennett, Esq.
*Attorney for Nanette Pitcher, Pitcher & Associates, Darlene Reams, Reams Properties, Faye Ferrell, Doug McKeown, Arthur Medley and Deep South Development Corporation*
P.O. Box 1392
Dothan, AL 36302
*Email: 2bennett@comcast.net*

Gary C. Sherrer, Esq.
*Attorney for: Sheriff Andy R. Hughes; Officer*
*Cary LaDon Joyner; Office Phillipe D. Kirksey*
*and Officer James G. Ivey, Jr.*
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, Alabama 36301
*Email: gary@sjt-law.com*

      I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

| | |
|---|---|
| Ms. Kathryn Bauman Rubenstein<br>P.O. Box 2243<br>Dothan, Alabama 36302 | Pat Black<br>3201 Ross Clark Circle<br>Dothan, AL 36303 |
| Mrs. Phillip Dale Segrest<br>606 Camellia Drive<br>Tallassee, AL 36078 | Brian Bickhaus<br>3201 Ross Clark Circle<br>Dothan, AL 36303 |
| Fairfax Nabors<br>3300 Dell Road<br>Birmingham, AL 35223 | Elizabeth Smithart, Esq.<br>101 Conecuh Avenue W.<br>Union Springs, AL 36809 |
| Robert Birmingham<br>Regions Bank<br>8 Commerce Street<br>Montgomery, AL 36104 | Sandra K. Anderson<br>1111 Hillbrook Road<br>Dothan, AL 36303 |
| Houston County DHR<br>3201 Ross Clark Circle SE<br>Dothan, AL 36301 | Margaret Johnson<br>Houston County DHR<br>3201 Ross Clark Circle, S.E.<br>Dothan, AL 36301 |
| Richard Ramsey, III, Esq.<br>256 Honeysuckle Road, Suite 26<br>Dothan, AL 36301 | Judy Bryd<br>407 Drake Drive<br>Dothan, AL 36305 |
| James D. Hamlet, Esq.<br>621 S. Hull Street<br>Montgomery, AL 36104 | Tommy Scarborough, Esq.<br>119 S. Foster Street<br>Dothan, AL 36301 |
| Boyd Horn<br>403 Live Oak Trail<br>Dothan, AL 36305 | Carl E. Jones, Jr.<br>1510 Smolian Place<br>Birmingham, AL 35205 |

D. Bryan Jordan
417 20th Street
Birmingham, AL 36202

Drayton Nabers, Esq.
3300 Dell Road
Birmingham, AL 35223

Judge Bernard Smithart
Bullock County Courthouse
217 North Prairie
Union Springs, AL 36809

Sandra Pittman
Houston County Court
114 N. Oates Street
Dothan, AL 36303

Judge Larry K. Anderson
114 North Oates Street
Dothan, AL 36303

Dale Segrest, Esq.
P.O. Box 780791
Tallassee, AL 36078

Carla Woodall
Houston County Circuit Clerk
114 N. Oates Street
Dothan, AL 36303

Richard Fox
Capital City Bank
P.O. Box 900
Tallahassee, FL 32302

/s/ Anne Stone Sumblin
Of Counsel

4

9/10/07 Affiliate Organizational Chart - Synovus Financial Corp.

*UNLESS OTHERWISE NOTED, THE ENTITY IS A BANK OR BANK HOLDING COMPANY.

**"Affiliate" for purposes of Reg. W. Affiliate also includes any company of which TTV owns 15% or more of the equity capital, currently Financial Transaction Systems, iKobo, Avalon International, Inc., Interactive Advisory Software, Pay Rent, Build Credit, Inc. and ControlScan and its funds, TTP Fund, L.P. and TTP Fund II, L.P. Affiliates of Synovus also include the Sentinel Georgia Municipal Bond Fund. Additionally, United Insurance Holdings, L.C. is an affiliate of Synovus.



SYNOVUS FINANCIAL CORP. **
COLUMBUS, GEORGIA

- 100% COLUMBUS BANK AND TRUST COMPANY, COLUMBUS, GEORGIA
  - 100% SYNOVUS INSURANCE SERVICES OF GEORGIA, INC., COLUMBUS, GEORGIA — INSURANCE AGENCY
  - 100% SYNOVUS TRUST COMPANY, NATIONAL ASSOCIATION, COLUMBUS, GEORGIA — TRUST COMPANY
  - 100% CB&T HOUSING FUND INVESTOR, L.L.C., COLUMBUS, GEORGIA — INVESTMENT PORTFOLIO
  - 100% CB&T STATE TAX CREDIT FUND, L.L.C., COLUMBUS, GEORGIA — INVESTMENT PORTFOLIO
  - 100% CB&T SPECIAL LIMITED PARTNER, L.L.C., COLUMBUS, GEORGIA — INVESTMENT PORTFOLIO
  - 100% CB&T 11TH STREET LOFT COMPANY, L.L.C., COLUMBUS, GEORGIA — INVESTMENT PORTFOLIO
  - 100% SYNOVUS UNION HILL, L.L.C., COLUMBUS, GEORGIA — INVESTMENT PORTFOLIO
  - 100% SYNOVUS POINTE APARTMENTS, L.L.C., COLUMBUS, GEORGIA — INVESTMENT PORTFOLIO
  - 100% TALL PINES APARTMENTS, Ltd., MONTGOMERY, ALABAMA — INVESTMENT PORTFOLIO
  - 100% SYNOVUS ASPENWOOD SQUARE, LLC, COLUMBUS, GEORGIA — INVESTMENT PORTFOLIO
  - 100% SYNOVUS EQUITY INVESTMENTS, INC., COLUMBUS, GEORGIA — INVESTMENT PORTFOLIO
    - 100% SYNOVUS CALLIER FOREST, L.L.C., COLUMBUS, GEORGIA — INVESTMENT PORTFOLIO
    - 100% SYNOVUS SPECIAL LIMITED PARTNER, L.L.C., COLUMBUS, GEORGIA — INVESTMENT PORTFOLIO
  - 81% TOTAL SYSTEM SERVICES, INC., COLUMBUS, GEORGIA — DATA PROCESSING
    - 100% COLUMBUS DEPOT EQUIPMENT COMPANY, COLUMBUS, GEORGIA — EQUIPMENT LEASING
    - 100% TSYS CANADA, INC., COLUMBUS, GEORGIA — PROGRAMMING
    - 100% TSYS TECHNOLOGY CENTER, INC., BOISE, IDAHO — PROGRAMMING
    - 100% PROCARD, INC., GOLDEN, COLORADO — SOFTWARE/DATA PROCESSING
    - 100% TSYS TOTAL DEBT MANAGEMENT, INC., NORCROSS, GEORGIA — DEBT COLLECTION



EXHIBIT A









A:\07REGW AFFILIATE CHART.XLS