UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KATHRYN BAUMAN RUBENSTEIN )
)
Plaintiff, )
) CIVIL ACTION NO.
v. ) 1:07cv798-MHT
)
BETTY JO BAUMAN, et al., )
)
Defendants. )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the defendants, G. David Johnston and Johnston, Hinesley Flowers, Clenney & Turner, P.C. ("JHFC&T"), by and through its undersigned attorney, pursuant to Federal Rules of Civil Procedure 7.1 and this Court's Order of September 23, 2007. And submit the following conflict disclosure statement:

1. Defendant, G. David Johnston, is an individual not subject to the disclosure requirements of Federal Rules of Civil Procedure 7.1..

2. Defendant JHFC & T, is an Alabama professional corporation of practicing attorneys, and defendant, G. David Johnston, is one of the practicing attorneys in and a shareholder of said law firm. Defendant, JHFC & T has no parent companies, subsidiaries, partnerships or affiliates. No publicly-held corporation owns more than ten percent of its stock.

Respectfully submitted this 28th day of September, 2007.

/S/   William W. Hinesley

William W. Hinesley
(ASB-4423-E65W)

Attorney for G. David Johnston and Johnston, Hinesley, Flowers, Clenney & Turner, P.C.

OF COUNSEL:

JOHNSTON, HINESLEY, FLOWERS, CLENNEY & TURNER, P.C.
291 North Oates Street
Post Office Box 2246
Dothan, Alabama 36302
Telephone: (334) 793-1115
Facsimile: (334) 793-6603

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing on the following: Wade H. Baxley, Esq., whb@rbnlaw.org, dm@rbmlaw.org, James D. Farmer, Esq., jdf@ffmlaw.com, anm@ffmlaw.com, Robert M. Girardeau, Esq., rmg@hfsllp.com, Steve G. McGowan, Esq., wula@aol.com, anlee04@hotmail.com, Virginia L. McInnes, Esq., vlm@ffmlaw.com, R. Cliff Mendeim, Esq., rcliffmendeim@graceba.net, Jere C. Segrest, Esq., jerecs@aol.com, Elizabeth Smithart, esmithart@yahoo.com, Joel Weatherford, Esq., jweatherford@fphw-law.com, Don P. Bennett, Esq., 2bennett@comcast.com, William L. Lee III, Esq., wlee3@leeandmcinish.com, William W. Nichols, Esq., Wnichols@leeandmcinish.com, Gary C. Sherer, Esq., gary@sjt-law.com, debbie@sjt-law.com, Anne S. Sumblin, Esq., asumblin@oppcatv.com, Philip Dale Segrest, Jr., Esq., Philip.Segrest@SegrestLaw.com, Teresa.Huff@SegrestLaw.com.

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

Ms. Kathryn Bauman Rubenstein
Post Office Box 2243
Dothan, Alabama 36302

Tommy Scarborough, Esq.
119 S. Foster Street
Dothan, AL 36301

Brian Bickhaus
3201 Ross Clark Circle
Dothan, AL 36303

Houston County DHR
3201 Ross Clark Circle, S.E.
Dothan, AL 36301

Pat Black
3201 Ross Clark Circle
Dothan, AL 36303

Richard Fox
Capital City Bank
P.O. Box 900
Tallahassee, FL 32302

Mike Conway, Esq
360 N. Oates Street
Dothan, AL 36303

Judy Byrd.
407 Drake Drive
Dothan, AL 36303

Doug McKeown, Ph.D.
114 E. Troy Street
Dothan, AL 36301

Margaret Johnson
Houston County DHR
3201 Ross Clark Circle, S.E.
Dothan, AL 36301

CB&T
901 N. Boll Weevil Circle
Enterprise, AL 36330

Boyd Horn
403 Live Oak Trail
Dothan, AL 36305

D. Bryan Jordan
417 20th Street
Birmingham, AL 36202

Fairfax Nabers
3300 Dell Road
Birmingham, AL 35223

Judge Larry K. Anderson
114 North Oates Street
Dothan, AL 36303

Drayton Nabers, Esq.
3300 Dell Road
Birmingham, AL 35223

Carla Woodall
Houston County Circuit Clerk
114 N. Oates Street
Dothan, AL 36303

Carl E. Jones, Jr.
1510 Smolian Place
Birmingham, AL 35205

Sandra K. Anderson
1111 Hillbrook Road
Dothan, AL 36303

Judge Bernard Smithart
Bullock County Courthouse
217 North Prairie
Union Springs, AL 36809

Officer Joiner
Houston County Sheriff Dept.
144 N. Oates Street
Dothan, AL 36303

James Hamilton, Esq.
621 S. Hull Street
Montgomery, AL 36104

Richard Ramsey III, Esq.
256 Honeysuckle Road
Suite 26
Dothan, AL 36305

Officer Kirksey
Houston County Sheriff Dept.
144 N. Oates Street
Dothan, AL 36303

Officer Kirksey
Houston County Sheriff Dept.
144 N. Oates Street
Dothan, AL 36303

Sandra Pittman  
Houston County Court  
114 N. Oates Street  
Dothan, AL 36303

Sheriff Andy R. Hughes  
Houston County Sheriff Dept.  
144 N. Oates Street  
Dothan, AL 36303


/S/    William W. Hinesley
Of Counsel