IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION


KATHRYN BAUMAN RUBENSTEIN,      *
                                *
      PLAINTIFF,                *
                                *
vs.                             *   CASE NO. 1:07-cv-798-MHT
                                *
BETTY JO BAUMAN, et al,         *
                                *
      DEFENDANTS.               *


## CONFLICT DISCLOSURE STATEMENT

Defendant, BETTY JO BAUMAN, by and through her Guardian Ad Litem, Jere C. Segrest, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtors, creditors  committee, or other entities reportable under the provisions of the Middle District of Alabama  s General Order No. 3047:

1.   Defendant, BETTY JO BAUMAN, is an individual not subject to the disclosure requirements of Fed.R.Civ.P. 7.1 and the Middle District of Alabama  s General Order No. 3047.

This the 1st day of October, 2007.

HARDWICK, HAUSE, SEGREST & WALDING

BY: /s/ Jere C. Segrest
        Jere C. Segrest (SEG005)
        P. O. Box 1469
        Dothan, Alabama 36302

GUARDIAN AD LITEM FOR BETTY JO BAUMAN


CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the
foregoing on the following individuals by placing same in the
United States Mail in a property addressed envelope with
adequate postage:

Barbara Kamensky
6500-4 Green Island Drive
Columbus, Georgia 31904

Marilyn Granger
P. O. Box 488
Bryson City, NC 28713

Granger Limited
P. O. Box 488
Bryson City, NC 28713

Lexa Dowling
P. O. Box 1193
Dothan, Alabama 36302

Don Bennett
P. O. Box 1392
Dothan, Alabama 36302

Pat Black
3201 Ross Clark Circle
Dothan, Alabama 36303

Nanette Pitcher
P. O. Box 56
Dothan, Alabama 36302

Mike Conaway
P. O. Box 1631
Dothan, Alabama 36302

Alan Kamensky
111 Bay Avenue, 3rd Floor
Columbus, Georgia 31901

Wayne Granger
P. O. Box 488
Bryson City, NC 28713

Marie Bauman White
108 Lucy Lane
Dothan, Alabama 36303

Joel Weatherford
Farmer, Price, Hornsby &
Weatherford
P. O. Drawer 2228
Dothan, Alabama 36302

Brian Bickhaus
3201 Ross Clark Circle
Dothan, Alabama 36303

Deep South Development
P. O. Box 1392
Dothan, Alabama 36302

Pitcher & Associates
P. O. Box 56
Dothan, Alabama 36302

Tommy Scarborough
P. O. Box 2101
Dothan, Alabama 36302

D. Ream Properties
1133 W. Main Street
Dothan, Alabama 36303

Faye Ferrell, M. D.
114 E. Troy Street
Dothan, Alabama 36303

Wallace Cooley
6130 Eddins Road
Dothan, Alabama 36301

Zeigooley, Inc.
6130 Eddins Road
Dothan, Alabama 36301

Margaret Johnson
Houston County DHR
3201 Ross Clark Circle, S.E.
Dothan, Alabama 36301

PeopleSouth Bank
109 East Church Street
Columbia, Alabama 36319

Houston County DHR
3201 Ross Clark Circle, S.E.
Dothan, Alabama 36301

MidSouth Bank
P. O. Drawer 1001
Ashford, Alabama 36312

Richard Fox
Capital City Bank
P. O. Box 900
Tallahassee, Florida 32302

Carl E. Jones, Jr.
1510 Smolian Place
Birmingham, Alabama 35205

Robert Birmingham
Regions Bank
8 Commerce Street
Montgomery, Alabama 36104

Anne Chandler
P. O. Box 692
Dothan, Alabama 36302

Larry K. Anderson, Judge
P. O. Drawer 6406
Dothan, Alabama 36302

CB&T Bank
901 N. Boll Weevil Circle
Enterprise, Alabama 36330
Boyd Horn
403 Live Oak Trail
Dothan, Alabama 36305

D. Bryan Jordan
417 20th Street
Birmingham, Alabama 36202

Dianne Ream
1133 W. Main Street
Dothan, Alabama 36301

Ross Kennedy
P. O. Box 6356
Dothan, Alabama 36302

Doug McKeown, Ph.D.
114 East Troy Street
Dothan, Alabama 36303

Tom Zeigenfelder
1142 Appian Way
Dothan, Alabama 36303

Arthur Medley
P. O. Box 864
Dothan, Alabama 36302

Drayton Nabers
3300 Dell Road
Birmingham, Alabama 35223

Elizabeth Smithart
P. O. Box 663
Union Springs, Alabama 36809

Mrs. Philip Dale Segrest
606 Camellia Drive
Tallassee, Alabama 36078

Sandra Pittman
Houston County Courthouse
P. O. Drawer 6406
Dothan, Alabama 36302

Officer Ivey
Houston County Sheriff  s Dept.
P. O. Drawer 6406
Dothan, Alabama 36302

Officer Kirksey
Houston County Sheriff  s Dept.
P. O. Drawer 6406
Dothan, Alabama 36302

Sheriff Andy R. Hughes
Houston County Sheriff  s Dept.
P. O. Drawer 6406
Dothan, Alabama 36302

Fairfax Nabers
3300 Dell Road
Birmingham, Alabama 35223

Sandra K. Anderson
1111 Hillbrook Road
Dothan, Alabama 36303

Bernard Smithart, Judge
Bullock County Courthouse
P. O. Box 230
Union Springs, Alabama 36089

Dale Segrest
P. O. Box 780791
Tallassee, Alabama 36078

Carla Woodall, Clerk
Houston County Circuit Court
P. O. Drawer 6406
Dothan, Alabama 36302

Officer Joiner
Houston County Sheriff  s
Dept.
P. O. Drawer 6406
Dothan, Alabama 36302

James Hamilton
621 S. Hull Street
Montgomery, Alabama 36104

Richard Ramsey, III
256 Honeysuckle Road, Suite
26
Dothan, Alabama 36301

G. David Johnston
P. O. Box 2246
Dothan, Alabama 36302

Johnston, Hinesley, Flowers
& Clenney
P. O. Box 2246
Dothan, Alabama 36302

Judy Byrd
407 Drake Drive
Dothan, Alabama 36305

Kathryn Bauman Rubenstein
P. O. Box 2243
Dothan, Alabama 36302


    This the 1st day of October, 2007.


                   /s/ Jere C. Segrest
                 Jere C. Segrest, Of Counsel