## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **KATHRYN BAUMAN RUBENSTEIN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **BETTY JO BAUMAN, et al.,** | ) | **1:07cv798-MHT** |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF APPEARANCE

Comes now John A. Smyth III of the law firm Maynard, Cooper & Gale, P.C. and enters

his appearance as counsel for Defendants Elizabeth Smithart, Sandra K. Anderson, Mrs. Philip

Dale Segrest, and Fairfax Nabers.

On this  1st  day of  October, 2007.

Respectfully submitted,


__/s/ John A. Smyth III_____ _____
John A. Smyth III
Attorney for Defendants Elizabeth Smithart,
Sandra K. Anderson, Mrs. Philip Dale
Segrest, and Fairfax Nabers

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618
Phone (205) 254-1000; Fax (205) 254-1999
jsmyth@maynardcooper.com

01548794.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

**Jere C. Segrest**
Hardwick, Hause, Segrest & Walding
P. O. Box 1469
Dothan, AL 36302
334-794-4144
334-671-9330 (fax)
jerecs@aol.com
*Attorney for Betty Jo Bauman*

**Steve G. McGowan**
Steve McGowan LLC
P.O. Box 2
Dothan, AL 36302
334-699-6688
334-699-6707 (fax)
wula@aol.com
*Attorney for Marie W. Bauman*

**Brian Bickhaus**
individually and in his official capacity as a trust officer of Regions Bank, Dothan, Alabama
3201 Ross Clark Circle
Dothan, AL 36303
*PRO SE*

**Robert Birmingham**
in his official capacity as a trust officer of Regions Bank, Dothan, Alabama
Regions Bank
8 Commerce Street
Montgomery, AL 36104
*PRO SE*

**Pat Black**
in her official capacity as an employee of Regions Bank, Dothan, Alabama
3201 Ross Clark Circle
Dothan, AL 36303
*PRO SE*

01548794.1

**Judy Byrd**
individually and in her official capacity as former Circuit Clerk of the Houston County Circuit
Court
407 Drake Drive
Dothan, AL 36305
*PRO SE*

**Anne Stone Sumblin**
Walston Wells & Birchall LLP
PO Box 345
Kinston, AL 36453
334-565-3380
334-565-3076 (fax)
asumblin@oppcatv.com
*Attorney for CB&T Bank*

**Steve G. McGowan**
Steve McGowan LLC
P.O. Box 2
Dothan, AL 36302
334-699-6688
334-699-6707 (fax)
wula@aol.com
*Attorney for Ann Chandler*

**Don P. Bennett**
Don P. Bennett, Attorney at Law
P. O. Box 1392
Dothan, AL 36302
334-792-6380
334-678-8508 (fax)
2bennett@comcast.net
*Attorney Pro Se and for Deep South Investments; D. Ream Properties*

**Richard Fox**
in his official capacity as a trust officer of Regions Bank, Dothan, Alabama
Capital City Bank
P.O. Box 900
Tallahassee, FL 32302
*PRO SE*

**James D. Hamlett**, Esq.
621 S. Hull Street
Montgomery, AL 36104
*PRO SE*

**Boyd Horn**
403 Live Oak Trail
Dothan, AL  36305
*PRO SE*

**Houston County DHR**
3201 Ross Clark Circle, S.E.
Dothan, AL  36301
*PRO SE*

**Margaret Johnson**
C/O Dothan City BOE
500 Dusy Street
Dothan, AL 36301
*PRO SE*

**William Wallace Hinesley**
Johnston, Hinesley, Flowers, Clenney & Turner, P.C.
291 North Oates Street (36303)
P.O. Box 2246
Dothan, AL 36302
334-793-1115
334-793-6603 (fax)
whinesley@jhfc-law.com
*Attorney for G. David Johnston, Esq.;  Johnston, Hinesley, Flowers, & Clenny, P.C.*

**Carl E. Jones**
individually and in his official capacity as a former officer of Regions Bank
1510 Smolian Place
Birmingham, AL 35205
*PRO SE*

**D. Bryan Jordan**
individually and in his official capacity as an officer of Regions Bank
417 20th Street
Birmingham, AL 36202
*PRO SE*

01548794.1

**William Lovard Lee, III**
Lee & McInish
PO Box 1665
Dothan, AL 36302-1665
334-792-4156
334-794-8342 (fax)
wlee3@leeandmcinish.com
*Attorney for Alan E. Kamensky, Esq.; Barbara Bauman Kamensky; Granger Limited; B. Wayne Granger*

**William W. Nichols**
Lee & McInish, P.C.
238 W. Main Street (36301)
PO Box 1665
Dothan, AL 36302-1665
334-792-4156
334-794-8342 (fax)
wnichols@leeandmcinish.com
*Attorney for Alan E. Kamensky, Esq.; Barbara Bauman Kamensky; Granger Limited; B. Wayne Granger*

**Robert Merrill Girardeau**
Huie Fernambucq Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
205-297-8822
205-251-1256 (fax)
rmg@hfsllp.com
*Attorney for Ross Kennedy, individually and in his official capacity as an employee of McDaniel & Associates*

**Gary Clayborn Sherrer**
Sherrer Jones & Terry PC
335 West Main Street
Dothan, AL 36301
334-678-0100
334-678-0900 (fax)
gary@sjt-law.com
*Attorney for Officer Kirksey, Houston County Sheriff's Department; Officer Joiner, individually and in his official capacity as officer of the Houston County Sheriff's Department; Officer Ivey, individually and in his official capacity as officer of the Houston County Sheriff's Department; Andy Hughes, individually and in his official capacity as Sheriff of the Houston County Sheriff's Department*

01548794.1

**Wade Hampton Baxley**
Ramsey, Baxley & McDougle
P. O. Drawer 1486
Dothan, AL 36302-1486
(334) 793-6550
793-1433 (fax)
whb@rbmlaw.org
*Attorney for Lee & McKinish, P.C.; William L. Lee, III; Farmer, Price, Hornsby & Weatherford, LLP; Lexa Dowling, Esq.; Michael Conaway*

**Robert Merrill Girardeau**
Huie Fernambucq Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
205-297-8822
205-251-1256 (fax)
rmg@hfsllp.com
*Attorney for McDaniel & Associates*

**James Davis Farmer**
Farmer Farmer & Malone PA
112 West Troy Street
PO Drawer 668
Dothan, AL 36303
334-794-8596
334-794-4401 (fax)
jdf@ffmlaw.com
*Attorney for PeopleSouth Bank; Midsouth Bank*

**Virginia Lynn McInnis**
Farmer Farmer & Malone PA
PO Drawer 668
Dothan, AL 36302
334-794-8596
334-794-4401 (fax)
vlm@ffmlaw.com
*Attorney for PeopleSouth Bank; Midsouth Bank*

01548794.1

**Don P. Bennett**
Don P. Bennett, Attorney at Law
P. O. Box 1392
Dothan, AL 36302
334-792-6380
334-678-8508 (fax)
2bennett@comcast.net
*Attorney for Pitcher & Associates; Nanette Pitcher, individually and in her official capacity as an agent of Pitcher and Associates; Arthur Medley, Esq.; Doug McKeown Ph.D*

**Cynthia Pittman**
PO Box 6406
Dothan, AL 36302
*PRO SE*

**Richard H. Ramsey, III**, Esq.
256 Honeysuckle Road
Suite 26
Dothan, AL 36305
*PRO SE*

**Don P. Bennett**
Don P. Bennett, Attorney at Law
P. O. Box 1392
Dothan, AL 36302
334-792-6380
334-678-8508 (fax)
2bennett@comcast.net
*Attorney for Dianne Ream*
*individually and in her official capacity as an agent of D. Reams Properties; Faye Ferrell M.D.*

**Regions Bank**
3201 Ross Clark Circle
Dothan, AL 36303
*PRO SE*

**Kathryn Bauman Rubenstein**
P.O. Box 2243
Dothan, AL 36302
*PRO SE*

**Tommy Scarborough**, Esq.
119 S. Foster Street
Dothan, AL 36301
*PRO SE*

01548794.1

**Wade Hampton Baxley**
Ramsey, Baxley & McDougle
P. O. Drawer 1486
Dothan, AL 36302-1486
(334) 793-6550
793-1433 (fax)
whb@rbmlaw.org
*Attorney for Joel Weatherford*

**Carla Henby Woodall**
individually and in her official capacity as Circuit Clerk of the Houston County Circuit Court
PO Box 6406
Dothan, AL 36302
*PRO SE*

**R. Cliff Mendheim**
Buntin, Etheredge & Dowling
P. O. Box 1193
Dothan, AL 36302-1193
(334) 793-3377
334-793-7756 (fax)
rcliffmendheim@graceba.net
*Attorney for Tom Zeigenfelder; Zeigooley, Inc.; Wallace Cooley*


On this ___1st__ day of October, 2007.

                                    ___/s/ John A. Smyth III_____
                                    OF COUNSEL

01548794.1