IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. 1: 07cv798-MHT |
| v. ) | |
| ) | |
| **BETTY JO BAUMAN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT,
FIRST AMENDED COMPLAINT, AND
ANTICIPATED SECOND AMENDED COMPLAINT**

Come now Defendants Judge Bernard Smithart, Judge Larry K. Anderson, retired Judge Dale Segrest, and former Chief Justice Drayton Nabers and move this Court to extend the time for Defendants to respond to Plaintiff's Complaint, First Amended Complaint, and anticipated Second Amended Complaint for an additional thirty (30) days, until November 1, 2007. As grounds for said motion, Defendants state as follows:

1. The undersigned counsel has been specially appointed as a Deputy Attorney General for the State of Alabama to represent the above named Defendants in this case and needs additional time to review the issues and properly respond to Plaintiff's Complaint and First Amended Complaint.

2. Defendants' answer to Plaintiff's Complaint and First Amended Complaint is currently due to be filed on or about October 2, 2007.

3. On September 13, 2007, this Honorable Court ordered Plaintiff to file a Second Amended Complaint no later than October 4, 2007. The Court's September 13 Order requires

Plaintiff to "specifically state[] the wrongful acts committed by each Defendant, including the date and place of wrongdoing, and the specific injury or damage to Rubenstein as a result of each act of wrongdoing."

4. The granting of this extension will allow Defendants to respond to the specific factual allegations that are required to be set forth in the Second Amended Complaint that is due to be filed on or before October 4, 2007.

5. The granting of this extension will not prejudice any of the parties.

WHEREFORE, premises considered, Defendants Judge Bernard Smithart, Judge Larry K. Anderson, retired Judge Dale Segrest, and former Chief Justice Drayton Nabers respectfully request this Court to extend the deadline for Defendants to respond to the Complaint, First Amended Complaint, and anticipated Second Amended Complaint filed in this action until November 1, 2007. Defendants request such further relief as this Court may deem appropriate.

Respectfully submitted,

__/s/ John A. Smyth III_____
John A. Smyth III
Specially Appointed Deputy Attorney General for the State of Alabama as counsel for Defendants Judge Bernard Smithart, Judge Larry K. Anderson, retired Judge Dale Segrest, and former Chief Justice Drayton Nabers

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618
(205) 254-1000
Fax (205) 254-1999
jsmyth@maynardcooper.com

01548442.1

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

**Jere C. Segrest**
Hardwick, Hause, Segrest & Walding
P. O. Box 1469
Dothan, AL 36302
334-794-4144
334-671-9330 (fax)
jerecs@aol.com
*Attorney for Betty Jo Bauman*

**Steve G. McGowan**
Steve McGowan LLC
P.O. Box 2
Dothan, AL 36302
334-699-6688
334-699-6707 (fax)
wula@aol.com
*Attorney for Marie W. Bauman*

**Brian Bickhaus**
individually and in his official capacity as a trust officer of Regions Bank, Dothan, Alabama
3201 Ross Clark Circle
Dothan, AL 36303
*PRO SE*

**Robert Birmingham**
in his official capacity as a trust officer of Regions Bank, Dothan, Alabama
Regions Bank
8 Commerce Street
Montgomery, AL 36104
*PRO SE*

**Pat Black**
in her official capacity as an employee of Regions Bank, Dothan, Alabama
3201 Ross Clark Circle
Dothan, AL 36303
*PRO SE*

01548442.1

**Judy Byrd**
individually and in her official capacity as former Circuit Clerk of the Houston County Circuit Court
407 Drake Drive
Dothan, AL 36305
*PRO SE*

**Anne Stone Sumblin**
Walston Wells & Birchall LLP
PO Box 345
Kinston, AL 36453
334-565-3380
334-565-3076 (fax)
asumblin@oppcatv.com
*Attorney for CB&T Bank*

**Steve G. McGowan**
Steve McGowan LLC
P.O. Box 2
Dothan, AL 36302
334-699-6688
334-699-6707 (fax)
wula@aol.com
*Attorney for Ann Chandler*

**Don P. Bennett**
Don P. Bennett, Attorney at Law
P. O. Box 1392
Dothan, AL 36302
334-792-6380
334-678-8508 (fax)
2bennett@comcast.net
*Attorney Pro Se and for Deep South Investments; D. Ream Properties*

**Richard Fox**
in his official capacity as a trust officer of Regions Bank, Dothan, Alabama
Capital City Bank
P.O. Box 900
Tallahassee, FL 32302
*PRO SE*

01548442.1

**James D. Hamlett**, Esq.
621 S. Hull Street
Montgomery, AL 36104
*PRO SE*

**Boyd Horn**
403 Live Oak Trail
Dothan, AL 36305
*PRO SE*

**Houston County DHR**
3201 Ross Clark Circle, S.E.
Dothan, AL 36301
*PRO SE*

**Margaret Johnson**
C/O Dothan City BOE
500 Dusy Street
Dothan, AL 36301
*PRO SE*

**William Wallace Hinesley**
Johnston, Hinesley, Flowers, Clenney & Turner, P.C.
291 North Oates Street (36303)
P.O. Box 2246
Dothan, AL 36302
334-793-1115
334-793-6603 (fax)
whinesley@jhfc-law.com
*Attorney for G. David Johnston, Esq.;  Johnston, Hinesley, Flowers, & Clenny, P.C.*

**Carl E. Jones**
individually and in his official capacity as a former officer of Regions Bank
1510 Smolian Place
Birmingham, AL 35205
*PRO SE*

**D. Bryan Jordan**
individually and in his official capacity as an officer of Regions Bank
417 20th Street
Birmingham, AL 36202
*PRO SE*

**William Lovard Lee, III**
Lee & McInish
PO Box 1665
Dothan, AL 36302-1665
334-792-4156
334-794-8342 (fax)
wlee3@leeandmcinish.com
*Attorney for Alan E. Kamensky, Esq.; Barbara Bauman Kamensky; Granger Limited; B. Wayne Granger*

**William W. Nichols**
Lee & McInish, P.C.
238 W. Main Street (36301)
PO Box 1665
Dothan, AL 36302-1665
334-792-4156
334-794-8342 (fax)
wnichols@leeandmcinish.com
*Attorney for Alan E. Kamensky, Esq.; Barbara Bauman Kamensky; Granger Limited; B. Wayne Granger*

**Robert Merrill Girardeau**
Huie Fernambucq Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
205-297-8822
205-251-1256 (fax)
rmg@hfsllp.com
*Attorney for Ross Kennedy, individually and in his official capacity as an employee of McDaniel & Associates*

**Gary Clayborn Sherrer**
Sherrer Jones & Terry PC
335 West Main Street
Dothan, AL 36301
334-678-0100
334-678-0900 (fax)
gary@sjt-law.com
*Attorney for Officer Kirksey, Houston County Sheriff's Department; Officer Joiner, individually and in his official capacity as officer of the Houston County Sheriff's Department; Officer Ivey, individually and in his official capacity as officer of the Houston County Sheriff's Department; Andy Hughes, individually and in his official capacity as Sheriff of the Houston County Sheriff's Department*

**Wade Hampton Baxley**
Ramsey, Baxley & McDougle
P. O. Drawer 1486
Dothan, AL 36302-1486
(334) 793-6550
793-1433 (fax)
whb@rbmlaw.org
*Attorney for Lee & McKinish, P.C.; William L. Lee, III; Farmer, Price, Hornsby & Weatherford, LLP; Lexa Dowling, Esq.; Michael Conaway*

**Robert Merrill Girardeau**
Huie Fernambucq Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
205-297-8822
205-251-1256 (fax)
rmg@hfsllp.com
*Attorney for McDaniel & Associates*

**James Davis Farmer**
Farmer Farmer & Malone PA
112 West Troy Street
PO Drawer 668
Dothan, AL 36303
334-794-8596
334-794-4401 (fax)
jdf@ffmlaw.com
*Attorney for PeopleSouth Bank; Midsouth Bank*

01548442.1

**Virginia Lynn McInnis**
Farmer Farmer & Malone PA
PO Drawer 668
Dothan, AL 36302
334-794-8596
334-794-4401 (fax)
vlm@ffmlaw.com
*Attorney for PeopleSouth Bank; Midsouth Bank*

**Don P. Bennett**
Don P. Bennett, Attorney at Law
P. O. Box 1392
Dothan, AL 36302
334-792-6380
334-678-8508 (fax)
2bennett@comcast.net
*Attorney for Pitcher & Associates; Nanette Pitcher, individually and in her official capacity as an agent of Pitcher and Associates; Arthur Medley, Esq.; Doug McKeown Ph.D*

**Cynthia Pittman**
PO Box 6406
Dothan, AL 36302
*PRO SE*

**Richard H. Ramsey, III**, Esq.
256 Honeysuckle Road
Suite 26
Dothan, AL 36305
*PRO SE*

**Don P. Bennett**
Don P. Bennett, Attorney at Law
P. O. Box 1392
Dothan, AL 36302
334-792-6380
334-678-8508 (fax)
2bennett@comcast.net
*Attorney for Dianne Ream*
*individually and in her official capacity as an agent of D. Reams Properties; Faye Ferrell M.D.*

01548442.1

**Regions Bank**
3201 Ross Clark Circle
Dothan, AL 36303
*PRO SE*

**Kathryn Bauman Rubenstein**
P.O. Box 2243
Dothan, AL 36302
*PRO SE*

**Tommy Scarborough**, Esq.
119 S. Foster Street
Dothan, AL 36301
*PRO SE*

**Wade Hampton Baxley**
Ramsey, Baxley & McDougle
P. O. Drawer 1486
Dothan, AL 36302-1486
(334) 793-6550
793-1433 (fax)
whb@rbmlaw.org
*Attorney for Joel Weatherford*

**Carla Henby Woodall**
individually and in her official capacity as Circuit Clerk of the Houston County Circuit Court
PO Box 6406
Dothan, AL 36302
*PRO SE*

**R. Cliff Mendheim**
Buntin, Etheredge & Dowling
P. O. Box 1193
Dothan, AL 36302-1193
(334) 793-3377
334-793-7756 (fax)
rcliffmendheim@graceba.net
*Attorney for Tom Zeigenfelder; Zeigooley, Inc.; Wallace Cooley*

  On this __1st__ day of October, 2007.

            __/s/ John A. Smyth III_____
            OF COUNSEL

01548442.1