IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv798-MHT |
| ) | |
| BETTY JO BAUMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Pending before the Court are two motions for extensions of time to respond to Plaintiff's complaint, as amended. The first (Doc. #96), was filed by Defendants Judge Bernard Smithart, Judge Larry K. Anderson, retired Judge Dale Segrest, and former Chief Justice Drayton Nabers. The second (Doc. #97), was filed by Defendants Elizabeth Smithart, Sandra K. Anderson, Mrs. Philip Dale Segrest, and Fairfax Nabers. Both motions request thirty (30) days, or until November 1, 2007, in which to respond to Plaintiff's complaint, as amended. Pursuant to an Order of this Court (Doc. #13), Plaintiff has until October 4, 2007, to file a second amended complaint, "which specifically states the wrongful acts committed by each Defendant, including the date and place of the wrongdoing, the federal statute or constitutional provision that was violated by each act of wrongdoing, and the specific injury or damage to Rubenstein as a result of each act of wrongdoing." Upon consideration of the Defendants' motions, and for good cause, it is

ORDERED that the motions for extensions of time to file a response (Doc. #96 & 97)

are GRANTED. For good cause, and in the interests of judicial economy, it is further

ORDERED that **each named Defendant** shall also receive an extension of time, until **on or before November 1, 2007**, in which to file a response to Plaintiff's complaint, as amended.

DONE this 1st day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE