IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv798-MHT |
| ) | |
| BETTY JO BAUMAN, et al., ) | |
| ) | |
| Defendants. ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

Defendant, PeoplesSouth Bank, by and through its undersigned attorneys, pursuant to Federal Rules of Civil Procedure 7.1, and in accordance with this Court's General Order Miscellaneous Case No. 00-3047, submits the following conflict disclosure statement:

1. Defendant, PeoplesSouth Bank, is a corporation organized under the laws of the State of Georgia. PeoplesSouth Bank has a parent corporation, PeoplesSouth Bancshares, Inc. PeopleSouth Bank has no subsidiaries, partnerships or affiliates. No publicly-held corporation owns more than ten percent (10%) of its stock.

Respectfully submitted this 2nd day of October, 2007.

/S/   James D. Farmer
James D. Farmer
(ASB-8636-E67J)

/S/   Virginia Lynn McInnis
Virginia Lynn McInnis
(ASB-8126-I60N)
Attorneys for PeoplesSouth Bank

OF COUNSEL:

FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama   36302
Telephone: (334) 794-8596
Facsimile: (334) 794-4401

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing on the following:

| | |
|---|---|
| Jere C. Segrest, Esq.<br>jerecs@aol.com | William Lovard Lee, III, Esq.<br>wlee3@leeandmcinnish.com |
| William W. Nichols, Esq.<br>wnichols@leeandmcinish.com | Steve g. McGowan, Esq.<br>wula@aol.com |
| William Wallace Hinesley, Esq.<br>whinesley@jhfc-law.com | Wade Hampton Baxley, Esq.<br>whb@rbmlaw.org |
| Don P. Bennett, Esq.<br>2bennett@comcast.net | Robert Merrill Girardeau, Esq.<br>rmg@hfsllp.com |
| R. Cliff Mendheim, Esq.<br>rcliffmendheim@graceba.net | Anne Stone Sumblin, Esq.<br>asumblin@oppcatv.com |
| Jack Michael Conaway, Esq.<br>jmclaw@graceba.net | John Albert Smyth, III<br>Jsmyth@maynardcooper.com |
| Elizabeth Smithart, Esq.<br>esmithart@yahoo.com | Philip Dale Segrest, Esq.<br>Philip.Segrest@SegrestLaw.com |
| Gary Clayborn Sherrer, Esq.<br>gary@sjt-law.com | |

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

| | |
|---|---|
| Kathryn Bauman Rubenstein<br>Post Office Box 2243<br>Dothan, Alabama   36302 | Don Bennett, Esq.<br>Post Office Box 1392<br>Dothan Alabama   36302 |
| Brian Bickhaus<br>3201 Ross Clark Circle<br>Dothan, Alabama   36303 | Richard Fox<br>Capital City Bank<br>Post Office Box 900<br>Tallahassee, Florida   32302 |
| Robert Birmingham<br>Regions Bank<br>8 Commerce Street<br>Montgomery, Alabama   36104 | Regions Bank<br>3201 Ross Clark Circle NW<br>Dothan, Alabama   36303 |
| Pat Black<br>3201 Ross Clark Circle<br>Dothan, Alabama   36303 | D. Bryan Jordan<br>417 20th Street<br>Birmingham, Alabama   36202 |
| Carl E. Jones, Jr.<br>1510 Smolian Place<br>Birmingham, Alabama   35205 | Fairfax Nabers<br>3300 Dell Road<br>Birmingham, Alabama   35223 |
| Carla Hemby Woodall<br>Post Office Box 6404<br>Dothan, Alabama   36320 | Judy Byrd<br>407 Drake Drive<br>Dothan, Alabama   36305 |
| Cynthia Pittman<br>Post Office Box 6406<br>Dothan, Alabama   36303 | Richard H. Ramsey, III, Esq.<br>256 Honeysuckle Road<br>Suite 26<br>Dothan, Alabama   36305 |
| James D. Hamlett, Esq.<br>621 S. Hull Street<br>Montgomery, Alabama   36104 | |

      /S/    James D. Farmer
Of Counsel