IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CIVIL ACTION NO.: 1:07-CV-798MHT |
| ) | |
| BETTY JO BAUMAN, ET AL. ) | |
| ) | |
| DEFENDANTS. ) | |

## **NOTICE OF APPEARANCE**

COMES NOW Joel W. Weatherford and enters his appearance as attorney of record for the following Defendants: Regions Bank, Brian Bickhaus, Pat Black, Richard Fox, Robert Birmingham, Boyd F. Horn, Carl E. Jones, Jr. and D. Bryan Jordan in the above-referenced cause.

This the 2nd day of October, 2007.

Respectfully submitted,

*/s/ Joel W. Weatherford*
Joel W. Weatherford (WEA011)
Attorney for Defendants Regions Bank,
Brian Bickhaus, Pat Black, Richard Fox,
Robert Birmingham, Boyd F. Horn, Carl
E. Jones, Jr. and D. Bryan Jordan
Post Office Drawer 2228
Dothan, Alabama 36302
(334) 793-2424
(334) 793-6624 Facsimile
jweatherford@fphw-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Wade Hampton Baxley, Don P. Bennett, Bethany L. Bolger, Jack Michael Conaway, Lexa E. Dowling, James Davis Farmer, Robert Merrill Girardeau, William Wallace Hinesley, William Lovard Lee, III, Steve G. McGowan, Virginia Lynn McInnis, R. Cliff Mendheim, F. Chadwick Morriss, William W. Nichols, Jere, C. Segrest, Philip Dale Segrest, Jr., Thomas Grant Sexton, Jr., Gary Clayborn Sherrer, Elizabeth Smithart, John A. Smyth, III, Anne Stone Sumblin, , James K. Walding, Jeffrey Neil Windham.

      I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

Judy Byrd
407 Drake Drive
Dothan, AL 36305

James D. Hamlett
621 S. Hull Street
Montgomery, AL 36104

Cynthia Pittman
Post Office Box 6406
Dothan, AL 36302

Richard H. Ramsey, III
256 Honeysuckle Road
Suite 26
Dothan, AL 36305

Kathryn Bauman Rubenstein
Post Office Box 2243
Dothan, AL 36302

Carla H. Woodall
Post Office Box 6406
Dothan, AL 36302

                                              */s/ Joel W. Weatherford*
                                              Of Counsel