IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-798-MHT |
| | ) |
| **BETTY JO BAUMAN, *et al.*,** | ) |
| | ) |
| **Defendants.** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity					Relationship to Party

None

Dated this 3rd day of October, 2007.

1

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Defendants Sheriff Andy R. Hughes,
Cary LaDon Joyner, Phillipe D. Kirksey and James G.
Ivey, Jr.

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James D. Farmer, Esq.
Virginia L. McInnis, Esq.
Farmer, Farmer & Malone, P.A.
Post Office Drawer 668
Dothan, Alabama 36302
*Attorneys for PeopleSouth Bank, MidSouth Bank*

William L. Lee, III, Esq.
William W. Nichols, Esq.
Lee & McInish, P.C.
Post Office Box 1665
Dothan, Alabama 36302
*Attorneys for Barbara Kamensky, Alan Kamensky, Marilyn Granger, B. Wayne Granger, Granger Limited*

Wade H. Baxley, Esq.
Ramsey, Baxley & McDougle
Post Office Drawer 1486
Dothan, Alabama 36302
*Attorney for Lexa Dowling, Joel Weatherford, Farmer, Price Hornsby & Watherford, LLP, J. Michael Conaway, Jere Segrest, William L. Lee, III, Lee & McInish, P.C.*

William W. Hinesley, Esq.
Johnston, Hinesley, Flowers, Clenney & Turner, P.C.
Post Office Box 2246
Dothan, Alabama 36302
*Attorney for G. David Johnston, Johnston, Hinelsey, Flowers & Clenney, P.C.*

2

R. Cliff Mendheim, Esq.
Prim, Freeman & Mendheim
Post Office Box 2147
Dothan, Alabama 36302
*Attorney for Wallace Cooley, Tom Ziegenfelder, Ziegooley Realty, LLC*

Jere C. Segrest, Esq.
Hardwick, Hause, Segrest & Walding
Post Office Box 1469
Dothan, Alabama 36302
*Guardian Ad Litem for Betty Jo Bauman*

Anne Stone Sumblin, Esq.
Walston Wells & Birchall, LLP
Post Office Box 345
Kinston, Alabama 35643
*Attorney for CB&T*

Philip D. Segrest, Jr., Esq.
The Segrest Law Firm
Post Office Box 780791
Tallassee, Alabama 36078
*Attorney for Dale Segrest, Mrs. Philip Dale Segrest*

John A. Smyth III, Esq.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618
*Attorney for Elizabeth Smithart, Sandra K. Anderson, Mrs. Philip Dale Segrest, Fairfax Nabers*
*Specially Appointed Deputy Attorney General for the State of Alabama for Judge Bernard Smithart, Judge Larry K. Anderson, retired Judge Dale Segrest, former Chief Justice Drayton Nabers*

Steve McGowan, Esq.
Post Office Box 2
Dothan, Alabama 36302
*Attorney for Marie Bauman, Ann Chandler*

Robert M. Girardeau, Esq.
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
*Attorney for Ross Kennedy, McDaniel & Associates*

Don P. Bennett, Esq.
Post Office Box 1392
Dothan, Alabama 36302
*Attorney for Don Bennett, Nanette Pitcher, Pitcher & Associates, Darlene Reams, Reams Properties, Faye Ferrell, Doug McKeown, Arthur Medley, Deep South Development Corporation*

J. Michael Conaway
Post Office Box 1631
Dothan, Alabama 36302
*Attorney for Lexa Dowling, Guardian and Conservator of the Estate of Betty Jo Bauman*

Joel W. Weatherford, Esq.
Post Office Drawer 2228
Dothan, Alabama 36302
*Attorney for Regions Bank, Brian Bickhaus, Pat Black, Richard Fox, Robert Birmingham, Boyd F. Horn, Carl E. Jones, Jr., D. Bryan Jordan*

3

| | |
|---|---|
| F. Chadwick Morriss, Esq.<br>Bethany L. Bolger, Esq.<br>T. Grant Sexton, Jr., Esq.<br>Rushton, Stakely, Johnston & Garrett, P.A.<br>Post Office Box 270<br>Montgomery, Alabama 36101-0270<br>*Attorneys for Tommy Scarborough* | Joseph E. Stott, Esq.<br>Scott, Sullivan, Streetman & Fox, P.C.<br>2450 Valleydale Road<br>Birmingham, Alabama 35344<br>*Attorney for James D. Hamlett, Esq.* |

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed to the following non-CM/ECF participants:

| | |
|---|---|
| Kathryn Bauman Rubenstein<br>Post Office Box 2243<br>Dothan, Alabama 36302<br>*Plaintiff* | Richard Ramsey III, Esq.<br>256 Honeysuckle Road<br>Suite 26<br>Dothan, Alabama 36305 |
| Margaret Johnson<br>Houston County DHR<br>3201 Ross Clark Circle, S.E.<br>Dothan, Alabama 36301 | Judy Byrd<br>407 Drake Drive<br>Dothan, Alabama 36305 |
| Houston County DHR<br>3201 Ross Clark Circle, S.E.<br>Dothan, Alabama 36301 | Carla Woodall<br>Houston County Circuit Clerk<br>114 North Oates Street<br>Dothan, Alabama 36303 |
| Cynthia Pittman<br>Houston County Court<br>114 North Oates Street<br>Dothan, Alabama 36303 | |

**s/Gary C. Sherrer**
Of Counsel
