# IN THE MIDDLE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE NO: 1:07-cv-798-MHT** |
| ) | |
| **BETTY JO BAUMAN, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT TOMMY R. SCARBOROUGH'S CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Tommy R. Scarborough, Esquire, Defendant in the above-captioned matter, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. __XXX__   There are no entities to be reported.

   -or-

2. The following entities are hereby reported:

   _____

   _____

Respectfully submitted this the 4<u>th</u> day of October, 2007.

        *s/ T. Grant Sexton, Jr.*
        F. CHADWICK MORRISS (ASB-8504-S75F)
        BETHANY L. BOLGER (ASB-6740-E60B)
        T. GRANT SEXTON, JR. (ASB-0915-S40S)
        Attorneys for Defendant Tommy Scarborough

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
Email: fcm@rsjg.com (Morriss)
Email: gsexton@rsjg.com (Sexton)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 4th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: **Wade Hampton Baxley, Jack Michael Conaway, Lexa E. Dowling, James Davis Farmer, Robert Merrill Girardeau, William Wallace Hinesley, William Lovard Lee, III, Steve G. McGowan, Virginia Lynn McInnis, William W. Nichols, Jere C. Segrest, James K. Walding, Joel W. Weatherford, R. Cliff Mendheim, Jeffrey Neil Windham, Ann Stone Sumblin, John A. Smith, III, Phillip D. Segrest, Jr., Joseph E. Stott, Don P. Bennett,** and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Kathryn Bauman Rubenstein**
P.O. Box 2243
Dothan, AL 36302

**Judy Byrd**
407 Drake Drive
Dothan, AL 36305

**Carla Henby Woodall**
P. O. Box 6406
Dothan, AL 36302

**Cynthia Pittman**
P. O. Box 6406
Dothan, AL 36302

                                              *s/ T. Grant Sexton, Jr.*
                                              Of Counsel