**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KATHRYN BAUMAN RUBENSTEIN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **BETTY JO BAUMAN, et al.,** | ) | **1:07cv798-MHT** |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

Comes now John A. Smyth III of the law firm Maynard, Cooper & Gale, P.C. and enters

his appearance as Specially Appointed Deputy Attorney General for the State of Alabama,

appearing as counsel for Judy Byrd, former Circuit Clerk of the Houston County Circuit Court,

Carla Hemby Woodall, Circuit Clerk of the Houston County Circuit Court, and Cynthia Pittman,

Assistant Circuit Clerk for Houston County, Alabama.

On this __4th__ day of October, 2007.

<div style="margin-left:50%">

Respectfully submitted,

___/s/ John A. Smyth III_____
John A. Smyth III
Specially Appointed Deputy Attorney
General for the State of Alabama as counsel
for Defendants Judy Byrd, former Circuit
Clerk of the Houston County Circuit Court,
Carla Hemby Woodall, Circuit Clerk of the
Houston County Circuit Court, and Cynthia
Pittman, Assistant Circuit Clerk for Houston
County, Alabama

</div>

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618
Phone (205) 254-1000; Fax (205) 254-1999
jsmyth@maynardcooper.com

01550340.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing NOTICE OF APPEARANCE has been filed with the Clerk of this Court and that the Court's electronic filing system will send notification of such filing to all counsel/parties of record with the following exceptions to be notified via regular U.S. Mail, postage pre-paid:

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

On this __4th__ day of October, 2007.

___/s/ John A. Smyth III_____
OF COUNSEL

01550340.1