IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KATHRYN BAUMAN RUBENSTEIN, )
)
PLAINTIFF, )
)
VS. ) CIVIL CASE NO.: 1:07cv798-MHT
)
BETTY JO BAUMAN, et al, )
)
DEFENDANTS. )

RECEIVED
2007 OCT -5 A 9:59

DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COME NOW the Defendants, Don P. Bennett, *pro se,* and Nanette Pitcher, Darlene Reams, Faye Ferrell, Doug McKeown and Arthur Medley, by and through their undersigned attorney, Don P. Bennett, pursuant to Fed.R.Civ.P. 7.1 and this Court's order of September 25, 2007 and submit the following conflict disclosure statement:

1. The said Defendants, Don P. Bennett, Nanette Pitcher, Darlene Reams, Faye Ferrell, Doug McKeown and Arthur Medley are individuals not subject to the disclosure requirements of Fed.R.Civ.P. 7.1.

2. The Defendants Pitcher & Associates, Reams Properties and Deep South Development Corporation have no parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtors, creditors' committees, or other entities reportable under the provisions of said Federal Rule and this Court's order.

/s/ Don P. Bennett
DON P. BENNETT, pro se, and as the Attorney for the
Defendants, Nanette Pitcher, Pitcher & Associates, Darlene
Reams, Reams Properties, Faye Ferrell, Doug McKeown,
Arthur Medley and Deep South Development Corporation
P.O. Box 1392
Dothan, Alabama 36302
Telephone (334) 792-6380
Facsimile (334) 673-8508
E-mail: 2bennett@comcast.net

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on October 3, 2007, that I have given notice of the above and foregoing Disclosure Statement to the parties named herein below by mailing them a copy thereof through the U. S. Mail first class postage prepaid and properly addressed to their correct addresses as follow:

Hon. Larry K. Anderson
Hon. Drayton Nabers
Hon. Dale Segrest
Hon. Bernard L. Smithart
Carla Hemby Woodall, Clerk
Cynthia Pittman
c/o Jeffrey H. Long, Esq.
Office of the Attorney General
11 Union Street, 4th Floor
Montgomery, AL 36310

Sandra K. Anderson
1111 Hillbrook Road
Dothan, AL 36303

Marie Bauman White
108 Lucy Ln.
Dothan, AL 36303

Brian Bickhaus
Regions Bank
3201 Ross Clark Cir.
Dothan, AL 36303

Robert Birmingham
Regions Bank
8 Commerce Street
Montgomery, AL 36104

Pat Black
Regions Bank
3201 Ross Clark Cir.
Dothan, AL 36303

Houston County Sheriff's Dept.
P.O. Drawer 6404
Dothan, AL 36302

CB&T Bank
c/o Anne S. Sumblin, Esq.
P. O. Box 345
Kinston, AL 36453

Ann Chandler
P.O. Box 692
Dothan, AL 36302

Michael Conaway, Esq.
360 N. Oates St.
Dothan, AL 36303

Wallace Cooley
6130 Eddins Rd.
Dothan, AL 36303

Lexa Dowling, Esq.
185 N. Oates St.
Dothan, AL 36303

Farmer, Price, Hornsby & Weatherford, LLP
P.O. Drawer 2228
Dothan, AL 36302

Richard Fox
P.O. Box 900
Tallahassee, FL 32302

James D. Hamilton, Esq.
621 S. Hull St.
Montgomery, AL 36104

Boyd Horn
403 Live Oak Trail
Dothan, AL 36305

Houston County DHR
3201 Ross Clark Cir., S.E.

Dothan, AL 36301

Sheriff Andy R. Hughes
Officer Ivey
Officer Joiner
Officer Kirksey
c/o Gary C. Sherrer, Esq.
P. O. Box 805
Dothan, AL 36302

Margaret Johnson
Houston County DHR
3201 Ross Clark Cir., SE
Dothan, AL 36301

G. David Johnston, Esq.
P.O. Box 2246
Dothan, AL 36302

Johnston, Hinesley, Flowers & Clenney, P.C.
P.O. Box 2246
Dothan, AL 36302

Carl E. Jones, Jr.
1510 Smolian Place
Birmingham, AL 35205

D. Bryan Jordan
Regions Bank
417 20th St.
Birmingham, AL 36202

Ross Kennedy
McDaniel & Associates
101 Executive Park Dr.
Dothan, AL 36303

McDaniel & Associates
101 Executive Park Dr.
Dothan, AL 36303

Fairfax Nabers
3300 Dell Rd.

Birmingham, AL 35223

Sandra Pittman
Houston County Court
P.O. Drawer 6406
Dothan, AL 36302

Richard H. Ramsey, III, Esq.
256 Honeysuckle Rd.
Suite 26
Dothan, AL 36305

Regions Bank
P.O. Box 681
Birmingham, AL 35201

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

Tommy Scarborough, Esq.
c/o F. Chadwick Morriss, Esq.
P. O. Box 270
Montgomery, AL 36101-0270

Jere Segrest, Esq.
P.O. Box 1469
Dothan, AL 36302

Mrs. Dale Segrest
606 Camellia Dr.
Tallassee, AL 36078

Elizabeth Smithart
101 Conecuh Ave. W.
Union Springs, AL 36809

Joel Weatherford, Esq.
P.O. Drawer 2228
Dothan, AL 36302

Granger Limited
P. O. Box 488
Bryson City, NC 28713

Alan Kamensky
111 Bay Avenue
3rd Floor
Columbus, GA 31901

Zeigooley, Inc.
6130 Eddins Rd.
Dothan, AL 36303

William L. Lee, III, Esq.
238 W. Main St.
Dothan, AL 36303

Lee & McInish, P. C.
238 W. Main St.
Dothan, AL 36303

PeoplesSouth Bank
109 East Church Street
Columbia, AL 36319

Wayne Granger
P. O. Box 488
Bryson City, NC 28713

Midsouth Bank, N. A.
c/o Farmer, Farmer & Malone, P. A.
P. O. Drawer 668
Dothan, AL 36302

Barbara Kamensky
6500-4 Green Island Drive
Columbus, GA 31904

Marilyn Granger
P. O. Box 488
Bryson City, NC 28713

_/s/ Jon P. Bennett_
OF COUNSEL

# Don P. Bennett
ATTORNEY AT LAW
141 NORTH ST. ANDREWS STREET
DOTHAN, ALABAMA 36302

P.O. BOX 1392

TELEPHONE (334) 792-6380
FACSIMILE (334) 673-8508

RECEIVED
2007 OCT -5 A 9:50
DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

October 2, 2007

Mrs. Debra P. Hackett, Clerk
United States District Court
Middle District of Alabama
P. O. Box 711
Montgomery, AL 36101

    Re: Kathryn Bauman Rubenstein v.
    Betty Jo Bauman, et al
    Civil Case No. 1:07cv798-MHT

Dear Mrs. Hackett:

Please file the inclosed Conflict Disclosure Statement in the above styled case.

Thanking you and with my best wishes and highest regards, I am

                              Sincerely yours,

                              Don P. Bennett