| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X *Anne Cherio,Jus*  ☑ Agent  ☐ Addressee <br> B. Received by (Printed Name)  C. Date of Delivery <br> JANE CHERIOCOTS  10-10-07 |
| 1. Article Addressed to: <br><br> Betty Jo Bauman <br> c/o Lexa Dowling <br> P.O. Box 119 <br> Dothan, AL 36302 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br> *07 cv798* <br> *SCYPm ed* |
| | 3. Service Type <br> ☑ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☑ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7006 2760 0002 4407 2490 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |