**IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

KATHRYN BAUMAN RUBENSTEIN,  )
                                                )
      PLAINTIFF,  )
                                                )
V.  ) CIVIL ACTION NO.: 1:07-CV-798MHT
                                                )
BETTY JO BAUMAN, ET AL.  )
                                                )
      DEFENDANTS.  )

**CONFLICT DISCLOSURE STATEMENT**

**COMES NOW** the defendants, Brian Bickhaus, Pat Black, Richard Fox, Robert Birmingham, D. Bryan Jordan, Carl E. Jones, Jr. and Boyd Horn, by and through their undersigned attorney, pursuant to Federal Rules of Civil Procedure 7.1 and this Court's Order of September 25, 2007, and submit the following conflict disclosure statement:

Defendants, Brian Bickhaus, Pat Black, Richard Fox, Robert Birmingham, D. Bryan Jordan, Carl E. Jones, Jr. and Boyd Horn are individuals not subject to the disclosure requirements of Federal Rules of Civil Procedure 7.1.

Respectfully submitted this the 12th day of October, 2007.

                              */s/ Joel W. Weatherford*
                              Joel W. Weatherford (WEA011)
                              Attorney for Defendants Brian
                              Bickhaus, Pat Black, Richard Fox,
                              Robert Birmingham, Boyd F. Horn, Carl
                              E. Jones, Jr. and D. Bryan Jordan
                              Post Office Drawer 2228
                              Dothan, Alabama 36302
                              (334) 793-2424
                              (334) 793-6624 Facsimile
                              jweatherford@fphw-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   Wade Hampton Baxley, Don P. Bennett, Bethany L. Bolger, Jack Michael Conaway, Lexa E. Dowling, James Davis Farmer, Robert Merrill Girardeau, William Wallace Hinesley, William Lovard Lee, III, Steve G. McGowan, Virginia Lynn McInnis, R. Cliff Mendheim, F. Chadwick Morriss, William W. Nichols, Richard H. Ramsey, III, Jere, C. Segrest, Philip Dale Segrest, Jr., Thomas Grant Sexton, Jr., Gary Clayborn Sherrer, Elizabeth Smithart, John A. Smyth, III, Joseph E. Scott, Anne Stone Sumblin.

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

Don P. Bennett
Post Office Box 1392
Dothan, AL 36302

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

*/s/Joel W. Weatherford*
Of Counsel