IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CIVIL ACTION NO.: 1:07-CV-798MHT |
| ) | |
| BETTY JO BAUMAN, ET AL. ) | |
| ) | |
| DEFENDANTS. ) | |

## CORPORATE DISCLOSURE STATEMENT

In accordance with the order of the Court, the undersigned party to the above-styled action does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported: Regions is wholly owned by Regions Financial Corporation and its affiliates are listed on the attached Exhibit A.

Respectfully submitted this 15th day of October, 2007.

/s/ Joel W. Weatherford
Joel W. Weatherford (WEA011)
Attorney for Defendants Regions Bank,
Brian Bickhaus, Pat Black, Richard Fox,
Robert Birmingham, Boyd F. Horn, Carl
E. Jones, Jr. and D. Bryan Jordan
Post Office Drawer 2228
Dothan, Alabama 36302
(334) 793-2424
(334) 793-6624 Facsimile
jweatherford@fphw-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Wade Hampton Baxley, Don P. Bennett, Bethany L. Bolger, Jack Michael Conaway, James Davis Farmer, Robert Merrill Girardeau, William Wallace Hinesley, William Lovard Lee, III, Steve G. McGowan, Virginia Lynn McInnis, R. Cliff Mendheim, F. Chadwick Morriss, William W. Nichols, Richard H. Ramsey, III, Jere, C. Segrest, Philip Dale Segrest, Jr., Thomas Grant Sexton, Jr., Gary Clayborn Sherrer, Elizabeth Smithart, John A. Smyth, III, Joseph E. Scott, Anne Stone Sumblin.

      I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

Don P. Bennett
Post Office Box 1392
Dothan, AL 36302

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

                                          */s/Joel W. Weatherford*
                                          Of Counsel

ORGANIZATIONAL CHART AS OF SEPTEMBER 30, 2007 11:59 PM
REGIONS FINANCIAL CORPORATION

| Company | Location | ACQ DATE | INCORP DATE | INTEREST | TAX ID NUMBER | COMPANY NUMBERS | Not Reportable FR Y-6/FR Y-10 |
|---|---|---|---|---|---|---|---|
| REGIONS FINANCIAL CORPORATION | Birmingham, AL | Eff 7-13-71) | 6-26-70 | | 63-0589368 | 0001 | |
| REGIONS BANK | Birmingham, AL | 3-22-85 | 4-2-57 | 100% | 63-0371391 | 0101 | |
| REGIONS TITLE COMPANY, INC. (Inactive) | Nashville, TN | 12-17-92 | 7-28-78 | 100% | 62-1053101 | | |
| REGIONS ASSET HOLDING COMPANY, INC. | Winchester, TN | 3-26-98 | 3-27-98 | 100% | 62-1733056 | 0921 | |
| REGIONS ASSET COMPANY | Wilmington, DE | 3-26-98 | 3-26-98 | 100% | 51-0379813 | 0923 | |
| REGIONS INVESTMENT MANAGEMENT HOLDING COMPANY | Montgomery, AL | 3-16-98 | 3-16-98 | 100% | 63-1196911 | 0922 | |
| REGIONS INVESTMENT MANAGEMENT COMPANY | Birmingham, Alabama | 3-26-98 | 3-26-98 | 100% | 51-0379812 | 0928 | |
| RAMCO - FL HOLDING, INC. | Montgomery, AL | 10-18-96 | 10-18-96 | 100% | 63-1182136 | 0926 | |
| REGIONS ASSET MANAGEMENT COMPANY, INC. | Montgomery, AL | 1-3-96 | 1-3-96 | 100% | 63-1159164 | 0925 | |
| REGIONS AGENCY, INC. (LOUISIANA) | New Orleans, LA | 12-31-93 | 11-13-73 | 100% | 72-0741387 | | |
| REGIONS INSURANCE AGENCY OF ARKANSAS | Clinton, AR | 1-4-99 | 9-14-98 | 100% | 71-0816520 | 0919 | |
| REGIONS INTERSTATE BILLING SERVICE, INC. | Decatur, AL | 7-17-95 | 12-5-94 | 100% | 63-0876305 | 0910 | |
| REGIONS REINSURANCE CORPORATION | Burlington, VT | 10-1-98 | 10-1-98 | 100% | 03-0359996 | 0932 | |
| MCB LIFE INSURANCE COMPANY | Decatur, TN | 1-1-99 | 1-29-97 | 100% | 62-1434164 | 0961 | |
| REGIONS AGENCY, INC. | Montgomery, AL | 9-16-72 | 9-13-72 | 100% | 63-0635612 | 0920 | |
| REGIONS ACCEPTANCE, LLC | Birmingham, AL | | 10-3-02 | 100% | 55-0800861 | 0943 | |
| UNION PLANTERS MORTGAGE FINANCE CORPORATION | Memphis, TN | | | | 62-1712370 | 0296 | |
| MILLCREEK DEVELOPMENT PARTNERSHIP, L.P. | Memphis, TN | | | | | | |
| MAGNA DATA SERVICES, INC. | Belleville, IL | | | | 37-1064588 | 0238 | |
| UPTENCO, INC. | Memphis, TN | | | | 62-1854262 | 0128 | |
| UPARTCO, LP | Hamilton, Bermuda | | | | 52-2292507 | 0129 | |
| UPMORTGAGES GP | Hamilton, Beermuda | | | | 62-1855745 | 0228 | |
| UPBNA HOLDINGS, INC. | Hamilton, Bermuda | | | | 41-2077768 | 0141 | |
| UPB HOLDINGS, INC | Hamilton, Bermuda | | | | 41-2080245 | 0142 | |
| UNION PLANTERS PREFERRED FUNDING CORP | Hamilton, Bermuda | | | | 62-0906606 | 0187 | |
| UNION PLANTERS PREFERRED FUNDING II CORP | Hamilton, Bermuda | | | | 62-1051958 | 0186 | |
| UPB INVESTMENTS, INC. | Memphis, TN | | | | 62-1764807 | 0216 | |
| MICB, INC. | Hamilton, Bermuda | | | | 98-0165650 | 0254 | |
| UNION PLANTERS COMMUNITY FOUNDATION | Memphis, TN | | | | | | |
| CID HOLDING COMPANY | Memphis, TN | | | | 86-1079355 | 0144 | |
| LEADER HOLDING COMPANY, LLC | Memphis, TN | | | | | | |
| FIRST SERVICE CORPORATION | Denton, TX | | | | | | |
| UNION PLANTERS HOME EQUITY CORP. | Memphis, TN | | | | 52-2273306 | | |
| UP INVESTMENTS LP | Memphis, TN | | | | | 0127 | |
| UNION PLANTERS HONG KONG, INC. | Memphis, TN | | | | 47-0908711 | 0133 | |
| REGIONS HONG KONG LIMITED (F/K/A UNION PLANTERS HONG KONG TRADE SERVICES LIMITED) | Hong Kong | | | | | 0134 | |


EXHIBIT A

| Entity | Location | Date 1 | Date 2 | % | EIN | Code |
|---|---|---|---|---|---|---|
| PLANTERS ENTERPRISE HOLDING, INC. | Belleville, IL | | | | 20-0143282 | 0260 |
| PLANTERS ENTERPRISE OF ILLINOIS, INC. | Belleville, IL | | | | 20-0143359 | 0261 |
| CAPITAL FACTORS HOLDINGS, INC. | Oakland Park, FL | | | | 65-0500757 | |
| CF ONE, INC. | Oakland Park, FL | | | | 65-0501131 | |
| CF INVESTOR CORPORATION | Ft. Lauderdale, FL | | | | 52-2033682 | |
| CF TWO, LLC | Ft. Lauderdale, FL | | | | | |
| CAPITAL FACTORS, INC. | Ft. Lauderdale, FL | | | | 58-1565319 | 0125 |
| CAPITAL TEMPFUNDS, INC. | Charlotte, NC | | | | 56-1984943 | |
| CF FUNDING CORPORATION | Oakland Park, FL | | | | 65-0501133 | |
| ATHLETIC RESOURCE MANAGEMENT, INC. | Memphis, TN | 3-30-01 | 1-3-85 | 100% | 62-1226481 | 0944 |
| THE HOUSING ENTERPRISE OF CENTRAL ALABAMA, LLC | | | 1-17-02 | 40% | 75-2978538 | |
| LONE STAR NEW MARKETS LP | | | 01-18-06 | 6.3291% | | |
| RF TRUST COMPANY | Birmingham, AL | | | 100% | | 0901 |
| A-F LEASING, LLC | Birmingham, AL | | 11/4/06 | 100% | 63-1239648 | 1015 |
| AMSOUTH AUTO RECEIVABLES, LLC | Birmingham, AL | | 11/4/06 | 100% | | |
| AMSOUTH INVESTMENT MANAGEMENT COMPANY, LLC | Birmingham, AL | | 11/4/06 | 100% | | 0180 |
| AMSOUTH INVESTMENT SERVICES, INC. | Birmingham, AL | | 11/4/06 | 100% | 63-0885514 | 0150 |
| CAHABA CORPORATION | Wilmington, DE | | 11/4/06 | 100% | 52-2078035 | 193 |
| CAHABA INTERNATIONAL, INC. | Birmingham, AL | | 11/4/06 | 100% | 63-1275830 | 2424 |
| AMSOUTH REINSURANCE COMPANY, LTD | Turks & Caicos Islands | | 11/4/06 | 100% | | 2626 |
| CAHABA INTERNATIONAL, LTD | Bermuda | | 11/4/06 | 100% | | 2525 |
| FMLS, INC. | Chattanooga, TN | | 11/4/06 | 100% | 62-0844027 | |
| OAKBROOK INVESTMENTS, LLC | Lisle, IL | | 11/4/06 | 49% | | |
| Greenview Townhomes, LLC | Clearwater, FL | 11/29/2006 | 11/29/2006 | 100% | 20-8058492 | NR |
| ASB AFFORDABLE HOUSING, INC. | Birmingham, AL | | 11/4/06 | 100% | 80-0007725 | NR |
| Provence Place GP, Inc. (fka MMA Financial Provence Place GP, Inc.) | Birmingham, AL | 4/30/07 | 05/12/2005 | 100% | 20-3071775 | NR |
| Provence Place, L.P. | Biringham, AL | 4/30/07 | 09/10/2003 | General Ptnr 0.01% | | NR |
| Regions Provence Place, LLC | Birmingham, AL | 4/30/07 | 04/13/07 | 100% | | |
| Provence Place, L.P. | Birmingham, AL | 4/30/07 | 09/10/2003 | Limited Partner | | NR |
| AMSOUTH FINANCE CORPORATION | Birmingham, AL | | 11/4/06 | 100% | 63-1191178 | 0120 |
| REGIONS EQUIPMENT FINANCE CORPORATION (F/K/A AMSOUTH LEASING CORPORATION) | Birmingham, AL | | 11/4/06 | 100% | 63-0642631 | 1010 |
| REGIONS EQUIPMENT FINANCE, LTD. (F/K/A AMSOUTH LEASING, LTD) | Birmingham, AL | | 11/4/06 | 99%Bank 1% | 72-1371217 | 0190 |
| A-F LEASING, LTD | Birmingham, AL | | 11/4/06 | 1% AFC | | 0189 |
| AMSOUTH ASSET MANAGEMENT, INC. | Birmingham, AL | | 11/4/06 | 100% | 63-1178361 | 8383 |
| GTC TITLE, INC. (AL Corp) | Nashville, TN | | 11/4/06 | 100% | 52-2212423 | 0172 |
| MCC HOLDINGS, INC. (AL Corp) | Bristol, VA | | 11/4/06 | 100% | 52-2212002 | 0176 |
| MERIWETHER CAPITAL CORPORATION | Bristol, VA | | 11/4/06 | 100% | 54-1882261 | 0177 |
| FIRST AMTENN LIFE INSURANCE COMPANY | Birmingham, AL | | 11/4/06 | 100% | | 0167 |
| SOUTHERN EQUITY MORTGAGE, LLC | Nashville, TN | | 11/4/06 | 50.1% | | |
| PARK MERIDIAN STATUTORY TRUST I | Hartford, CT | | 11-13-01 | 100% | | 0909 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MORGAN KEEGAN & COMPANY, INC. | Memphis, TN | 3-30-01 | 6-27-69 | 100% | 64-0474907 | 0700 |
|    MK LICENSING, INC. | Wilmington, DE | 4-12-01 | 4-12-01 | 100% | 51-0410768 | 0918 |
|    MK ASSETS, INC. | Wilmington, DE | 3-31-01 | 6-30-96 | 100% | 51-0410493 | 0866 |
| MK HOLDING, INC. | Memphis, TN | 3-27-01 | 3-27-01 | 100% | 62-1858414 | 0879 |
|    MORGAN KEEGAN FUND MANAGEMENT, INC. | Memphis, TN | 3-30-01 | 11-21-88 | 100% | 62-1374305 | 0942 |
|    MORGAN ASSET MANAGEMENT, INC. | Memphis, TN | 3-30-01 | 4-10-86 | 100% | 62-1277223 | 0929 |
|       WEALTHTRUST, INC. | Nashville, TN | 3-30-01 | 6-24-97 | 83.50% | 62-1696932 | 0942 |
|    MERCHANT BANKERS, INC. | Memphis, TN | 3-30-01 | 9-4-91 | 100% | 62-1475545 | 0942 |
|    MORGAN KEEGAN MORTGAGE COMPANY, INC. | Memphis, TN | 3-30-01 | 3-28-84 | 100% | 62-1206679 | 0942 |
|    MORGAN KEEGAN MUNICIPAL PRODUCTS, INC. | Memphis, TN | 3-30-01 | 5-15-97 | 100% | 58-2318199 | 0942 |
|    MORGAN KEEGAN MUNICIPAL PRODUCTS II, INC. | Memphis, TN | 3-30-01 | 12-11-97 | 100% | 58-2356490 | 0942 |
|    MORGAN PROPERTIES, LLC | Memphis, TN | 3-30-01 | 5-13-96 | 100% | 62-1641636 | 0942 |
|    MORGAN KEEGAN INSURANCE AGENCY OF ALABAMA, INC. (Inactive) | | 3-30-01 | 10-25-91 | 100% | 63-1058527 | 0942 |
|    MORGAN KEEGAN INSURANCE AGENCY OF LOUISIANA, INC. (Inactive) | | 3-30-01 | 5-23-84 | 100% | 62-1206681 | 0942 |
|    MORGAN KEEGAN INSURANCE AGENCY OF ARKANSAS, INC. (Inactive) | | 3-30-01 | 1-10-90 | 100% | 71-0692065 | 0942 |
|    MK INVESTMENT MANAGEMENT / MK REALTY | Memphis, TN | 3-30-01 | 6-14-96 | 100% | 51-0376390 | 0867 |
|    MORGAN KEEGAN FUNDING CORPORATION (Inactive) | | 3-30-01 | 12-11-84 | 100% | 62-1222739 | 0942 |
|    CUMBERLAND SECURITIES COMPANY, INC. (Inactive) | | 3-30-01 | 2-92 | 98% | 62-0871538 | 0942 |
|    ALBRECHT & ASSOCIATES, INC. | Houston, TX | 3-31-05 | | 100% | 63-1213735 | |
|    MORGAN KEEGAN FINANCIAL PRODUCTS, INC. | Memphis, TN | | 3-Jun-05 | 100% | 20-2941878 | |
|    SOUTHPOINT STRUCTURED ASSETS, INC. | | | | 100% | 51-6503749 | |
|    RMK FINANCIAL SERVICES, INC. (F/K/A PFIC CORPORATION) | Memphis, Tn | | | 100% | 62-1468947 | 0109 |
|       PFIC PENNSYLVANIA AGENCY, INC.   Brentwood, TN | | | | | 62-1747743 | |
|       UNION PLANTERS INSURANCE AGENCY OF TEXAS, INC.<br>(Assumed name filed in TX for "Regions/Morgan Keegan Financial Services") | Humble, TX | | | | 76-0597460 | |
|       PFIC ARIZONA AGENCY, INC.   Brentwood, TN | | | | | 62-1734197 | |
|       UNION PLANTERS INSURANCE AGENCY, INC.   Clinton, AR<br>(Assumed name filed in AR for "Regions/Morgan Keegan Financial Services") | | | | | | |
|       UNION PLANTERS INSURANCE AGENCY OF FLORIDA, INC.<br>(Assume name filed in FL for "Regions/Morgan Keegan Financial Services") | Port Richey, FL | | | | 65-0755413 | 0156 |
|       REGIONS/MORGAN KEEGAN FINANCIAL SERVICES, INC. Montgomery, AL<br>(F/K/A UNION PLANTERS INSURANCE AGENCY, INC.) | | | | | | |
|       PFIC TENNESSEE AGENCY, INC.   Trenton, TN | | | | | 62-1698593 | |
|       REGIONS/MORGAN KEEGAN FINANCIAL SERVICES, INC.<br>(f/k/a UNION PLANTERS INSURANCE AGENCY, INC. | Bassfield, MS | | | | 64-0514926 | 0116 |
|       PFIC SECURITIES CORPORATION   Brentwood, TN | | | | | 62-1531047 | 0110 |
|       PFIC Advisors, Inc.   Brentwoood, TN | | | | | 35-2267550 | |
|       UNION PLANTERS INSURANCE AGENCY, INC.<br>(Assumed name filed in TN for "Regions/Morgan Keegan Financial Services") | Trenton, TN | | | | 62-1747742 | 0191 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGIONS INSURANCE GROUP, INC. | | Memphis, TN | | 12-6-04 | | 100% 20-2001352 | 0959 |
| | REBSAMEN INSURANCE, INC. | Little Rock, AR | 2-07-01 | 9-30-85 | | 100% 71-0621654 | 0963 |
| | CROCKETT ADJUSTMENT, INC. | Little Rock, AR | Little Rock | 06/09/2006 | | 100% 20-5775796 | |
| | ICT INSURANCE AGENCY, INC. | West Monroe, LA | | | | 100% 72-0915375 | 0956 |
| | REGIONS INSURANCE SERVICES, INC. (TN) | Cordova, TN | | | | 100% 20-2654734 | 0957 |
| | REGIONS INSURANCE SERVICES OF ALABAMA, INC. | Cordova, TN | | | | 100% | 0958 |
| REGIONS LIFE INSURANCE COMPANY | | Phoenix, AZ | | 5-06-75 | 5-06-75 | 100% 86-0297878 | 0960 |
| REGIONS FINANCING TRUST I | [Delaware Statutory Trust] | Birmingham, AL | | 1-26-01 | 1-26-01 | 100% 63-6228099 | 0908 |
| REGIONS FINANCING TRUST II | [Delaware Statutory Trust] | Birmingham, AL | | 1-26-01 | 1-26-01 | 100% 63-6228101 | |
| REGIONS FINANCING TRUST III | [Delaware Statutory Trust] | Birmingham, AL | | 11/20/2001 | 11/20/2001 | 100% Sponsor 63-6233948 | |
| REGIONS FINANCING TRUST IV | [Delaware Statutory Trust] | Birmingham, AL | | 11/20/2001 | 11/20/2001 | 100% Sponsor 63-6233949 | |
| REGIONS FINANCING TRUST V | [Delaware Statutory Trust] | Birmingham, AL | | 03/16/2007 | 03/16/2007 | 100% Sponsor 36-7478093 | |
| REGIONS FINANCING TRUST VI | [Delaware Statutory Trust] | Birminham, AL | | 03/16/2007 | 03/16/2007 | 100% Sponsor 36-7478094 | |
| UNION PLANTERS CAPITAL TRUST A | | Memphis, TN | | | | | 0146 |
| FUNDSXPRESS, INC | | Austin, TX | | | | | |
| UP ENERGY INVESTMENTS, INC. | | Memphis, TN | | | | | 0162 |
| | COLONA SYNFUEL LIMITED PARTNERSHIP, LLP | | | | | 25-1804653 | |
| REGIONS FINANCIAL (DE) INC. | | Birmingham, AL | | | | 63-1098861 | |
| Regions Community Development Corporation(TN) (f/k/a AMSOUTH COMMUNITY DEVELOPMENT CORPORATION | | Nashville, TN | | | | Non Profit | |
| REGIONS FINANCIAL CORPORATION FOUNDATION (AL) (F/K/A AMSOUTH BANCORPORATIION FOUNDATION) | | Nashville, TN | | | | Non Profit 63-1144265 | |
| REGIONS/AMSOUTH FOUNDATION (TN) (F/K/A AmSouth Foundation) | | Birmingham, AL | | | | Non Profit | |