IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 1:07cv798-MHT |
| ) | |
| JAMES D. HAMLETT, Esq., et al., ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant James Hamlett, Esq. and in accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provision of the Middle District of Alabama's General Order No. 3047:

1. There are no entities to be reported.

Respectfully submitted,

s/JOSEPH E. STOTT
AS B-4163-T71J
Attorney for Defendant James D. Hamlett, Esq.
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Road
Birmingham, AL 35344
(205) 967-9675 - Telephone
(205) 967-7563 - Facsimile
jstott@sssandf.com - Email

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 1:07cv798-MHT |
| | ) |
| **JAMES D. HAMLETT, Esq., et al.,** | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

This is to certify that on <u>October 12, 2007</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants: Wade H. Baxley, Esq., Don P. Bennett, Esq. Jack M. Conaway, Esq., James D. Farmer, Esq., Robert M. Girardeau, Esq., William W. Hinesley, Esq., William L. Lee, III, Esq., Steve G. McGowan, Esq., Virginia L. McInnis, Esq., R. Cliff Mendheim, Esq., William W. Nichols, Esq., Jere C. Segrest, Esq., Phillip D. Segrest, Jr., Esq., Gary C. Sherrer, Esq., John A. Smyth, III, Esq., Anne S. Sumblin, Esq., Joel W. Weatherford, Esq., F. Chadwick Morriss, Esq., Bethany L. Bloger, Esq., T. Grant Sexton, Esq., and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants:

Ms. Judy Byrd
407 Drake Drive
Dothan, AL 36305

Ms. Margaret Johnson
500 Dusy Street
Dothan, AL 36301

Ms. Cynthia Pittman
P.O. Box 6406
Dothan, AL 36302

Richard H. Ramsey, III, Esq.
256 Honeysuckle Road, Suite 26
Dothan, AL 36305

Ms. Carla Henby Woodall
P.O. Box 3406
Dothan, AL 36302

          Respectfully submitted,

          **s/JOSEPH E. STOTT**
          AS B-4163-T71J
          Attorney for Defendant James D. Hamlett
          **SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
          2450 Valleydale Road
          Birmingham, AL 35344
          (205) 967-9675 - Telephone
          (205) 967-7563 - Facsimile
          jstott@sssandf.com - Email