IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL CASE NO:1:07-CV-798-MHT ) |
| BETTY JO BAUMAN, et al., | ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Richard H. Ramsey, III and makes known to the Court that he is the Attorney of record for the Defendant, **Richard H. Ramsey III** in the above styled cause by filing this, his Notice of Appearance.

_____
Richard H. Ramsey, III (RAM004)
Attorney for Defendant
256 Honeysuckle Road, Suite 26
Dothan, Alabama 36305
(334) 794-4154 FAX (334) 794-2841

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Wade Hampton Baxley, Don P. Bennett, Bethany L. Bolger, Jack Michael Conaway, James Davis Farmer, Robert Merrill Girardeau, William Wallace Hinesley, William Lovard Lee, III, Steve G. McGowan, Virginia Lynn McInnis, R. Cliff Mendheim, F. Chadwick Morriss, William W. Nichols, Richard H. Ramsey, III, Jere, C. Segrest, Philip Dale Segrest, Jr., Thomas Grant Sexton, Jr., Gary Clayborn Sherrer, Elizabeth Smithart, John A. Smyth, III, Joseph E. Scott, Anne Stone Sumblin.

      I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

Don P. Bennett
Post Office Box 1392
Dothan, AL 36302

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

                                                    /s/
                                              Of Counsel