## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | )CIVIL CASE NO:1:07-CV-798-MHT <br> ) |
| BETTY JO BAUMAN, et al., | ) <br> ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Richard H. Ramsey, III, Esq. and in accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provision of the Middle District of Alabama's General Order No. 3047:

1. There are no entities to be reported.

Respectfully submitted,

Richard H. Ramsey, III (RAM004)
Attorney for Defendant
256 Honeysuckle Road, Suite 26
Dothan, Alabama 36305
(334) 794-4154 FAX (334) 794-2841

## CERTIFICATE OF SERVICE

This is to certify that on October 16, 2007, I electronically filed the foregoing with theClerk of Court using the CM/ECF system which will send notification of such filing tocounsel who are CM/ECF participants: Wade H. Baxley, Esq., Don P. Bennett, Esq. Jack M.Conaway, Esq., James D. Farmer, Esq., Robert M. Girardeau, Esq., William W. Hinesley, Esq., William L. Lee, III, Esq., Steve G. McGowan, Esq., Virginia L. McInnis, Esq., R. Cliff, Esq., William W. Nichols, Esq., Jere C. Segrest, Esq., Phillip D. Segrest, Jr.,Esq., Gary C. Sherrer, Esq., John A. Smyth, III, Esq., Anne S. Sumblin, Esq., Joel W.Weatherford, Esq., F. Chadwick Morriss, Esq., Joseph E. Stott ,Esq.,Bethany L. Bloger, Esq., T. Grant Sexton, Esq., and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants:

Don P. Bennett
P.O. Box 1392
Dothan, AL 36302

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

Respectfully submitted,

Richard H. Ramsey, III (RAM004)
Attorney for Defendant
256 Honeysuckle Road, Suite 26
Dothan, Alabama 36305
(334) 794-4154 FAX (334) 794-2841