IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BETTY JO BAUMAN, et al., )<br>)<br>Defendants. ) | Civil Action No.<br>1:07cv798-MHT |

## MOTION TO WITHDRAW
## JEFF N. WINDHAM

COMES NOW, **Robert M. Girardeau**, as one of the attorneys for the Defendants, Ross Kennedy and McDaniel and Associates, and respectfully requests that this Honorable Court enter an order allowing **Jeff N. Windham** to withdraw from this matter as counsel of record and states the following:

1. Jeff Windham's association with the law firm of Huie, Fernambucq and Stewart, LLP, ceased on September 14, 2007.

2. Robert M. Girardeau, of Huie, Fernambucq and Stewart, LLP will continue the representation of these clients.

3. The clients will not be prejudiced in any manner by this withdrawal.

Respectfully submitted this 18th day of October, 2007.

/s/Robert M. Girardeau
ROBERT M. GIRARDEAU (GIR001)
Attorney for Defendants Ross Kennedy,
McDaniel and Associates, P.C.

**OF COUNSEL:**
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South
Suite 200
Birmingham, AL 35223
(205) 251-1193

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Wade Hampton Baxley wbh@rbmlaw.or, dm@rbmlaw.org
Don P. Bennett 2bennett@comcast.net
Jack Michael Conaway jmclaw@graceba.net
James Davis Famrer jdf@ffmlaw.com, anm@ffmlaw.com
Robert Merrill Girardeau rmg@hfsllp.com, shb@hfsllp.com
William Wallace Hinesley whinesley@jhfc-law.com, mchancey@jhgc-law.com
William L. Lee, III, Esq., wlee3@leeandmcinish.com; Lisar@leeandmcinish.com
Steve G. McGowan wula@aol.com; anlee04@hotmail.com
Virginia Lynn McGinnis vlm@ffmlaw.com
R. Cliff Mendheim rcliffmendheim@graceba.net
William W. Nichols, wnichols@leeandmcinish.com; cassandra@leeandmcinish.com
Jere C. Segrest jerecs@aol.com
Philip Dale Segrest, Jr. Philip.Segrest@SegrestLaw.com; Teresa.Huff@SegrestLaw.com
Thomas Grant Sexton, Jr. gsexton@rsjg.com; d ferguson@rsjg.com; klee@rsjg.com
Gary Clayborn Sexton, Jr. gary@sjt-law.com; debbie@sjt-law.com
Elizabeth Smithart esmithart@yahoo.com
John Albert Smyth, III jsmyth@maynardcooper.com; ccoggin@maynardcooper.com
Joseph E. Stott jstott@sssandf.com; lyoungblood@sssandf.com
Anne Stone Sumblin asumblin@oppcatv.com
Joel Weatherford jweatherford@fphw-law.com, pphillips@fphw-law.com
Richard H. Ramsey, III tara@ramseycourt.biz

and I further certify that I have this day served a copy of the foregoing pleading upon the persons listed below by placing same in the U. S. Mail with adequate postage affixed thereto and addressed properly:

Kathryn Bauman Rubenstein
P. O. Box 2243
Dothan, AL 36302

                                          /s/Robert M. Girardeau
                                            Of Counsel