IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv798-MHT |
| ) | |
| BETTY JO BAUMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTIONS**

For good cause, it is

ORDERED that the Motions to Withdraw Jeff N. Windham as counsel for McDaniel & Associates (Doc. #118) and Ross Kennedy (Doc. #119), filed 18 October 2007 on the basis that Jeff Windham is no longer associated with the law firm of Hule, Fernambucq and Stewart, LLP, are hereby GRANTED.

DONE this 19th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE