IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv798-MHT |
| ) | |
| BETTY JO BAUMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

The Magistrate Judge filed a Recommendation (Doc. #45) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent and de novo review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge (Doc. #45) is ADOPTED.

2. Plaintiff's Motion for Preliminary Injunction (Doc. #2) is DENIED.

3. This case is REFERRED BACK to the Magistrate Judge for appropriate proceedings.

DONE, this the 23rd day of October, 2007.

                                                  /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE