Case 1:07-cv-00798-MHT-WC Document 128    Filed 10/24/2007    Page 1 of 2

Ms. Debra P. Hackett, Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Drayton Nabers, Esq.
3300 Dell Road
Birmingham, AL 35223

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

07cv798

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 4407 2001

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Drayton Nabers, Esq.
3300 Dell Road
Birmingham, AL 35223

UNCLAIMED

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

7006 2760 0002 4407 2001
CERTIFIED



USA 69¢



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

KATHRYN BAUMAN RUBENSTEIN

V.

BETTY JO BAUMAN, Et al;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07CV798-MHT

TO: (Name and address of Defendant)

DRAYTON NABERS, ESQ.
3300 DELL ROAD
BIRMINGHAM, AL 35223

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn Bauman Rubenstein, Pro se
P.O. Box 2243
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 9/17/07