IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 1: 07cv798-MHT |
| v. | ) |
| | ) |
| BETTY JO BAUMAN, et al., | ) |
| | ) |
| Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

Come now Defendants Judy Byrd, Carla Henby Woodall, Cynthia Pittman, Judge Bernard Smithart, Judge Larry K. Anderson, retired Judge Dale Segrest, former Chief Justice Drayton Nabers and in accordance with the Middle District of Alabama's General Order No. 3047, the undersigned parties to the above-captioned matter do hereby make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, joint ventures, trust entities or other entities that could potentially pose a financial or professional conflict for a judge:

1. Defendants are not aware of any interest in or relationship to any entity that could pose a financial or professional conflict for any of the District Court or Magistrate Judges of this Court.

      Respectfully submitted,

      __/s/ John A. Smyth III_____
      John A. Smyth III
      Specially Appointed Deputy Attorney
      General for the State of Alabama as counsel
      for Defendants Judge Bernard Smithart,
      Judge Larry K. Anderson, retired Judge Dale
      Segrest, former Chief Justice Drayton
      Nabers, Carla Henby Woodall, Cynthia
      Pittman, and Judy Byrd

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618
(205) 254-1000
Fax (205) 254-1999
jsmyth@maynardcooper.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing CONFLICT DISCLOSURE STATEMENT has been filed with the Clerk of this Court and that the Court's electronic filing system will send notification of such filing to all counsel/parties of record with the following exceptions to be notified via regular U.S. Mail, postage pre-paid:

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302


      On this 6th day of November 2007.

                                                                          /s/ John A. Smyth III
                                                                          OF COUNSEL