IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 1: 07cv798-MHT |
| v. | ) |
| | ) |
| **BETTY JO BAUMAN, et al.,** | ) |
| | ) |
| Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

Come now Defendants Elizabeth Smithart, Sandra K. Anderson, Mrs. Philip Dale Segrest, and Fairfax Nabers and in accordance with the Middle District of Alabama's General Order No. 3047, the undersigned parties to the above-captioned matter do hereby make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, joint ventures, trust entities or other entities that could potentially pose a financial or professional conflict for a judge:

1. Defendants are not aware of any interest in or relationship to any entity that could pose a financial or professional conflict for any of the District Court or Magistrate Judges of this Court.

Respectfully submitted,

\_\_/s/ John A. Smyth III_____
John A. Smyth III
Attorney for Defendants Elizabeth Smithart,
Sandra K. Anderson, Mrs. Philip Dale
Segrest, and Fairfax Nabers

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618
(205) 254-1000
Fax (205) 254-1999
jsmyth@maynardcooper.com

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing CONFLICT DISCLOSURE STATEMENT has been filed with the Clerk of this Court and that the Court's electronic filing system will send notification of such filing to all counsel/parties of record with the following exceptions to be notified via regular U.S. Mail, postage pre-paid:

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302


  On this 6th day of November 2007.

                __/s/ John A. Smyth III_____
                OF COUNSEL