IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, )<br>PLAINTIFF, )<br>)<br>Vs. )<br>)<br>BETTY JO BAUMAN, )<br>Et al ) | CIVIL CASE<br>NO. 1:07CV798-MHT |

**MOTION TO EXTEND TIME TO RESPOND**

Plaintiff Kathryn Rubenstein Respectfully requests an extension to respond to this Honorable Court's request which is due December 17, 2007.

Kathryn Rubenstein has recently discovered new evidence which will significantly affect this cause of action. Said evidence affects each and every defendant in this matter.

Due to the complexity of said evidence and how it affects each of more than forty defendants, Your Plaintiff respectfully request an extension of not more than ten, (10), days to file her Response/Motion.

Dated this 17th day of December, 2007.

_____
KATHRYN BAUMAN RUBENSTEIN, Attorney Pro Se
P. O. Box 2243, Dothan, AL 36302
(334) 803-2526

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE AND FOREGOING TO: William L. Lee, III, Esq. P.O. Box 1665, Dothan, AL 36302 , Stephen G. McGowan, Esq. P.O. Box 2101,. Dothan, Alabama 36302, William Hinesley, P.O. Box 2246, Dothan, AL 36302, Dothan, AL 36302, Joel Weatherford, Esq., Farmer, Price, Hornsby & Weatherford, P.O. Drawer 2228, Dothan, AL 36302, Don Bennett, Esq., P.O. Box 1392, Dothan, AL 36302, Mike Conaway, Esq. 360 N. Oates, St. Dothan, AL 36303, Tommy Scarborough, Esq. 119 S. Foster St. Dothan, AL 36301, Jere Segrest, Esq., P.O. Box 1469, Dothan, AL 36302, Arthur Medley, Esq., 114 N. Oates Street, Dothan, AL 36303, Margaret Johnson, Houston County DHR, 3201 Ross Clark

Circle, S.E. Dothan, AL 36301, Houston County DHR, 3201 Ross Clark Circle, S.E. Dothan, AL 36301, , Richard Fox, Tallahassee Florida, FL 33921, , , Robert Merrill Girardeau, Esq., Three Protective Center,2801 Highway 280 S. Suite 200, Birmingham , The Segrest Law Firm, 301 King Street, P.O. Box 780791, Tallassee, AL 36078, John A. Smyth, III, Maynard, Cooper & Gale, P.C., 1901 6th Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, AL 35203, Anne Stone Sublin, Walston Wells & Birchall, LLP, P.O> Box 345, Kinston, AL 36453. James D. Hamlett, Esq. 621 S. Hull Street, Montgomery, AL 36104, Houston County DHR & Margaret Johnson, 3201 Ross Clark Circle, Dothan, AL 36301, Gary Clayborn Sherrer, Sherrer, Jones & Terry, P.C. 335 West Main Street, Dothan, AL 36301, James Davis Farmer & Virginia Lynn McInnis, Farmer, Farmer & Malone, PA, 112 West Troy Street, P.O. Drawer 668, Dothan, AL 36303, Wade Hampton Baxley, Ramsey, Baxley & McDougle, P.O. Box Drawer 1486, Dothan, AL 36302, Richard Ramsey,III Esq., 256 Honeysuckle Road, Suite 26, Dothan, AL 36305. R. Cliff Mendheim, Esq., Buntin, Etheridge & Dowling, P.O.Box 1193, Dothan, AL 36302, by placing a copy of the same in the United States Mail, properly addressed and postage prepaid, this 4th day of October, 2007:

_____
KATHRYN BAUMAN RUBENSTEIN, Attorney Pro Se
P. O. Box 2243, Dothan, AL 36302
(334) 803-2526