IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv798-MHT |
| | ) | |
| BETTY JO BAUMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Pending before the Court is Plaintiff's Motion to Extend Time to Respond (Doc. #146) filed 17 December 2007. The Court construes this as a motion to extend the time to file objections to the recommendation. Upon consideration of the motion it is

ORDERED that the Motion (Doc. #146) is GRANTED. Plaintiff has until **on or before 27 December 2007** to file her objections. The Court will not entertain any further extensions of time nor any untimely filed objections.

DONE this 18th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE