# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN**     ) | |
| )  | |
| *Plaintiff*,     ) | CIVIL ACTION NO.: 1:07-cv-798-MHT |
| ) | |
| vs.     ) | |
| ) | |
| **BETTY JO BAUMAN, ET AL,**     ) | |
| ) | |
| *Defendants*.     ) | |

## JOINDER OF DEFENDANTS, WALLACE COOLEY, TOM ZIEGENFELDER AND ZIEGOOLEY, REALTY, LLC, IN OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

**COME NOW,** Defendants, Wallace Cooley, Tom Ziegenfelder, incorrectly named as Tom Zeigenfelder, and Ziegooley Realty, LLC, incorrectly named as Zeigooley, Inc., by and through their attorney of record and hereby join in the Objection to Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. 151) filed by Defendants Marilyn Bauman Granger, Alan E. Kamensky, et. al, and hereby adopt by reference the allegations and arguments set forth therein.

**WHEREFORE,** said Defendants respectfully join with the above referenced co-Defendants in urging this Honorable Court to deny Plaintiff's said Motion for the relief as requested.

**DONE** this 3rd day of January, 2008.

PRIM, FREEMAN & MENDHEIM

/s/ R. Cliff Mendheim
_____
R. Cliff Mendheim (MEN008)
Attorney for Defendants,
Wallace Cooley, Tom Ziegenfelder and Ziegooley Realty, LLC
P. O. Box 2147
Dothan, AL  36302
Email: rcliff@pfm-law.com
Telephone: 334-671-9555
Facsimile: 334-671-9615

## CERTIFICATE OF SERVICE

    I hereby certify that on January 3, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record with the following exceptions to be notified via regular U.S. Mail, postage pre-paid:

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

/s/ R. Cliff Mendheim
_____
Of Counsel