## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| vs. | ) | **1:07-cv-798-MHT** |
| | ) | |
| BETTY JO BAUMAN, ET. AL., | ) | |
| | ) | |
| **Defendants.** | ) | |

### JOINDER OF DEFENDANTS JUDY BYRD, CARLA HEMBY WOODALL, CYNTHIA PITTMAN, JUDGE BERNARD SMITHART, JUDGE LARRY K. ANDERSON, RETIRED JUDGE DALE SEGREST, AND FORMER CHIEF JUSTICE DRAYTON NABERS, JR. IN OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

**COME NOW** Defendants Judy Byrd, Carla Hemby Woodall, Cynthia Pittman, Judge Bernard Smithart, Judge Larry K. Anderson, retired Judge Dale Segrest, and former Chief Justice Drayton Nabers, Jr. by and through their attorney of record and hereby join in the Objection to Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. 151) filed by Defendants Marilyn Bauman Granger, Alan E. Kamesky, et. al, and hereby adopt by reference the allegations and arguments set forth therein.

**WHEREFORE**, said Defendants respectfully join with the above referenced co-Defendants in urging this Honorable Court to deny Plaintiff's said Motion for the relief as requested.

**DONE** this 4th day of January, 2008.

Respectfully submitted,

_/s/ John A. Smyth, III_
John A. Smyth (SMY008)
Specially Appointed Deputy Attorney
General for the State of Alabama as counsel
for Defendants Judge Bernard Smithart,
Judge Larry K. Anderson, retired Judge Dale
Segrest, former Chief Justice Drayton Nabers,
Carla Hemby Woodall, Cynthia Pittman, and
Judy Byrd

**OF COUNSEL**

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama  35203-2618
Office (205) 254-1000
Fax (205) 254-1999
E-mail: jsmyth@maynardcooper.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record with the following exceptions to be notified via regular U.S. Mail, postage pre-paid:

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

*/s/John A. Smyth, III*
Of Counsel