**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KATHRYN BAUMAN RUBENSTEIN** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **vs.** | ) | **1:07-cv-798-MHT** |
| | ) | |
| **BETTY JO BAUMAN, ET. AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINDER OF DEFENDANTS MRS. FAIRFAX NABERS, MRS. ELIZABETH
SMITHART, MRS. PHILIP DALE SEGREST, AND MRS. SANDRA K. ANDERSON IN
OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE
TO FILE THIRD AMENDED COMPLAINT**

**COME NOW** Defendants Mrs. Fairfax Nabers, Mrs. Elizabeth Smithart, Mrs. Philip

Dale Segrest, and Mrs. Sandra K. Anderson by and through their attorney of record and hereby

join in the Objection to Plaintiff's Motion for Leave to File Third Amended Complaint (Doc.

151) filed by Defendants Marilyn Bauman Granger, Alan E. Kamesky, et. al, and hereby adopt

by reference the allegations and arguments set forth therein.

**WHEREFORE**, said Defendants respectfully join with the above referenced co-

Defendants in urging this Honorable Court to deny Plaintiff's said Motion for the relief as

requested.

**DONE** this 4th day of January, 2008.

Respectfully submitted,

 _/s/ John A. Smyth, III_
John A. Smyth (SMY008)
Attorney for Defendants Mrs. Fairfax Nabers,
Mrs. Elizabeth Smithart, Mrs. Philip Dale
Segrest, and Mrs. Sandra K. Anderson

**OF COUNSEL**

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama  35203-2618
Office (205) 254-1000
Fax (205) 254-1999
E-mail: jsmyth@maynardcooper.com

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on January 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record with the following exceptions to be notified via regular U.S. Mail, postage pre-paid:

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

       /s/John A. Smyth, III
       Of Counsel