IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BETTY JO BAUMAN, et al., )<br>)<br>Defendants. ) | Civil Action No.<br>1:07cv798-MHT |

### JOINDER OF DEFENDANTS McDANIEL & ASSOCIATES, P.C. AND ROSS KENNEDY TO THE OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

COME NOW the Defendants, McDaniel & Associates. P.C., a professional corporation, and Ross Kennedy, an individual, by and through their attorney of record and hereby join in the Objection to Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. 151) filed by Defendants Marilyn Bauman Granger, Alan E. Kamesky, et al. – as well as other Defendants – and hereby adopt by reference the allegations and arguments set forth therein.

**WHEREFORE**, these Defendants respectfully join with the above-referenced co-defendants, and other Defendants, and urge this Honorable Court to deny Plaintiff's said Motion for the relief as requested.

**DONE** this 7th day of January, 2008.

Respectfully submitted

/s/Robert M. Girardeau
ROBERT M. GIRARDEAU (GIR001)
Attorney for Defendants Ross Kennedy,
McDaniel and Associates, P.C.

**OF COUNSEL:**
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South
Suite 200
Birmingham, AL 35223
(205) 251-1193

### CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record with the following exceptions to be notified via regular U. S. Mail, postage prepaid:

Kathryn Bauman Rubenstein
P. O. Box 2243
Dothan, AL 36302

/s/Robert M. Girardeau
Of Counsel