IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv798-MHT |
| | ) | |
| BETTY JO BAUMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #144) in this case to which no objections have been filed. Although Plaintiff filed a Motion to Extend Time to Respond (Doc. #146) to the Recommendation, she failed to do so. Instead, she filed a Motion for Leave to File Third Amended Complaint (Doc. #149), which the Magistrate Judge properly denied. After a review of the Recommendation, and after an independent and de novo review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge (Doc. #144) is ADOPTED. It is further

ORDERED that Plaintiff's Complaint as amended (Docs. #1, 3, & 108) is DISMISSED with prejudice for lack of subject-matter jurisdiction based on the *Rooker-Feldman* and *Younger* abstention doctrines, and because the Court declines to exercise supplemental jurisdiction over the state-law claims. It is further

ORDERED that Defendants' Motions to Dismiss (Docs. ## 14, 15, 46, 67, 68, 83, 88, 102, 112, 125, 129, 130, 131, 132, 133, 134, 135, 136, 137, 141, 142, 143), Motion for Judgment on the Pleadings (Doc. #130), and Motion to Strike (Doc. # 73) and Plaintiff's motion for preliminary injunction (Doc. # 150) are DENIED as MOOT.  It is further

ORDERED that Defendants' Motion for Attorney's Fees (Doc. #137) is DENIED. It is further

ORDERED that this action is DISMISSED with prejudice. An appropriate judgment will be entered.  It is further

ORDERED that Defendants' Motions for Sanctions pursuant to Rule 11 of the Fed. R. Civ. P. (Docs. ## 138 & 145) are referred back to the Magistrate Judge for additional proceedings.

DONE, this the 14th day of January, 2008.

          /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE