IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv798-MHT |
| ) | |
| BETTY JO BAUMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On 14 January 2008, the District Court entered an Order (Doc. #160) and final judgment (Doc. #161) in this case, dismissing all of Plaintiff's claims with prejudice. The Court further referred Defendants' Motions for Sanctions (Docs. #138 & 145) to the undersigned for additional proceedings. (Doc. #160). Therefore, it is

ORDERED that Plaintiff shall file a response to the Motions for Sanctions (Docs. #138 & 145) **on or before 8 February 2008**. The Court cautions Plaintiff this is not an opportunity to appeal the dismissal of her case and her failure to specifically respond to the Motions will result in the Court construing the facts and allegations in the Motions as true. It is further

ORDERED that Defendants shall reply to Plaintiff's response **on or before 15 February 2008**.

DONE this 25th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE