IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL CASE NO.: 1:07cv798-MHT |
| ) | |
| BETTY JO BAUMAN, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

### JOINDER OF DEFENDANTS, JOEL W. WEATHERFORD, FARMER, PRICE, HORNSBY & WEATHERFORD, LLP, J. MICHAEL CONAWAY, JERE C. SEGREST, LEXA E. DOWLING, WILLIAM L. LEE, III, AND LEE AND McINISH, P.C. IN THE SUPPLEMENTAL MOTION FOR SANCTIONS AND IMPOSITION OF FILING RESTRICTIONS

Come now the Defendants, JOEL W. WEATHERFORD; FARMER, PRICE, HORNSBY & WEATHERFORD, LLP; J. MICHAEL CONAWAY; JERE C. SEGREST; LEXA E. DOWLING; WILLIAM L. LEE, III; and LEE AND McINISH, P.C., in the above referenced cause, by and through their attorney of record, and hereby join in the Supplemental Motion for Sanctions and Imposition of Filing Restrictions (Doc. 163) filed by Defendants Marilyn Bauman Granger, Allen E. Kamensky, et al, and hereby adopt by reference the allegations and arguments set forth therein.

WHEREFORE, said Defendants respectfully join with the above referenced co-Defendants in urging this Honorable Court to impose sanctions against the Plaintiff, including reasonable attorney's fees and expenses, and impose appropriate filing restrictions to prevent the Plaintiff from using the Federal court system to further harass the Defendants.

This the 28th day of January, 2008.

RAMSEY, BAXLEY & McDOUGLE

By: /s/ Wade H. Baxley
Wade H. Baxley    (BAX004)
Attorneys for Defendants,
  Joel W. Weatherford; Farmer, Price, Hornsby
  & Weatherford, LLP; J. Michael Conaway;
  Jere C. Segrest; Lexa E. Dowling; William L.
  Lee, III, and Lee & McInish, P.C.
P. O. Drawer 1486
Dothan, AL 36302
(334) 793-6550
Fax: (334) 793-1433
e-mail: whb@rbmlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification via e-mail of such filing to the following:

Don P. Bennett, Esq., 2bennett@comcast.net
Bethany L. Bolger, Esq., bbolger@rsjg.com
Jack Michael Conaway, Esq., jmclaw@graveba.net
James D. Farmer, Esq. jdf@ffmlaw.com
Robert Merrill Girardeau, Esq., rmg@hfsllp.com
William Wallace Hinesley, Esq., whinesley@jhfc-law.com
William L. Lee, III, Esq., wlee3@leeandmcinish.com
Steve G. McGowan, Esq., wula@aol.com
Virginia Lynn McInnis vlm@ffmlaw.com
R. Cliff Mendheim, Esq., rcliffmendheim@graceba.net
F. Chadwick Morriss, Esq., fcm@rsjg.com
William W. Nichols, Esq. wnichols@leeandmcinish.com
Richard H. Ramsey, III, Esq., tara@ramseycourt.biz
Jere C. Segrest, Esq., jerecs@aol.com
Phillip Dale Segrest, Jr., Esq., Philip.Segrest@SegrestLaw.com
Thomas Grant Sexton, Jr., Esq., gsexton@rsjg.com
Gary Clayborn Sherrer, Esq., gary@sjt-law.com

Elizabeth Smithart, Esq., esmithart@yahoo.com
John Albert Smyth, III, Esq., jsmyth@maynardcooper.com
Joseph E. Stott, Esq., jstott@sssandf.com
Anne Stone Sumblin, Esq., asumblin@oppcatv.com
Joel W. Weatherford Esq., jweatherford@fphw-law.com

and I further certify that I have this day served a copy of the foregoing pleading upon the persons listed below by hand-delivery or by placing the same in the United States Mail with adequate postage affixed thereto and addressed properly:

Kathryn Bauman Rubenstein
P. O. Box 2243
Dothan, AL 36302

_____
Of Counsel

*(signed: Wade H. Bayley)*