IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL CASE NO.: 1:07cv798-MHT |
| ) | |
| BETTY JO BAUMAN, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

**JOINDER OF DEFENDANTS, JOEL W. WEATHERFORD, FARMER, PRICE, HORNSBY & WEATHERFORD, LLP, J. MICHAEL CONAWAY, JERE C. SEGREST, LEXA E. DOWLING, WILLIAM L. LEE, III, AND LEE AND McINISH, P.C. IN MEMORANDUM BRIEF IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO RULE 11 AND FUTURE FILING RESTRICTIONS**

Come now the Defendants, JOEL W. WEATHERFORD; FARMER, PRICE, HORNSBY & WEATHERFORD, LLP; J. MICHAEL CONAWAY; JERE C. SEGREST; LEXA E. DOWLING; WILLIAM L. LEE, III; and LEE AND McINISH, P.C., in the above referenced cause, by and through their attorney of record, and hereby join in the Memorandum Brief in Support of Motion for Sanctions Pursuant to Rule 11 and Future Filing Restrictions (Doc. 164) filed by Defendants Marilyn Bauman Granger, Allen E. Kamensky, et al, and hereby adopt by reference the allegations and arguments set forth therein.

WHEREFORE, said Defendants respectfully join with the above referenced co-Defendants in urging this Honorable Court to impose all available sanctions under Rule 11 upon the Plaintiff, including attorney's fees, costs and any other nonmonetary remedy sufficient to punish the Plaintiff for filing her baseless pleadings and to prevent her from filing such pleadings in the future.

This the ___28th___ day of January, 2008.

            RAMSEY, BAXLEY & McDOUGLE

         By: *Wade H. Baxley*
            Wade H. Baxley (BAX004)
            Attorneys for Defendants,
             Joel W. Weatherford; Farmer, Price, Hornsby
              & Weatherford, LLP; J. Michael Conaway;
             Jere C. Segrest; Lexa E. Dowling; William L.
             Lee, III, and Lee & McInish, P.C.
            P. O. Drawer 1486
            Dothan, AL 36302
            (334) 793-6550
            Fax: (334) 793-1433
            e-mail: whb@rbmlaw.org

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the ___28th___ day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification via e-mail of such filing to the following:

Don P. Bennett, Esq., 2bennett@comcast.net
Bethany L. Bolger, Esq., bbolger@rsjg.com
Jack Michael Conaway, Esq., jmclaw@graveba.net
James D. Farmer, Esq. jdf@ffmlaw.com
Robert Merrill Girardeau, Esq., rmg@hfsllp.com
William Wallace Hinesley, Esq., whinesley@jhfc-law.com
William L. Lee, III, Esq., wlee3@leeandmcinish.com
Steve G. McGowan, Esq., wula@aol.com
Virginia Lynn McInnis vlm@ffmlaw.com
R. Cliff Mendheim, Esq., rcliffmendheim@graceba.net
F. Chadwick Morriss, Esq., fcm@rsjg.com
William W. Nichols, Esq. wnichols@leeandmcinish.com
Richard H. Ramsey, III, Esq., tara@ramseycourt.biz
Jere C. Segrest, Esq., jerecs@aol.com
Phillip Dale Segrest, Jr., Esq., Philip.Segrest@SegrestLaw.com
Thomas Grant Sexton, Jr., Esq., gsexton@rsjg.com
Gary Clayborn Sherrer, Esq., gary@sjt-law.com

Elizabeth Smithart, Esq., esmithart@yahoo.com
John Albert Smyth, III, Esq., jsmyth@maynardcooper.com
Joseph E. Stott, Esq., jstott@sssandf.com
Anne Stone Sumblin, Esq., asumblin@oppcatv.com
Joel W. Weatherford Esq., jweatherford@fphw-law.com

and I further certify that I have this day served a copy of the foregoing pleading upon the persons listed below by hand-delivery or by placing the same in the United States Mail with adequate postage affixed thereto and addressed properly:

Kathryn Bauman Rubenstein
P. O. Box 2243
Dothan, AL 36302

_____
Wade H. Baxley
Of Counsel