IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN ) | |
| ) | |
|     Plaintiff. ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:07-cv-798-MHT |
| ) | |
| BETTY JO BAUMAN, ET. AL., ) | |
| ) | |
|     Defendants. ) | |

**JOINDER OF DEFENDANTS JUDY BYRD, CARLA HEMBY WOODALL, CYNTHIA PITTMAN, JUDGE BERNARD SMITHART, JUDGE LARRY K. ANDERSON, RETIRED JUDGE DALE SEGREST, AND FORMER CHIEF JUSTICE DRAYTON NABERS, JR. IN THE SUPPLEMENTAL MOTION FOR SANCTIONS AND IMPOSITION OF FILING RESTRICTIONS**

**COME NOW** Defendants Judy Byrd, Carla Hemby Woodall, Cynthia Pittman, Judge Bernard Smithart, Judge Larry K. Anderson, retired Judge Dale Segrest, and former Chief Justice Drayton Nabers, Jr. by and through their attorney of record and hereby join in the Supplemental Motion for Sanctions and Imposition of Filing Restrictions (Doc. 163) filed by Defendants Marilyn Bauman Granger, Alan E. Kamesky, et. al, and hereby adopt by reference the allegations and arguments set forth therein.

**WHEREFORE**, said Defendants respectfully join with the above referenced co-Defendants in urging this Honorable Court to impose sanctions against Plaintiff, including reasonable attorney's fees and expenses, and impose appropriate filing restrictions to prevent Plaintiff from using the Federal court system to further harass the Defendants.

**DONE** this 30th day of January, 2008.

    Respectfully submitted,

     /s/ John A. Smyth, III
    John A. Smyth (SMY008)
    Specially Appointed Deputy Attorney
    General for the State of Alabama as counsel
    for Defendants Judge Bernard Smithart,

-1-

                Judge Larry K. Anderson, retired Judge Dale Segrest, former Chief Justice Drayton Nabers, Carla Hemby Woodall, Cynthia Pittman, and Judy Byrd

**OF COUNSEL**
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama  35203-2618
Office (205) 254-1000
Fax (205) 254-1999
E-mail: jsmyth@maynardcooper.com

### CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record with the following exceptions to be notified via regular U.S. Mail, postage pre-paid:

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

                /s/John A. Smyth, III
                Of Counsel