IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN ) | |
| ) | |
| Plaintiff. ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:07-cv-798-MHT |
| ) | |
| BETTY JO BAUMAN, ET. AL., ) | |
| ) | |
| Defendants. ) | |

### JOINDER OF DEFENDANTS MRS. FAIRFAX NABERS, MRS. ELIZABETH SMITHART, MRS. PHILIP DALE SEGREST, AND MRS. SANDRA K. ANDERSON IN THE SUPPLEMENTAL MOTION FOR SANCTIONS AND IMPOSITION OF FILING RESTRICTIONS

**COME NOW** Defendants Mrs. Fairfax Nabers, Mrs. Elizabeth Smithart, Mrs. Philip Dale Segrest, and Mrs. Sandra K. Anderson by and through their attorney of record and hereby join in the Supplemental Motion for Sanctions and Imposition of Filing Restrictions (Doc. 163) filed by Defendants Marilyn Bauman Granger, Alan E. Kamesky, et. al, and hereby adopt by reference the allegations and arguments set forth therein.

**WHEREFORE**, said Defendants respectfully join with the above referenced co-Defendants in urging this Honorable Court to impose sanctions against Plaintiff, including reasonable attorney's fees and expenses, and impose appropriate filing restrictions to prevent Plaintiff from using the Federal court system to further harass the Defendants.

**DONE** this 30th day of January, 2008.

Respectfully submitted,

 /s/ John A. Smyth, III
John A. Smyth (SMY008)
Attorney for Defendants Mrs. Fairfax Nabers,
Mrs. Elizabeth Smithart, Mrs. Philip Dale
Segrest, and Mrs. Sandra K. Anderson

OF COUNSEL
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Office (205) 254-1000
Fax (205) 254-1999
E-mail: jsmyth@maynardcooper.com


## CERTIFICATE OF SERVICE

     I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record with the following exceptions to be notified via regular U.S. Mail, postage pre-paid:

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302


         /s/John A. Smyth, III
         Of Counsel