UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:07cv798-MHT |
| BETTY JO BAUMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINDER OF DEFENDANT COMMUNITY BANK AND TRUST OF SOUTHEAST ALABAMA IN THE SUPPLEMENTAL MOTION FOR SANCTIONS AND IMPOSITION OF FILING RESTRICTIONS**

COMES NOW defendant Community Bank and Trust of Southeast Alabama ("CB&T") by and through its attorney of record and joins the Supplemental Motion for Sanctions and Imposition of Filing Restrictions (Doc. 163) filed by Defendants Marilyn Bauman Granger, Alan E. Kamesky, et al., and hereby adopts by reference the allegations and arguments set forth therein.

WHEREFORE, premises considered, CB&T respectfully joins the defendants in urging this Honorable Court to impose sanctions against Plaintiff, including reasonable attorney's fees and expenses, and impose appropriate filing restrictions to prevent Plaintiff from using the Federal court system to further harass the Defendants.

Respectfully submitted,

/s/ Anne Stone Sumblin
Anne Stone Sumblin (STO 038)
Attorney for CB&T

OF COUNSEL:
WALSTON WELLS & BIRCHALL, LLP
PO Box 345
Kinston, AL 35643
Telephone:  (334) 565-3380
Telecopier:  (334) 565-3076
*asumblin@oppcatv.com*

### Certificate of Service

 I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record with the following exceptions to be served via regular U.S. Mail, postage pre-paid

 Kathryn Bauman Rubenstein
 Post Office Box 2243
 Dothan, AL  36302

 .

            /s/ Anne Stone Sumblin
            OF COUNSEL

Case 1:07-cv-00798-MHT-WC     Document 169     Filed 01/30/2008     Page 3 of 3