IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil Action No.: 1:07-CV-798MHT |
| | ) |
| BETTY JO BAUMAN, et al. | ) |
| | ) |
| Defendants. | ) |

**<u>JOINDER OF DEFENDANTS, REGIONS BANK, BRIAN BICKHAUS, PAT BLACK, RICHARD FOX, ROBERT BIRMINGHAM, BOYD HORN, CARL E. JONES, JR. AND D. BRYAN JORDAN, IN THE SUPPLEMENTAL MOTION FOR SANCTIONS AND IMPOSITION OF FILING RESTRICTIONS</u>**

COMES NOW defendants, Regions Bank, Brian Bickhaus, Pat Black, Richard Fox, Robert Birmingham, Boyd Horn, Carl E. Jones, Jr. and D. Bryan Jordan, by and through their attorney of record and joins the Supplemental Motion for Sanctions and Imposition of Filing Restrictions (Doc. 163) filed by Defendants Marilyn Bauman Granger, Alan E. Kamensky, et al., and hereby adopts by reference the allegations and arguments set forth therein.

WHEREFORE, premises considered, Regions Bank, Brian Bickhaus, Pat Black, Richard Fox, Robert Birmingham, Boyd Horn, Carl E. Jones, Jr., and D. Bryan Jordan respectfully joins the defendants in urging this Honorable Court to impose sanctions against Plaintiff, including reasonable attorney's fees and expenses, and impose appropriate filing restrictions to prevent Plaintiff from using the Federal court system to further harass the Defendants.

        Respectfully submitted,


        */s/ Joel W. Weatherford*
        Joel W. Weatherford (WEA011)
        Attorney for Defendants Regions Bank,
        Brian Bickhaus, Pat Black, Richard Fox,
        Robert Birmingham, Boyd F. Horn, Carl
        E. Jones, Jr. and D. Bryan Jordan
        Post Office Drawer 2228
        Dothan, Alabama 36302
        (334) 793-2424
        (334) 793-6624 Facsimile
        jweatherford@fphw-law.com


## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record with the following exceptions to be served via regular U.S. Mail, postage pre-paid.

  Kathryn Bauman Rubenstein
  Post Office Box 2243
  Dothan, AL 36302


        */s/Joel W. Weatherford*
        Of Counsel