IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv798-MHT |
| | ) |
| BETTY JO BAUMAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

In accordance with this Court's Order of 30 January 2008 (Doc. #171), it is

ORDERED that Defendant's Motion for Joinder (Doc. #170) is DENIED.

DONE this 31st day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE