# IN THE CIRCUIT COURT OF
# HOUSTON COUNTY, ALABAMA
# CIVIL DIVISION

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN,** | ) ) ) |
| PLAINTIFF, | ) ) ) |
| VS. | ) CIVIL APPEALS NO: <u>2070208</u> ) CIVIL ACTION NO.: ) 1:07cv798-MHT ) |
| **BETTY JO BAUMAN, et al.,** | ) ) |
| DEFENDANT. | ) |

_____

ON APPEAL FROM THE

CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

CASE NO.: CV-02-5063
_____

ENTRY OF APPEARANCE OF STEPHEN G. MCGOWAN ON BEHALF OF ANN CHANDLER AND MARIE BAUMAN
_____

STEPHEN G. MCGOWAN (MCG071) as ATTORNEY FOR ANN CHANDLER and MARIE BAUMAN

119 S. Foster Street, St 101
P.O. Box 2
Dothan, AL 36302
334-699-6688
334-699-6707 facsimile
smcgowan@graceba.net

**COMES NOW** the undersigned attorney and hereby enters his appearance as retained counsel of record for **MARIE BAUMAN** and ANN CHANDLER.

**RESPECTFULLY SUBMITTED** this the 2nd day of May, 2008.

/s/ **STEPHEN G. MCGOWAN**
**STEPHEN G. MCGOWAN (MCG071)**
Attorney for Defendant
P.O. Box 2
Dothan, Alabama 36302
(334) 699-6688

### CERTIFICATE OF SERVICE

I, Stephen McGowan, do hereby certify that I have served the foregoing upon all parties in the above referenced case through electronic notification this the 2nd day of May.

/s/ Stephen G. McGowan
OF COUNSEL