# IN THE CIRCUIT COURT OF
# HOUSTON COUNTY, ALABAMA
# CIVIL DIVISION

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN,** | ) ) ) |
| PLAINTIFF, | ) ) |
| VS. | ) CIVIL APPEALS NO: <u>2070208</u> |
| | ) |
| **BETTY JO BAUMAN, et al.,** | ) ) |
| DEFENDANT. | ) |

ON APPEAL FROM THE

CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

CASE NO.: CV-02-5063

_____

JOINDER OF APPELLEES, STEPHEN G. MCGOWAN, ANN CHANDLER and MARIE BAUMAN, IN BRIEF FILED HEREIN BY WILLIAM L. LEE, III and WILLIAM W. NICHOLS, ATTORNEYS FOR CERTAIN OTHER APPELLEES HEREIN PURSUANT TO RULE 28 (12)(k) of THE ALABAMA RULES OF APPELLATE PROCEDURE, as amended.

_____

    STEPHEN G. MCGOWAN (MCG071) as ATTORNEY FOR ANN CHANDLER and MARIE BAUMAN

119 S. Foster Street, St 101
P.O. Box 2
Dothan, AL 36302
334-699-6688
334-699-6707 facsimile

smcgowan@graceba.net

COMES NOW Stephen G. McGowan, as attorney for the Defendants, Ann Chandler and Marie Bauman, and pursuant to Rule 28 (12)(k) of the Alabama Rules of Appellate Procedure does hereby join in the Brief filed in this cause by William L. Lee, III and William W. Nichols, attorneys for certain other Appellees and adopts said brief on behalf of the Appellees named in this Joinder as though the same was prepared by the undersigned attorney.

Appellees names herein are not certain that they are properly made appellees in this appeal in that they were not properly noticed by the Appellant and were initially not entered as Appellees in the Appellate record. However, if in fact, they are proper parties in the appeal these said Appellees file this Joinder on the basis that they are in complete agreement with the Statement of the Case, Issues, Propositions of Law and the Arguments set forth in the said Brief of William L. Lee, III and William W. Nichols and that the same adequately represents the interests of these said Appellees.

s/Stephen G. McGowan
STEPHEN G. MCGOWAN (MCG071)
Attorney for Marie Bauman and Ann Chandler
119 S. Foster St., St 101
P.O. Box 2
Dothan, Alabama 36302
(334) 699-6688

(334) 699-6707 facsimile
smcgowan@graceba.net

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on this day I have given notice of the foregoing Joinder to the parties and/or attorneys named herein below by mailing a copy thereof through the U.S. Mail, first class postage prepaid to the correct mailing addresses as set out:

Tommy Scarborough, Esq.,
P.O. Box 2101
Dothan, Alabama 36301

William L. Lee, III, Esq.
William W. Nichols, Esq.
P.O. Box 1665
Dothan, Alabama 36302

Jeff Bauman
820 Landview Drive
Taylor, Alabama 36301

Wade H. Baxley, Esq.
P.O. Drawer 1486
Dothan, AL 36302

Bethany L. Bolger, Esq.
P.O. Box 270
Montgomery, Alabama 36101-0270

Joel Weatherford, Esq.
P.O. Drawer 2228
Dothan, Alabama 36302

Robert Merrill Girareau, Esq.
2801 Hwy 280 South, St. 200
Birmingham, AL 35223-2484

Virginia Lynn McInnes, Esq.
P.O. Drawer 668
Dothan, AL 36302

Jack M. Conaway, Esq.
360 N. Oates St.
Dothan, AL 36303

James D. Farmer, Esq.
P.O. Drawer 668
Dothan, AL 36302

William W. Hinesley, Esq.
P.O. Box 2246
Dothan, AL 36302

R. Cliff Mendheim, Esq.
P.O. Box 2147
Dothan, AL 36302-2147

F. Chadwick Morriss, Esq.
P.O. Box 2147
Dothan, AL 36302-2147

Richard H. Ramsey, Esq.
256 Honeysuckle Rd., St. 26
Dothan, AL 36305-1119

Philip Dale Segrest, Jr., Esq.
P.O. Box 780791
Tallassee, AL 36078-0791

Joseph E. Stott, Esq.
P.O. Box 380548
Birmingham, AL 35238-0548

Jere C. Segrest, Esq.
P.O. Box 1469
Dothan, AL 36302

T. Grant Sexton, Jr., Esq.
P.O. Box 270
Montgomery, AL 36101-0270

John Albert Smyth, III, Esq.
1901 6th Avenue N. Suite 2100
Birmingham, AL 35203-2618

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

This the 2nd day of May, 2008.

           s/Stephen G. McGowan
           **OF COUNSEL**