# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                    TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Rubenstein v. Bauman et al

Case Number: 1:07-cv-00798-MHT

Referenced Docket Entry - ***  Doc.  Nos. 179, 180, 181, 182

The referenced docket entries was filed electronically with  ERROR  on ***5/2/08***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because these documents should have been filed in state court. Please  DISREGARD these docket entries.