## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

KATHRYN BAUMAN RUBENSTEIN, MAY 03  A 10: 12
      PLAINTIFF              )

                              EBRA P. HACKETT
Vs.                   U.S. DISTRICT COURT CIVIL CASE
                   MIDDLE DISTRICT ALA NO: 1:07CV798-MHT
                              )

MARILYN GRANGER,          )
Et al;,                       )
      DEFENDANTS         )

### AFFIDAVIT

Plaintiff, Kathryn Bauman Rubenstein, makes known unto this Honorable Court that she

in compliance with the April 10, 2008 Order of United States Magistrate Judge Wallace

Capel, Jr. to read the Case Law so specified by Judge Capel which comprise sanctions

imposed upon said Plaintiff.

Dated this 9th day of May, 2008.

Sworn to and subscribed before me this ____9____ day of __May__, 2008.

_____
                               NOTARY PUBLIC

A Copy of this Affidavit was mailed by U.S. mail with appropriate postage
attached to all attorneys' of record this 9th day of May, 2008.

_____
    KATHRYN BAUMAN RUBENSTEIN, Pro Se
        P. O. Box 2243, Dothan, AL 36302
        (334) 803-2526

6/29/2010