IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv798-MHT |
| ) | |
| BETTY JO BAUMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the District Court's Opinion and Order of 15 May 2008 (Doc. #185), it is

ORDERED that **on or before 30 May 2008**, Plaintiff shall file with the Court, under seal, evidence of the following:

1. Any and all gross monthly income including: social security benefits; lawsuit settlements; payments made from trusts or estates;
2. Any and all monthly living expenses, including: rent/mortgage; utilities; food; clothing; health care/medical; insurance; car payments/loans/leases or other transportation; other loans; credit card payment(s); educational expenses; any other expenses;
3. Any and all tax forms and fillings covering 2007.

It is further,

ORDERED Defendants Granger Limited, B. Wayne Granger, Marilyn Bauman Granger, Alan E. Kamensky, Barbara Bauman Kamensky, Michael Conaway, Lexa Dowling, Farmer, Price, Hornsby & Weatherford, LLP, Lee & McKinish, P.C., William L. Lee, III, Jere Segrest, and Joel Weatherford **shall on or before 30 May 2008** provide the Court with

sworn affidavits detailing legal fees and expenses incurred as a result of this case.

Done, this 20th day of May, 2008.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE