IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) |
| PLAINTIFF, | ) |
| VS. | ) CIVIL CASE NO.: 1:07cv798-MHT |
| BETTY JO BAUMAN, et al., | ) |
| DEFENDANTS. | ) |

### NOTICE OF COMPLIANCE OF WADE H. BAXLEY

Comes now Wade H. Baxley, as attorney of record for Defendants, JOEL W. WEATHERFORD; FARMER, PRICE, HORNSBY & WEATHERFORD, LLP; J. MICHAEL CONAWAY; JERE C. SEGREST; LEXA E. DOWLING; WILLIAM L. LEE, III; and LEE AND McINISH, P.C., and, pursuant to the Court's Order dated May 20, 2008, submits the attached Affidavit setting forth attorney's fees and costs which have been charged to his clients in the above referenced Federal Court case. The total amount of this claim is the sum of $10,359.89. Said attorney is charging for his services at an hourly rate of $150.00 per hour.

Respectfully submitted,

RAMSEY, BAXLEY & McDOUGLE

By: *Wade H. Baxley*
Wade H. Baxley    (BAX004)
Attorneys for Defendants,
  Joel W. Weatherford; Farmer, Price,
    Hornsby & Weatherford, LLP; J. Michael
    Conaway; Jere C. Segrest; Lexa E.
    Dowling; William L. Lee, III & Lee & McInish
P. O. Drawer 1486
Dothan, AL 36302
(334) 793-6550    Fax: (334) 793-1433
e-mail: whb@rbmlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification via e-mail of such filing to the following:

Don P. Bennett, Esq., 2bennett@comcast.net
Bethany L. Bolger, Esq., bbolger@rsjg.com
Jack Michael Conaway, Esq., jmclaw@graveba.net
James D. Farmer, Esq. jdf@ffmlaw.com
Robert Merrill Girardeau, Esq., rmg@hfsllp.com
William Wallace Hinesley, Esq., whinesley@jhfc-law.com
William L. Lee, III, Esq., wlee3@leeandmcinish.com
Steve G. McGowan, Esq., wula@aol.com
Virginia Lynn McInnis vlm@ffmlaw.com
R. Cliff Mendheim, Esq., rcliffmendheim@graceba.net
F. Chadwick Morriss, Esq., fcm@rsjg.com
William W. Nichols, Esq. wnichols@leeandmcinish.com
Richard H. Ramsey, III, Esq., tara@ramseycourt.biz
Jere C. Segrest, Esq., jerecs@aol.com
Phillip Dale Segrest, Jr., Esq., Philip.Segrest@SegrestLaw.com
Thomas Grant Sexton, Jr., Esq., gsexton@rsjg.com
Gary Clayborn Sherrer, Esq., gary@sjt-law.com
John Albert Smyth, III, Esq., jsmyth@maynardcooper.com
Joseph E. Stott, Esq., jstott@sssandf.com
Anne Stone Sumblin, Esq., asumblin@oppcatv.com
Joel W. Weatherford Esq., jweatherford@fphw-law.com

and I further certify that I have this day served a copy of the foregoing pleading upon the persons listed below by hand-delivery or by placing the same in the United States Mail with adequate postage affixed thereto and addressed properly:

Kathryn Bauman Rubenstein
P. O. Box 2243
Dothan, AL  36302

_Wade H. Bayley_
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL CASE NO.: 1:07cv798-MHT |
| ) | |
| BETTY JO BAUMAN, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

### AFFIDAVIT OF WADE H. BAXLEY

Before me, the undersigned authority, personally appeared Wade H. Baxley, who being first duly sworn, did depose and say as follows:

Attached hereto and marked as Exhibit "A" in compliance with the Court's Order dated May 20, 2008, is a summary of my billing sent to my clients which deals with the above referenced lawsuit filed by Kathryn Bauman Rubenstein. The services rendered by me for my clients were necessary and reasonable in the defense of the claims asserted by the Plaintiff. The same has been billed to my clients and I seek reimbursement for this amount from the Plaintiff.

*Wade H. Baxley*
Wade H. Baxley

**STATE OF ALABAMA:**
**COUNTY OF HOUSTON:**

I, the undersigned authority, in and for said County and in said State, hereby certify that Wade H. Baxley, whose name is signed to the foregoing Affidavit, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Affidavit, he executed the same voluntarily on the day the same bears date.

Given under my hand this 22nd day of May, 2008.

_____
Notary Public
My Commission Expires: 3/23/2011

<u>EXHIBIT "A"</u>

## Summary of billing to clients by Wade H. Baxley

**Attorney's Fees –**

| | | |
|---|---|---|
| 09/17/07 through 12/31/07 | 35.0 hrs @ $150.00 hr | $ 5,250.00 |
| 01/01/08 through 03/31/08 | 19.8 hrs @ $150.00 hr | 2,970.00 |
| 04/01/08 through 05/21/08 | 12.0 hrs @ $150.00 hr | <u>1,800.00</u> |

                                                                        **TOTAL ATTORNEY'S FEES**    <u>$10,020.00</u>

**Expenses incurred:**
    09/17/07 through 05/21/08

| | |
|---|---|
| Certified Mail/Excessive Postage | $ 61.61 |
| Copies – 1032 @ $.15 per copy | 154.80 |
| Pacer Service Fee | 2.08 |
| 3/4/08 – Hearing in Montgomery, AL | |
|     Mileage – 220 @ 50.5¢ per mile | 111.10 |
|     Meal | <u>10.30</u> |

                                                                          **TOTAL EXPENSES**    <u>$ 339.89</u>

---

| | |
|---|---|
| **TOTAL ATTORNEY'S FEES** | $10,020.00 |
| **TOTAL EXPENSES** | <u>339.89</u> |
| **TOTAL BILLED TO CLIENTS** | <u>$10,359.89</u> |