IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL CASE NO.: 1:07cv798-MHT |
| ) | |
| BETTY JO BAUMAN, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

### NOTICE OF FILING DECLARATION AND COSTS OF LEE & McINISH, P.C.

Pursuant to the Court's request in its Order of May 20, 2008, counsel for Defendants Marilyn Bauman Granger, Bennie Wayne Granger, Granger Limited, Inc., Barbara Bauman Kamensky and Allen E. Kamensky hereby submit the attached declaration of William L. Lee, III of Lee & McInish, P.C. regarding fees and costs related to this matter billed by Lee & McInish.

Respectfully submitted this 29th day of May, 2008.

_____
WILLIAM L. LEE, III        (LEE007)
wlee3@leeandmcinish.com

_____
WILLIAM W. NICHOLS      (NIC027)
wnichols@leeandmcinish.com

**OF COUNSEL:**
LEE & McINISH, P.C.
*Attorneys for Defendants*
*Marilyn Bauman Granger,*
*Bennie Wayne Granger,*

*Granger Limited, Inc.,*
*Barbara Bauman Kamensky*
*and Allen E. Kamensky*
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342

### CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Wade Hampton Baxley, Esq.
*Attorney for Lee & McInish, P.C., William L. Lee, III, Esq., Joel Weatherford, Esq, Farmer, Price, Hornsby & Weatherford, L.L.P., Lexa Dowling, Esq., Jere Segrest, Esq.*
mailto:whb@rbmlaw.org, mailto:dm@rbmlaw.org

Don P. Bennett, Esq.
*Attorney for Pitcher & Associates, Nanette Pitcher, Deep South Investments, Dianne Ream, D.Ream Properties, Arthur Medley, Faye Ferrell, M.D. & Doug McKeown, Ph.D.*
mailto:2bennett@comcast.net

Bethany L. Bolger, Esq.
*Attorney for Tommy Scarborough, Esq.*
mailto:blb@rsjg.com

Jack Michael Conaway, Esq.
*Attorney for Lexa Dowling, Esq.*
mailto:jmclaw@graceba.net

James Davis Farmer, Esq.
*Attorney for PeopleSouth Bank & Midsouth Bank*
mailto:jdf@ffmlaw.com, mailto:anm@ffmlaw.com

Robert Merrill Girardeau, Esq.
*Attorney for Ross Kennedy and McDaniel & Associates*
mailto:rmg@hfsllp.com, mailto:shb@hfsllp.com

William Wallace Hinesley, Esq.
*Attorney for G. David Johnston & Johnston, Hinesley, Flowers & Clenny, P.C.,*
mailto:whinesley@jhfc-law.com, mailto:mchancey@jhfc-law.com

Steve G. McGowan, Esq.
*Attorney for Ann Chandler & Marie W. Bauman*
mailto:wula@aol.com, mailto:anlee04@hotmail.com

Virginia Lynn McInnes, Esq.
*Attorney for PeopleSouth & Midsouth Bank*
mailto:vlm@ffmlaw.com

R. Cliff Mendheim, Esq.
*Attorney for Tom Zeigenfelder, Zeigooley, Inc., & Wallace Colley,*
mailto:rcliffmendheim@graceba.net

F. Chadwick Morriss, Esq.
*Attorney for Tommy Scarborough, Esq.*
mailto:fcm@rsjg.com

Richard H. Ramsey, III, Esq.
*Attorney for James D. Hamlett*
mailto:tara@ramseycourt.biz

Jere C. Segrest, Esq.
*Attorney for Betty Jo Bauman*
mailto:jerecs@aol.com

Philip Dale Segrest, Jr., Esq.
*Attorney for Dale Segrest*
mailto:Philip.Segrest@SegrestLaw.com

T. Grant Sexton, Jr., Esq.
*Attorney for Tommy Scarborough, Esq.*
mailto:gsexton@rsjg.com

Gary Clayborn Sherrer, Esq.
*Attorney for Officer Joiner, Officer Ivey, Officer Kirksey, Houston County Sheriff's Department & Sheriff Andy Hughes*
mailto:gary@sjt-law.com, mailto:Debbie@sjt-law.com;

John Albert Smyth, III, Esq.
*Attorney for Sandra K. Anderson, Judge Larry K. Anderson, Mrs. Philip Dale Segrest, Judge Dale Segrest, Chief Justice Drayton Nabers, Fairfax Nabers, Judge Bernard Smithart, Elizabeth Smithart, Judy Byrd, Cynthia Pittman, Carla H. Woodall*
mailto:jsmyth@maynardcooper.com, mailto:ccoggin@maynardcooper.com

Anne Stone Sumblin, Esq.
*Attorney for CB&T*
mailto:asumblin@oppcatv.com

Joel Weatherford, Esq.
*Attorney for Regions Bank, Brian Brickhaus, Richard Fox, Robert Birmingham, Pat Black, Boyd Horn, Carl E. Jones, D. Bryan Jordan*
mailto:jweatherford@fphw-law.com, mailto:pphillips@fphw-law.com;

  I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and property addressed to the following non-CM/ECF participants:

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

_____
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL CASE NO.: 1:07cv798-MHT |
| ) | |
| BETTY JO BAUMAN, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

### DECLARATION OF WILLIAM L. LEE, III

1. My name is William L. Lee, III. I am over the age of twenty-one (21) years and am competent to give this testimony. I have personal knowledge of the facts set forth in this declaration, and the following statements are true and correct.

2. I am a partner at Lee & McInish, P.C. and counsel for Defendants Marilyn Bauman Granger, Bennie Wayne Granger, Granger Limited, Inc., Barbara Bauman Kamensky and Allen E. Kamensky. I am providing this declaration in response to the Court's Order of May 20, 2008 that the Defendants provide a sworn affidavit detailing the legal fees and expenses incurred as a result of this case.

3. In connection with the defense of this matter between its inception and May 19, 2008, and as documented in Exhibit 1, these defendants have incurred legal fees in the amount of $10,940.00 and litigation costs in the amount of $119.90 from Lee & McInish, P.C.

4. My firm's fees listed above are based on Lee & McInish's hourly rates and costs. I hereby certify that Exhibit 1 to this declaration contains a total of the actual hourly time entries and cost amounts that Lee & McInish has charged these defendants in

this matter. These rates and costs detailed in Exhibit 1 were actually and necessarily incurred in defending this action.

5. The undersigned has omitted from Exhibit 1 the actual hourly time entries and descriptions within those time entries that would be protected by the attorney-client privilege and/or work-product doctrine. If requested by the Court, the undersigned will provide copies of the complete bills reflecting the time entries with descriptions for in camera inspection.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2008.

_____
WILLIAM L. LEE, III    (LEE007)

STATE OF ALABAMA )
                 )
COUNTY OF HOUSTON )

I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that **William L. Lee, III,** whose name is signed to the foregoing **Declaration,** and who is known to me, acknowledged before me on this day, that, being informed of the contents of this conveyance, he executed the same voluntarily on the date the same bears date.

Given under my hand and official seal this 29th day of May, 2008.

_____
Notary Public

09-21-2010
_____
My Commission Expires

LAW OFFICES

# LEE & MCINISH, P.C.
Post Office Box 1665
Dothan, Alabama 36302

---

I.D. No. 63-1263691

May 23, 2008

To:  Marilyn Granger
     Post Office Box 7132
     Dothan, Alabama 36302

---

RE:  *Kathryn Bauman Rubenstein v. Betty Bauman, et al.*
     Middle District of Alabama, Southern Division
     Case No.: 1:07cv798-MHT

Time Period:          09-12-2007 through 05-19-2008
Hourly Rate:          $200.00/hour
Total Billable Hours: 54.70
Total Costs:          $119.90
Total Amount of Bill: $11,059.90

WWN/rcm

EXHIBIT 1