IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
KATHRYN BAUMAN RUBENSTEIN,    )
                              )
     Plaintiff,               )
                              )
                              )    CIVIL ACTION NO.
     v.                       )     1:07cv798-MHT
                              )        (WO)
BETTY JO BAUMAN, et al.,      )
                              )
     Defendants.              )
```

OPINION

This lawsuit is again before the court, this time on how much plaintiff Kathryn Bauman Rubenstein should pay as a sanction pursuant to Rule 11 of the Federal Rules of Civil Procedure.  The magistrate judge has recommended a sanction of $ 700.00.  While it appears that the defendants incurred attorney's fees and expenses of over $ 21,000.00, the court believes that the magistrate judge's suggested sanction of $700.00 is adequate for Rule 11 purposes--especially in light of Rubenstein's limited income.  Accordingly, the magistrate judge's

recommendation will be adopted and the defendants' objections will be overruled.

An appropriate judgment will be entered.

DONE, this the 18th day of September, 2008.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE