IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

KATHRYN BAUMAN RUBENSTEIN, )
                           )
    Plaintiff,             )
                           )        CIVIL ACTION NO.
    v.                     )         1:07cv798-MHT
                           )             (WO)
BETTY JO BAUMAN, et al.,   )
                           )
    Defendants.            )

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Granger Limited, B. Wayne Granger, Marilyn Bauman Granger, Alan E. Kamensky, Barbara Bauman Kamensky, Michael Conaway, Lexa Dowling, Farmer, Price, Hornsby & Weatherford, LLP, Lee & McKinish, P.C., William L. Lee, III, Jere Segrest, and Joel Weatherford's objections (Doc. Nos. 191 & 192) are overruled.

(2) The magistrate judge's recommendation (Doc. No. 190) is adopted.

(3) Said defendants' motions for sanctions (Doc. Nos. 138, 145, & 163) are granted to the extent that plaintiff Kathryn Bauman Rubenstein shall pay, in addition to costs of these proceedings, $ 700.00 as sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure.

(4) Said defendants shall have and recover from plaintiff Rubenstein the sum of $ 700.00.

It is further ORDERED that costs are taxed against plaintiff Rubenstein, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of September, 2008.

        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE